UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HEARTS WITH HAITI, INC. and  <br> MICHAEL GEILENFELD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | 2:13-cv-00039-JAW |
| PAUL KENDRICK, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 30, 2013 (ECF No. 73), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 13) be and hereby is DENIED.  It is further ordered that the Defendant's Motion to Dismiss Geilenfeld as a party Plaintiff (ECF No. 52) be GRANTED to the extent that Geilenfeld purports to represent the interests of other individuals or entities and otherwise DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2013