UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ORIGINAL

HEARTS WITH HAITI, INC.,      )
and MICHAEL GEILENFELD,       )    Civil No 2:13-CV-00039
                              )
         Plaintiffs           )
                              )
V.                            )
                              )
PAUL KENDRICK,                )
                              )
         Defendant            )

**CONFIDENTIAL TRANSCRIPT**

VIDEOTAPED DEPOSITION of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, taken pursuant to notice dated January 24, 2014, at the Best Western Premier Pétion-Ville, 50 Angle Rue Louverture & Geffrard, Pétion-Ville, Port-Au-Prince, Haiti, on February 2, 2014, commencing at 9:55 A.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

DON THOMPSON & ASSOCIATES

| | |
|---|---|
| 1 | A. |
| 2 | Q. |
| 3 | |
| 4 | |
| 5 | Q. |
| 6 | |
| 7 | A. |
| 8 | Q. |
| 9 | A. |
| 10 | Q. |
| 11 | |
| 12 | |
| 13 | |
| 14 | A. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |



| | |
|---|---|
| 1 | Q. |
| 2 | |
| 3 | |
| 4 | A. |
| 5 | Q. |
| 6 | |
| 7 | A. |
| 8 | |
| 9 | Q. |
| 10 | A. |
| 11 | |
| 12 | |
| 13 | |
| 14 | Q. |
| 15 | |
| 16 | |
| 17 | A. |
| 18 | Q. |
| 19 | |
| 20 | |
| 21 | A. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |



DON THOMPSON & ASSOCIATES





1   A.
2
3
4
5
6
7
8   Q.
9   A.
10  Q.
11  A.
12
13
14
15
16  Q.
17
18  A.
19
20
21  Q.
22
23  A.
24  Q.
25