```
                UNITED STATES DISTRICT COURT
                      DISTRICT OF MAINE


HEARTS WITH HAITI, INC.,   )
and MICHAEL GEILENFELD,    )   Civil No 2:13-CV-00039
                           )
        Plaintiffs         )
                           )
V.                         )
                           )
PAUL KENDRICK,             )
                           )
        Defendant          )
```

ORIGINAL

**CONFIDENTIAL TRANSCRIPT**

VIDEOTAPED DEPOSITION of ▇▇▇▇▇▇▇▇, taken pursuant to notice dated January 24, 2014, at the Hotel Montana, Rue Frank Cardozo, Port-Au-Prince, Haiti, on February 4, 2014, commencing at 12:01 P.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

DON THOMPSON & ASSOCIATES



1
2  A.
3
4
5
6
7  Q.
8  A.
9
10
11 Q.
12 A.
13 Q.
14 A.
15
16
17 Q.
18
19 A.
20 Q.
21 A.
22
23
24
25 Q.

DON THOMPSON & ASSOCIATES

A.

Q.
A.
Q.

A.
Q.

A.

Q.

A.

A.
Q.

|    |    |
|----|----|
| 1  | Q. |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  | Q. |
| 7  |    |
| 8  | A. |
| 9  | Q. |
| 10 | A. |
| 11 | Q. |
| 12 |    |
| 13 | A. |
| 14 | Q. |
| 15 |    |
| 16 | A. |
| 17 |    |
| 18 |    |
| 19 | Q. |
| 20 |    |
| 21 |    |
| 22 | A. |
| 23 | Q. |
| 24 |    |
| 25 | A. |



DON THOMPSON & ASSOCIATES



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10   A.
11
12
13   A.
14
15
16
17
18
19
20
21   Q.
22   A.
23   Q.
24
25
```

DON THOMPSON & ASSOCIATES