UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HEARTS WITH HAITI, INC. and MICHAEL GEILENFELD,<br><br>Plaintiffs<br><br>v.<br><br>PAUL KENDRICK,<br><br>Defendant | Civil Action No. 2:13-00039-JAW |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCES OR TESTIMONY CONCERNING ALLEGED SUFFERING OF INNOCENT CHILDREN CAUSED BY THE DEFENDANT

Defendant Paul Kendrick ("Mr. Kendrick") moves for an order of the Court excluding any reference or testimony in the presence of the jury concerning alleged hardships, plights, suffering, or the like, of St. Joseph Family of Haiti and its homes, schools, and dance troupe (collectively hereinafter "St. Joseph Family"), and/or the children allegedly served by or cared for by St. Joseph Family, without first obtaining the permission of the Court outside the hearing of the jury. The grounds for this motion are the following.

St. Joseph Family and children in Haiti are not parties to this case, and neither of the Plaintiffs has legal standing to represent the interests of St. Joseph Family or children in Haiti in this case. Recommended Dec. at 8-10, affirmed by Order dated Oct. 22, 2013 (ECF No. 73 and ECF No. 84). Alleged hardships on St. Joseph Family and/or children in Haiti as a result of the alleged unlawful conduct of Mr. Kendrick (or the conduct of similar advocates) are thus irrelevant under FRE 401 to the Plaintiffs' claims for defamation, false light invasion of privacy, and tortious interference with advantageous economic relations. References or testimony concerning such alleged hardships would at the same time be extremely prejudicial and cause

confusion of the issues for the jury, including confusion even as to the real parties-in-interest, as the jury might mistakenly believe that the Plaintiffs represent the interests of Haitian orphanages and Haitian children in this case. *See Herrin v. Ensco Offshore Co.*, 2002 WL 465199 at *1 (E.D. La.) (excluding testimony regarding plaintiff's daughter's suffering with multiple sclerosis in plaintiff's action for negligence on the grounds that such testimony would be irrelevant under FRE 401, or if relevant, its probative value under FRE 403 would be substantially outweighed by the danger of confusion and unfair prejudice given the likely emotional impact on the jury).

In particular, the Plaintiffs should not be allowed to try to inflame the passions of the jury against Mr. Kendrick with a parade of horribles of innocent children alleged to have been harmed by Mr. Geilenfeld's or Hearts With Haiti, Inc's loss of support from donors or otherwise. Such alleged harm is not relevant to any of the elements of any of the claims of the Plaintiffs.

Mr. Kendrick recognizes that some testimony as to the position and function of Mr. Geilenfeld with St. Joseph Family is necessary for the jury to make sense of the case, and that some testimony as to the purpose and operations of Hearts With Haiti, Inc. is also necessary. That, however, is qualitatively and quantitatively different than efforts blatantly or subtly to shift the focus of the case to the alleged suffering of innocent children at the hands of Mr. Kendrick or similar advocates.

WHEREFORE, the Court should prohibit any such references or testimony concerning or implying the suffering, plight, or hardships of St. Joseph Family or children in Haiti without first obtaining the permission of the Court outside the hearing of the jury so that the scope and

purpose of such testimony can be properly and fairly circumscribed pursuant to FRE 401 & 403.

Dated: June 12, 2015

/s/ F. David Walker, IV
F. David Walker, IV, Esq.
Brent A. Singer, Esq.
RUDMAN WINCHELL
Attorneys for Defendant
84 Harlow Street – P.O. Box 1401
Bangor, ME 04402-1401
207.947.4501
Dwalker@rudmanwinchell.com

## CERTIFICATE OF SERVICE

 I, F. David Walker, IV, hereby certify that on June 12, 2015, I filed the Defendant's Motion in Limine to Exclude References or Testimony Concerning Alleged Suffering of Innocent Children Caused by the Defendant with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

            */s/ F. David Walker, IV*
            F. David Walker, IV