

EXHIBIT

/

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CIVIL NO.  2:13-CV-00039

In the Matter of

HEARTS WITH HAITI, INC.
and MICHAEL GEILENFELD,

*Plaintiffs*

*vs*

PAUL KENDRICK

*Defendant*

--------------------------------------

Sunday, 19th January 2014

4

My name is David Walker, I am an Attorney with Rudman Winchell and I represent Paul Kendrick. We are here today in the matter of Hearts with Haiti and Michael Geilenfeld versus Paul Kendrick and I think it would be a good idea, given the number of people here in the room, if we started off by going round the table and having everybody present identify themselves and I will start with you Paul.

PAUL KENDRICK: Paul Kendrick.

FRANCES HIGGINS: Frances Higgins, Court Reporter.

PAUL SHERIDAN: Paul Sheridan, Solicitor and Notary Public with Latta & Co, Solicitors and here is my Law Society identification.

ROBERT OBERKOETTER: Robert Oberkoetter from Massachusetts.

MICHAEL GEILENFELD: Michael Geilenfeld.

KELLY HOFFMAN: Kelly Hoffman from Norman Hanson & DeTroy for the Plaintiffs.

SINJILUS BELVUE: Sinjilus Belvue.

CONFIDENTIAL

5

1
2
3          MR WALKER:   And Mr Belvue do you
4     also go by the name of Robert?
5               MR BELVUE:  That's right.
6               MR WALKER:  Why don't we start off by
7     having the Solicitor swear in the witness and before we do that I
8     would just like to ask the Solicitor if you could just state, for the
9     record, your credentials to swear in the witness?
10              MR SHERIDAN:   Of course.   I am a
11    Solicitor and Notary Public registered with the Law Society of
12    Scotland.  My Law Society ID Number is 37199 and I am here to
13    administer the oath or affirmation, depending on what the
14    witness would prefer.  Will you take the oath?
15              MR BELVUE:  I will.
16              MR SHERIDAN:   Would you raise your
17    right hand and repeat after me.  (Witness sworn)
18              MR SHERIDAN:  Thank you, you are now
19    under oath.
20              MR BELVUE:  Sure.
21
22    ROBERT SINJILUS BELVUE – sworn
23              EXAMINED:  Mr Belvue I appreciate you
24    being here today.  I'll probably call you Robert during the
25

6

Deposition if that's okay.  This is a Deposition and non-interrogation so if at any point you need a break just let us know and we can take a break.  We are going to conduct a professional Deposition today and I would just request that all parties co-operate in accomplishing that.

Q   Robert have you ever been deposed before?

A – No.

Q   You are aware that right now you are under oath?

A – Yes.

Q   So your testimony here today will be the same as if you were in a Court of Law at a Trial?

A – Yes.



CONFIDENTIAL

7

1

2

3 ██████████████████████

4 ██████████████████████████████████

5 ██████████████████████████████████

6 ████████

7 ████████████████████████

8 ██████████████████████████████████

9 ████████████

10 ████████

11 ██████████████████████████████████

12 ████████████

13 ████████

14 ██████████████████████████████████

15 ██████████████████████████████████

16 ██████████████████████████████████

17 ██████████████████████████████████

18 ██████████████████████████████████

19 ██████████████████████████████████

20 ████████

21 ████████

Q  Where do you currently live Robert?

22

A  I live in Falkirk, about 25 miles from

23 Glasgow.

24

25

CONFIDENTIAL

8

Q  And are you presently employed?

A  Yes, I work as Assistant Manager in Travelodge, I only recently had this job, it's a Hotel, Assistant Hotel Manager.

Q  I know it may be difficult for you, but try the best you can to keep your voice up?

A  Sure, I will.

Q  So you currently live in Falkirk, where were you born Robert?

A  I was born in Haiti, in Port-au-Prince, Haiti.

Q  Do you know the year you were born?

A  Em, I don't know the year of my own birth because I never had a family there for me.  After my dad died I never know anything, my mum wasn't there, I don't know where the birth certificate is.

Q  Let me stop you there and back up.  Just starting from the very beginning, when you were born who did you live with?

A  I lived with my father when I was born because my mum left me, she left for another man and she have two kids by this other man.

CONFIDENTIAL

9

Q  So she left at the time of your birth and you lived with your father?

A  Yes.

Q  And you lived in Port-au-Prince?

A  Yes.

Q  Can you tell me about these early years with your father in Port-au-Prince?

A  I was only young, I remember he used to go out and work at that time and I would come back from school and he used to have a little shop in the house where we lived, not a great deal of a shop, just like a table with goods on top, with biscuits and sweets and cigarettes and alcohol inside. When he is at work I sit in the shop selling, for a number of years, well, I don't know if it is years or months, but a number of months perhaps, I notice a woman who used to come into the shop and help herself.  I didn't know who she was, I never was told by my dad she was my mother.

Q  Was there something strange about her?

A  Well, I was young but I still thought that was kind of strange because she was coming all the time, helping herself with goods and not paying, I thought that was a bit funny when everybody else pays and one day my dad wasn't there and I was sitting in the shop and she come and

CONFIDENTIAL

10

help herself and just as she was about to go without paying I jumped up behind the shop and grabbed the thing off her and said, "My dad is not here, you have to pay". And she said, "Well, you see me coming here all the time, you know", I say, "I know, but my dad is not here, you still have to pay and she fought with me, tried to pull the bag off me and I was pulling the thing off her and the bag split in half and all the goods fell on the ground and at that point my dad was coming back and he can see the commotion from where he was and he was running towards us and when he got to us he said, "Son, go in the house", and he stopped on the outside talking to her and after talking to her he come to the shop, take more bag and pick up the goods on the ground, give it to her and she just snatched the bag off of him and then off, you know. After she went he come back in, that's when he tell me that was my mother.

Q   So that's the first time?

A   That was the first time (witness crying) I was aware this woman was my mother, but all the time she's coming I had no idea and for the first time I take a glance of her, I thought I would like to see her more, where did she go, apparently she had a relationship, she had two kids and I am not part of her family.

CONFIDENTIAL

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Q   Let me ask you this Robert, do you know approximately how old you were when you discovered this was your mother?

A   Roughly seven, seven-ish.

Q   So your father explained that that was your mother?

A   Yes.

Q   How long did you live with your father in Port-au-Prince?

A   I was still young, I don't remember how long exactly, but I know from the time my mum left and from the time he died (witness crying) and before he dies he asked me to go through to that woman's house.

Q   I am sorry, before you go to that let me ask, you said your father died?

A   Yes.

Q   Can you tell me roughly how old you are, just so we can get a sense?

A   I was between seven and eight when he died, I was still the same age, a similar age.

Q   Do you know how he died?

A   He used to tell me some story about, I was too young to understand what he was saying, over there

CONFIDENTIAL

12

they used to recruit young men to join the Duvalier regime, my dad used to tell me a story about the Duvalier regime which is the Papa Doc Duvalier regime they used to call it the Toto Makut, apparently the Toto Makut ……..

        Q  Let me just interject Robert, I know we are going to talk about that later, so before we go into that right now I guess I'd like to ask you, were you with your father when he died?

        A  No, I was – the neighbour that lived next door, the one that take me to the hospital to see my dad and the time, that's when he tell me to go to my mother and when I asked my mother to come to visit my dad, that's when she was telling me my dad died, I never see him die, I never see a dead body… (witness crying).

        Q  It's okay.

        A  I never been to the funeral, I never have a picture or nothing.

        Q  Do you want to take a five minute break Robert?

        A  No, I'm fine.

        Q  Are you sure?

        A  Yes.

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Q  So at this point you are living with your mother, your father has died, tell me what it's like living at your mother's house?

A  Well, when I went there I saw two kids that was already there and they were my half brother and sister from a different father and I didn't realise they were my brother and sister, I thought they were just other kids that lived with that woman.  Then they were going to school, she was paying school for them and they were well looked after.  Some time I go to the school to help her out and walk back, because I was living at home and every time we went to the shop they would steal things from the shop and the shop keeper will go to my mum and say "Your kid has been stealing things from my shop".  I found out who actually been stealing from the shop, for the actual kid that been stealing the goods…

Q  Just to slow it down for the record.  So you are describing that the shop keeper, that there was trouble concerning kids in your house, your mother would blame it on you?

A  Yes, and I was  the one getting beaten all the time for it…

Q  How long did you live with your mother?

CONFIDENTIAL

14

A  Not long, a few months maybe.  I wasn't going to school, but the other kids was going to school, I was sitting home, go shopping for her and eventually after so much beating I just left, I left.

Q  So you decided to leave?

A  Go look for life elsewhere and at that point I went to a place...

Q  Sorry, I've got to make sure that is on the record..., how long did you live with your mother do you think?

A  Months, three or four months maybe because months to me sounds like years, sounds long for children, for kids I mean.

Q  Do you know roughly how old you were when you left your mother's house?

A  Yes, just after eight-ish, just over eight.

Q  So still a young boy?

A  Yes.

Q  Where did you go when you left your mother's house?

A  I had some change from my dad and I packed some bag and I went to the place where the, the Port, they call it Bicenner, where the ships come.

CONFIDENTIAL

15

Can you spell that for the Court Reporter, it doesn't have to be perfect, we can find it?

I think it is N-N-E-R, that's a C, Bicenner, B-I-C-E-N-N-E-R, it's supposed to be written in Creole but I don't remember much Creole now.

Q  By the way, since you mentioned that, you seem to be speaking English very well and you are comfortable to have your Deposition taken in English?

A  Yes, sorry, can I.....?

Q  Yes, why don't we take a break.


After a short adjournment.


EXAMINATION CONTINUED:  Are you ready Robert?

A  Yes.

MR SHERIDAN:  Mr Belvue you know you are still under oath.

THE WITNESS:  Yes, sure.

EXAMINATION CONTINUED:  Back on the record, we just had a break.  I think when we left off you were discussing your decision to leave your mother's house?

A  Yes.


CONFIDENTIAL

16

Q  And I would like for you to describe to the best of your ability your living situation after that.  You indicated you went to the Port, can you tell me why you went to the Port area?

A  Easy to come to beg, easy because there was comings in, you know, either the Airport or the Port, most kids hang about because when the tourists come they will come from the Port into the town and you find all the shop keepers selling stuff to tourists and find all the kids there as well stealing and all kind of stuff.

Q  So there were many kids who live on the streets there?

A  Yes.

Q  When you left your mother's house where did you sleep at night?

A  On the streets, on the cardboard box or any old scrap car that's about somewhere.

Q  How did you get food?

A  By washing cars, beg, sometimes steal.

Q  And you were once again, you believe you were around eight or nine years old?

A  Yes, I wasn't nine then, I was still eight-ish you know.

CONFIDENTIAL

17

Q  How long did you live – were there areas where the kids would sleep in a communal setting or...

A  No, no, most of the kids in the street, some of them, the one that just comes into the street, they will find either an old car, old boxes or old, you know, in Haiti they got those big, they get pickup truck and they put a wooden box on it, they use as taxi up and down, sometimes they would park on the main road and you would find three or four kids sleeping inside it or it could be a car that has been burned down or been crashed or scrapped, doesn't drive any more, provided there is a door on it, it is keeping in water, dry from the rain, you will find half a dozen kids sleeping inside it, or under the shopping centre in the town you get things we can walk on the pavement, thing on top or if it is rain you can still stay dry, so on the day you had loads of kids sleeping there.

Q  And this is going to be a stupid question but I'll ask it anyway, were those safe conditions, was there danger?

A  Yes, because at the time when I was there there was the Duvalier Regime and they used to come and chase all the kids away, sometimes they shoot the kids and dump their body in a valley and then they put the kids in prison, there is a prison in Carfour.

CONFIDENTIAL

18

Q   Just for the Court Reporter, that's Carfour, C-A-R-...

A  C-A-R-F-O-U-R I think.

Q   So you saw some of this violence yourself?

A  Yes.

Q   How long did you live in these conditions?

A  Six months, a year maybe and then...

Q   What happened to change your circumstances?

A  Well, one day a guy, a French guy, he come to a restaurant where loads of us was begging and washing cars for a few change and he come off a jeep.

Q   Do you remember the French guy's name?

A  Yes, in French it's Denis or it's Dennis in English, Denis Pitiot.

Q  Can you spell his last name?

A  I'm not sure whether I can spell his last name, P-I-T-I-O-T maybe.

Q  So tell me what happened?

CONFIDENTIAL

19

A   Well, I asked Denis to wash his truck and Denis says okay.  He wanted a restaurant to eat and he was sitting on the window side and as he eat he can see me washing his truck so I thought I would do a good job for him because I know he is watching me, because I need the money, so he sit there and before he comes out he buy, you know, those take away things, it is the plastic things that you take away for food.

Q   Take away box?

A   That's right, and he bring that out with him for the food for me.  So I was well chuffed with that because I thought that was my payment, you know what I mean, so I sit down and eat and he was still watching me eating, sitting there talking to me, asking me about my family, about my mum and my dad and I was telling him I didn't have a family and he said, "That's not true, everybody have family", and I said, "Well, my dad died and I don't know where my mum is", because I don't want to get my mum, at this point, because I left there you see and he then asked me, "Say if I was to take you to a home will you stay there", he said.  I said, "Yes".  And he say, "Okay, I think I can find you a place to live".  I say, "Okay".  That same evening he take me to a place, again I don't remember exact area because it has been so long, it is past Chanmas, the area called Chanmas, C-H-A-N-M-A-S I think roughly and again Chanmas

CONFIDENTIAL

20

is like Bicenner, you have loads of tourists, loads of folks from abroad coming to spend time there.

Q   So he took you to his house?

A   Dennis take me to this home and the home run by a Haitian woman who called Ita Lafontan, that's the Haitian lady that ran the orphanage, L-A-F-O-N-T-A-N.

Q   As long as it's close enough, it can be phonetic.  So what happened when he took you to this home, did he explain why he was taking you there?

A   He didn't explain, I just assume at the time because he take a shine of me because I didn't have a family, if he would give me a home, I don't know, but at the time I was happy to have a home.  I mean he take me to this home and there was this Haitian lady and the home was boy and girls.

Q   How many people were living in the home?

A   Loads of kids, loads of kids and there was a couple, there was a caretaker was hired by Mrs Lafontan

Q   And Dennis was French?

A   Dennis was French, yes.

Q   And did you come to live at the house?

CONFIDENTIAL

21

A    Yes, I went to the house and Mrs Lafontan welcomed me into the home and he called another boy that was there for quite some time, his name was Marc and Marc was showing me about, showed me to my room, showed me to my bunk, there was a bunk bed and I liked the place straight away, you know, I liked it there.

Q    Is it fair to say you were relieved to be off the streets?

A    Yes, yes, I was.

Q    Was this a safe house?

A    Yes, safe and I get three times meals, I had a bed you know, I didn't have to go out and wash cars and steal any more, so I did feel very comfortable there.

Q    How long did you live in Dennis'...

A    Not very long because even though I was so young I was still into girls as well because on the street you have young girls as well who had no family and spend time with the young boys around as well and because of that, because of my behaviour with the girls at the home Mrs Lafontan asked me, said that I was no longer welcome to live there any more, so I had to move out of there, I had a choice.

Q    How old were you when that happened, when you were asked to move out?

CONFIDENTIAL

22

A    Nine-ish maybe because I was only there for maybe a few months, six months, four months.

Q    So you had a choice?

A    To go back on the street or go to live with Denis, but at the time I wasn't sure whether Dennis would have me.

Q    Okay, so that wasn't Dennis' home where you were?

A    No, that wasn't Dennis, it was Ita Lafontan's home.

Q    Okay.  So when Miss Lafontan asked you to leave you went to go and try to live with Denis?

A    Yes.

Q    Tell me what happened?

A    Well, by the time I got to Dennis' home there was a dozen boys there, I mean older boys, well older than me, they were like in fact teenage and straightaway I kind of feel betrayed, because I didn't understand why he didn't take me there and keep me in Miss Lafontan's, because he take me of the streets, you know, as a child am I then betrayed, but then I didn't think of that for much longer because I was still a kid then, so I was trying to get on with the other kids that was in the house.

CONFIDENTIAL

23

Q  How long did you live with Dennis?

A  Again a month because I wasn't happy there because the other boy was trying to bully me, some of them were trying to hit me because they were bigger than me.

Q  Before we go on...  So during this month that you lived with Dennis did you meet Michael Geilenfeld?

A  Yes.

Q  Tell me about how you came to meet Michael Geilenfeld?

A  Em, I was living with Denis, Denis was in Cité Soleil somewhere, you have got a main street, that leads to Cité Soleil,  and then that street, Sun City in English.

Q  Go ahead?

A  So Cité Soleil, heading towards Cité Soleil, Cité Soleil it come in sections, one section you go into that take you to more squalor, more dirt, you know.

Q  Impoverished area?

A  Yes, poverty, and you get market down there, people sell goods and everything and then if you go this way it takes you to another area, I can't remember the name of the area and that's where Michael used to live.

CONFIDENTIAL

24

Q  Can you just draw an 'M' on the box you have just indicated where Michael used to live?

A  Sorry?

Q  Can you draw an 'M' in the box where you said Michael used to live?

A  Okay.

Q  So do you know the name of the town?

A  Well, it's still Cité Soleil, it's just a different part, the road actually divide that part from that side, if that makes sense. If I remember right you could drive there but the road wasn't very wide, they were like rocky road.

Q  And why, what was the occasion that led Dennis to take you to Michael's?

A  I believe he been to Michael a few times I believe and that day he take me to a restaurant not far from, it was a Chinese restaurant somewhere here, somewhere round here, you know, and again in similar area and again it been so long since I left Haiti, I don't remember, but the Chinese food, Dennis had a Chinese who worked in the restaurant and he take me for some food there and from here he took me to Michael and when I got to Michael I then met Emile, Emile was there, Marc was there, Mark Louis.

CONFIDENTIAL

25

Q   Let me stop you for a second, I just want to make sure the Court Reporter gets these names, can you spell Emile?

A E-M-I-L-E I think.

Q And the other name was?

A Marc Louis, M-A-R-C L-O-U-I-S.

Q   And how old were you when you first met Michael Geilenfeld?

A I was still nine years old, nine, ten.

Q   Describe the house that you have just indicated?

A   Well, the house they were living in it wasn't, it didn't have a first floor or anything, it was just flat.

Q So it was a one story house?

A   Yes, as I remember, yes, there was nothing on top of it, there was no other room on top of it, and the room, when I noticed, Michael used to call himself brother Michael then, there were two or three other brother there and everybody used to sleep on the floor on the mats.

Q So there were mats on the floor?

A Mats, yes.

Q   And how many people, as far as you could tell, were sleeping in the house at that time?

CONFIDENTIAL

26

A  Loads of kids, loads of kids sleeping on the mats.

Q  Ten, twelve?

A  Maybe fifteen, twenty.  Some of them didn't live there, they lived up the road and Michael set it up so that they go out and shine shoe and they were making a little box, a wooden box, inside the wooden box there would be shoe polish, there would be brush, there would be pieces of cloth and the boy will go out in town, they will be sitting and shine the shoe for some money and the money will go to Michael.

Q  So you met Michael on that occasion?

A  Yes.

Q  And did you move into his residence at that time?

A  No, at that time, no.

Q  So eventually was there some trouble at Dennis' house that caused you to leave?

A  Yes, yes after meeting Michael here I went back to Denis' and it was coming to Christmas and Dennis said that everybody can ask for something because he was getting containers from France. like clothing and stuff like that.

CONFIDENTIAL

27

Q   Just to go through this there was some controversy over a moped, is that right?

A   Yes.  So basically I asked, I was there when they asked for a moped and when the moped comes, because the other boy was older, the appropriate age, Dennis give them the moped rather than give me the moped, so again for the second time in life I was betrayed and angry, and I thought, right, I will steal it and go, so that's what I did, I steal it and I left and when I left Dennis got me arrested, I got beaten and the moped was taken from me and then I went back on the street again after that.

Q   So you were arrested?

A   Yes.

Q   And did you spend time in jail at this time?

A   No, just beaten.

Q   So who beat you?

A   The Police.

Q   And they let you go?

A   Yes.

Q   And where did you go after that?

A   I went back to the same area where I met Dennis.

CONFIDENTIAL

28

Q  In the Port?

A    Near the Port, because from the Port you got other place, Embassy, you got the Italian Embassy, you have got big restaurants where the tourist come and sit down and eat and that's where you find most of the kids hanging round 'cos you have loads of people like yourself and the lady here coming to eat.

Q  Tourists?

A  Yes, and they would beg the tourists for money.

Q  And how long did you then live on the street again?

A    Not long, maybe two months, maybe less, then Michael come by, he come by to shop in town, St Joseph's.

Q  Now do you know, at this time do you know roughly how old you would have been when...

A  Just over ten, ten or eleven maybe.

Q  And again when I ask you how old you are, is it fair to say you are estimating?

A  Yes.

Q  Because you don't know exactly how old you are, is that right?

CONFIDENTIAL

29

1

2

3          A  No.

4          Q   When you were living on the streets

5   begging, did you have any paperwork with you?

6          A  No.

7          Q   Did you have anything other than the

8   clothes on your back?

9          A  No.

10         Q  So when you talk about your ages, is it

11  fair to say it's your best guess?

12         A  Yes.

13         Q  Okay.  So please tell me what happened

14  when you met Michael, when you were in the Port?

15         A  He come to the place to, I think it was

16  to buy food and he had a pickup truck then.

17         Q  Who was with him?

18         A  No, a Peugeot, he had a Peugeot at the

19  time, a white Peugeot.

20         Q  Peugeot?

21         A  Yes, the car Peugeot.

22         Q  Can you spell that?

23         A  A  P-E-U-G-E-O-T.

24         Q  Was he by himself?

25         A  No, there were boys in there with him.

CONFIDENTIAL

30

Q Do you know who was with him?

A I don't remember who they were, but there were loads of other kids there and at this point he asked me then what happened with me and Dennis.

Q And what did you tell him?

A I tell him what happened, you know, apparently he told me, Dennis told him that I stole money, not push bike you know and then I tell him it wasn't money, it was a bike I took and then he invited me to the house.

Q So Michael invited you to live in his house?

A Yes, yes, that was in Delmar 91, not in Cité Soleil.

Q. Delmar, D-E-L-M-A-R?

A Delmas.

Q And do you know what the street number was, the address?

A 91, Delmas 91.



CONFIDENTIAL

31

1

2

3

4

5

6        Q  Is Delmas 91 in Petionvile?

7        A  Well near Petionvile, yes.

8        Q  And Petionvile is P-E-T...

9        A  P-E-T-I-O-N-V-I-L-E.

10       Q  So Michael took you to 91 Delmar and
tell me about that one?

11       A  Well, when I get there...

12       Q  So, let's back up.  When he took you,

13   did he tell you he was inviting you to live with him or what

14   was the discussion?

15       A  There was no discussion at that point,

16   he take me there.

17       Q  He just said, "Do you want to come

18   with me"?

19       A  Yes, and there were loads of kids and

20   there were other visitors and there were tourists at the house as
well.

21       Q  There was tourists?

22       A  Yes.

23

24

25

CONFIDENTIAL

32

1

2

3 ██████████████████████████████████████

4 ████████

5 ██████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ██████████████████████████████████████████████████

11 ████████████████████████

12 ██████████████████████████████████████

13 ██████████████████████████████

14 █████████████████████████████████████

15 ████████████████████

16 ██████████████████████████████████████

17 ████████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ██████████  ████████████████████████████

20 ████████

21 █████████████████████████████████    So in

22 any case he brings you to 91 Delmar.  Can you just describe the

23 layout of the house, how many bedrooms, how many people?

24

25

CONFIDENTIAL

33

        A  I don't remember how many bedrooms, but each house had loads of bedrooms because the house was used for the guests, the back house was used for the boys and the guests, the downstairs would be the boys and the upstairs would be the guests and above that is Michael's room and below is the praying room and at the back that's the shop where Michael put me to sell sandwiches to the visitors in the house.

        Q  So you would sell sandwiches to the visitors?

        A  Yes, coca cola and stuff.

        Q  So when he brought you to 91 Delmar what happened, was there a discussion about... at that time?

        A  I was just taking part with what's going on because it was just Christmas, you know, and I had something to eat and then after that I left, I went back down to the streets.  Now when I went back to the streets he gave me some money, Michael gave me some money.  Now I was really chuffed with the money he gave me...

        Q  Sorry, I didn't hear, could you repeat that?

        A  I was chuffed.

        Q  Troughed?

CONFIDENTIAL

34

1

2

3          A  Chuffed, happy, I was quite happy with

4   that because I didn't have no money in my pocket.  So I said,

5   thank you very much.    So he then asked me to come back

6   again, you know, so when I went back things started to settle

7   down a little bit.  Emile wasn't there, Marc wasn't there, I

8   think they had been adopted by some family in the States,

9   Emile had a family somewhere, I can't remember where.

10          Q  So at that time when you came back to

11  91 Delmar you are saying Emile and Marc Louis were not

12  living at the house?

13          A    Not at that time, no, they were on

14  holiday somewhere with the adoptive family.

15          Q  Do you know what year that was, if you

16  don't know that's fine?

17          A  I think roughly '86, roughly '86 some

18  time.

19          Q  Okay.

20          A  General La Fy, after the depose of Baby

21  Doc, so it was some time in 1986.

22          Q    So  you  are  saying,  for  the  Court

23  Reporter's benefit, after the depose...

24

25

CONFIDENTIAL

35

A  Of Baby Doc Duvalier and Haiti, Jean-Claude Duvalier, and there was a General by the name of Henri Nanphy, maybe N-A-N maybe P-H-Y or F-Y.

Q  And to the best of your recollection and your ability to speculate or to make an educated guess, how old were you around that time?

A  What, the time when I went back to Michael?

Q  The time you went back to Michael?

A  It wasn't long, I was still between ten-ish and eleven-ish.

Q  So all these things happened.  How many boys were living at 91 Delmar at that time?

A  Loads of boys, some small, some big, loads of boys.  Marc was the oldest one, Marc and Emile was the oldest, they were both older than me.

Q  Did any girls or women live in the house?

A  No, well, there were women, but it was like visitors, there was a Carol Kohlhaus, she was there.

Q  Carol Kohlhaus, that's K-H-O-L...

A  Yes, something like that, I don't know how to spell it but she was being employed by Michael.

CONFIDENTIAL

36

Q   And from time to time would visitors come from the US?

A   The US and stay there and they will eat the same food, sit at the same table, sometimes they would pray.

Q   Who were these people, were they missionaries or tourists?

A   Guests, people were coming to see what Michael were doing.

Q   Were they friends of Michael's, if you know?

A   There were some I knew that were friends to Michael, and some they were like the ones setting up the, one called Robert Corbett, Bob Corbett, from St Louis, Missouri and he used to do something Heart to Heart and people would take them, do the booking and then they would go to Michael, they would be like a Head of the Group, bring these people down.

Q   Okay.  So at this time when you went back Michael had given you money when you left...

A   And then he asked me to come back, yes.

Q   So you came back?

CONFIDENTIAL

37

1

2

3          A   I come back and every time he is going

4    somewhere I manage shop.

5          Q   At that time when you came back did he

6    invite you to live in the house?

7          A   No, not at this point.   At that time he

8    was giving me money to rent a room not far down on the same

9    Delmar Road, but not far up and every so often he would ask

10   me to come to the house.

11         Q   So he began giving you money to rent a

12   room?

13         A   Yes.

14         Q   And how long – did you end up moving

15   into 91 Delmar?

16         A   Yes.

17         Q   How long did you rent the room before

18   you moved in to 91 Delmar?

19         A   Years.

20         Q   Sorry?

21         A   Years.

22         Q   Years?

23         A   No, not years, a few weeks.

24         Q   So you rented a room and while you

25   were renting the room did you spend your days at 91 Delmar?

CONFIDENTIAL

38

1

2

3          A  Yes.

4          Q  Can you tell me about that, what would

5   you do during the day in the house?

6          A  Nothing really.  Wherever Michael go

7   all the kids would normally go with him, I went as well.

8   Sometimes he would go to the Airport picking people from the

9   Airport or sometimes he go to buy shopping or sometimes go

10  to the hill to buy painting.

11         Q  So you would accompany Michael on

    trips and errands?

12         A  Yes.

13         Q  I assume not all the kids could go

14  because you said there were many, many kids?

15         A  Not all of us, no, but the majority of us

16  would come.

17         Q  On various occasions?

18         A  Occasion, yes.

19         Q  And were you taking your meals at 91

    Delmar at that time?

20         A  Sorry?

21         Q  Did you eat at 91 Delmar?

22         A  Yes.

23

24

25

CONFIDENTIAL

39

Q  So after a few weeks did he invite you to move in, tell me how it came about that you were moving in?

A  If I remember right I was in the kitchen, but before that, sorry, I jumped the gun here, before that Emile come back from the US and Marc come back from the US, they both had a push bike, a racer, a racer bike.

Q  Like a moped?

A  No, the racer bike.

MS HOFFMAN:  A motor cycle?

THE WITNESS:  Not motor cycle, the racer bike, no, not motor cycle, you know, the racer bike...

EXAMINATION CONTINUED:  In any case a sort of motorised bike...?

A  Yes, a cyclist bike, they are very quick. Anyway Marc had one and Emile had one and I was going for a ride and I asked Emile if I could use his push bike, his cycle. He say yes, so I end up having an accident on cycle, I nearly died, some car coming out and I just go boom and on my face smashed.  Michael was angry at me because obviously I had to get treatment, so he wasn't very happy.

Q  This was after you moved into 91 Delmar?

CONFIDENTIAL

40

A   Just before if I remember right, just before.

Q   So this is while you are renting a room?

A   Yes.

Q   Okay.  So how did it come about that you moved in?

A   Well, it was one time he took us to get some shopping, it was vegetable and, I don't know where the other kid was, he was in the first house, he was in the first house, it is the Delmas 91 house, this is Delmas 91 and that's the road that lead to the house and this is the first house, this house was used for eating with the guests, there was room upstairs, there was some guests staying in that room, Carol was there.

Q   This is the house around 91 Delmar?

A   Well, it was two house, there was a front house and there was a back house, the back house is bigger now, that has been expand now, you know, but the front house downstairs, there was table, chair and all the tourists visit, sitting with us, Michael and all the tourists and the kids would sit down and eat together, we would pray and then eat, and then in the same room, in the same block there is a kitchen here and then there is the stairs that lead upstairs, upstairs is

CONFIDENTIAL

41

where Carol Kohlhaus live, Michael live in that block, on the left there and the shop...

Q   What I am trying to get at though is how did you come to live there, did he at some point say – I want you to move in or how did it come about?

A   It came about, one day he ask me to help him in the kitchen, two kitchens, there was a kitchen outside the block, just outside here where a guy called John Tatas, John Tatas his name is, he is the one doing the cooking and Michael would be inside...

Q   It is John Tatas...

A   Tatas, it might be something else, but that is the name Michael used to call him.

Q   So what happened?

A   Michael was doing some, I think it was pineapple, he chopping up here and he asked me to help him out and I was chopping the vegetable, the pineapple and then suddenly he come in, he rubbed, he come in like that...

Q   You say he came up...

A   He kind of hold me from behind with his penis between my butt, you know, and he had his hand on my nipples and he whispered in my ear, you know, if you be

CONFIDENTIAL

42

1
2
3  nice to me I'll make your life nice, I can make your life good,
4  *etcetera*, you know.
5          Q  How old were you at this time?
6          A  The same age.
7          Q  So you are saying you were around ten
8  years old...
9          A  Around ten to eleven years old, yes, if I
   remember, yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



CONFIDENTIAL

43

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16                                                                  Robert

17    before we went on break you were describing an event, and

18    before we go back into that, this was at a time when you were

19    still not living in the house and you were telling us about how

20    you came to live in the house, you indicated that you were in the

21    kitchen and that you were cutting up vegetables?

22               A  I was helping Michael chopping up the

23    pineapples because he was getting the breakfast ready for the

24    guests.

25

CONFIDENTIAL

44

Q  Was there anybody else in the room?

A  There was just me and him at that time in the kitchen, inside the block.

Q  What I would like to do before we go on is, you have been sketching on this piece of stationery, I am going to mark this in the lower right hand corner, Exhibit 1 and I mark the page I am looking at as Exhibit 1A, flip it over to the back side and mark Exhibit 1B and I will ask Robert, when you gesture to something on this, if you can hold it up to the camera and point to what you are talking about?

A  Right.

Q  And that way it will be more clear for the record, but in any case please proceed and tell me what happened?

A  I was in the house with Michael helping him chopping pineapples, getting breakfast ready for the guests and it was at that point he come in behind me, it was just out of the blue and he had his penis between my butt and then his hand basically, like you are holding a woman, basically, you know, except he was behind me with his hand around, this hand was on my nipples and then he was talking like in my ear – I will make your life nice, I will make you comfortable *etcetera*, if you are nice to me. I didn't understand straightaway

CONFIDENTIAL

45

what he was saying, but I clicked something's up because he had his penis in my butt then and I am thinking – whoa...

Q  Let me ask you this, was he clothed?

A  Sorry?

Q  Was he wearing clothes?

A  Yes, he was clothed, yes.

Q  And were you clothed?

A  Yes.

Q  And tell me to the best you recall, I know this is a long time ago, but to the best you recall what he said to you at that time?

A  That if I was nice to him that he would make my life comfortable, he would do things for me, make me happy.

Q  And did he invite you to live at 91 Delmar?

A  At that point there was no invitation, there was no invitation to stay, it's like I was already staying, it's like I was already living there you know because I was sleeping there already you know and then it was just a matter of finding me which room am I going to be using to stay and he said that I use a downstairs room where he used to park – that place used to be used as a garage to park the pickup, but

CONFIDENTIAL

46

somehow he done it into a shop where there was a metal gate and inside there was a little window where you closed the gate or you can hand out sandwich or coca cola to the guests and that night if the guest was hungry, they wanted something to eat they would call me to make him this sandwich, cheese toastie, that's what I used to sell, coca cola.

Q  So you would work in this area?

A  Yes.

Q  And did you also live in this area?

A  Yes.

Q  And was this area where you were living a part of Delmar 91?

A  Yes.

Q  And if you know or can give an estimate what year would this have been, early '80's, mid '80's, late '80's?

A  I would say late '80's, very late '80's, it could have been early '90's as well.

Q  Okay, and how old do you believe you were roughly at that time?

A  I come in '89, so it was definitely in the '80's.

CONFIDENTIAL

47

Q   When you say you came here in '89, you are referring to…

A   To the UK, I come in the UK on the 24th of November 1989.

Q   So you know that date?

A   Yes, because I flew from Haiti on the 19th of November to go to New York to get Visa because Michael said get references to get the Visa from the Embassy in New York and to come to the UK.

Q   Let's use that date since you are certain of that date, let's use that date as kind of a guide, a marker.  If you can make a rough guess of how many years, how many Christmases before that date would this have been, this incident in the kitchen?

A   In the kitchen?  How many years I was in the house before the incident take place?

Q   No, let me ask you the question again, you were certain that it was 1989 that you left Haiti to come to the UK?

A   Yes, 1989, yes.

Q   And a moment ago you testified about an incident that occurred in the kitchen in which Michael came up behind you?

CONFIDENTIAL

48

A Yes.

Q    How many years before 1989 approximately was that incident in the kitchen, how many Christmases?

A    Not long after I was in the house, it wasn't long after he asked me to come into the house.

Q    Five years, ten years, twenty years, can you estimate, you know, was it more or less than ten years?

A    You mean after I come in the house?

Q    Yes, let me go about it this way, at some point you moved in, you testified that you moved into 91 Delmar?

A Yes.

Q    And did you live there until you moved to the UK?

A Yes.

Q    How many the years to the best of your recollection do you believe you lived at 91 Delmar?

A    Three, four years maybe, roughly, I was still young.  It has been a long time, I would say three or four years I was living there.

Q    Is it possible it was longer?

A    It is possible, yes.

CONFIDENTIAL

49

Q   You testified earlier that you believe you were around ten years old?

A Yes.

Q   When you moved into 91 Delmar?

A Yes.

Q   And so if you were at 91 Delmar for three or four years and then you went to the UK that would mean you were around thirteen or fourteen when you moved to the UK?

A   No, that's not right, I was older than that when I moved to the UK.

Q   That's what I am getting at, so do you believe that it was longer than three or four years that you lived in 91 Delmar?

A Yes.

Q   So can you describe for me or tell me about how it was living in 91 Delmar after you moved in?

A   After I moved, after he done that, nothing happening then and then Marc come, Marc would come, he used to try to bully me because somehow Michael gave him the authority to do what he want and I didn't understand why. There was time I used to defend myself against him. Marc Louis he used to try to bully me because

CONFIDENTIAL

50

1

2

3      Michael gave him the authority to do what he wanted in the

4      house, that's what Michael do.  He gave you authority, once he

5      done that with you he gave you position, he gave you authority

6      over the other kids.

7              Q  So you lived in the house for a period of

       years?

8

9              A  Yes.

10             Q  And you have described this incident in

11     the beginning, when you were chopping vegetables, was there

       ever a time after that incident that Michael Geilenfeld acted in

12     any way sexually...

13             A  Yes, lots of time, after he done that in

14     the kitchen he asked me to his room.

15             Q  Okay, let me just go through this

16     carefully.  How long after you had been living in the house did

17     he invite you to his room at the home?

18             A  After I had the accident on the bike he

19     was very angry with me and when come in, do that with me, he

       said he would make my life easy, he would make me

20     comfortable, he would give me everything I needed and I

21     didn't know what to do (witness crying) or what to say, I

22     thought everybody was doing the same thing, so I just wanted

23     to survive – he asked me to come and meet him in his room,

24

25

CONFIDENTIAL

51

his room was in the back house, the front house in Delmas 91, normally he would come down here and drive, there was a driveway here, but there is a footpath that led to the other house, there is a footpath lead to that house and between the footpath there is a little park where I used to teach the boys Martial Art, because I used to learn Martial Art and pass it on to the kids.

Q    Let the record reflect the witness is pointing to Exhibit 1B.

A    And this block, downstairs in this block is where the boys sleep, there would be bunk bed and the boys would sleep downstairs and above that there is another floor and it is a television room where the kids watch Friends and where we prayed before bed, or before we eat and when we have guests, we sit in that room and eat and pray and next to that room is where my room was, so if you are sitting in that room watching TV I can see you from my room, I can see whoever in that room.  The same if you were in that room you can see me in that room as well because there wasn't a wall to give me any privacy in that room.  It was more like a cage really, the grille, you could see me from the cage.

Q    And where was Michael's room?

CONFIDENTIAL

52

1

2

3       A  On the same block, on the same block
4   but upstairs, you can get to his room from inside staircase or
5   outside staircase, you know there was a staircase on the
6   outside, from out here, a staircase here that kind of leads you
7   upstairs and you can knock the back door of Michael's room if
8   you walk up the stairs, or from inside the block, from inside the
9   house they have got stairs, you can walk inside the house and
10  knock his door then.
11      Q  So at some point he asked you to come
    to his room?
12      A  Yes, and when I was in there he had
13  chocolate, he had chocolate and he had alcohol, Amaretto they
14  call it, you know, the bottle, the square bottle, Amaretto.
15      Q  Amaretto?
16      A  Yes, he had that and he gave me some
17  of that.  Then he started masturbating my penis and touching
    me and I just keep quiet about it because I feel, I thought I had
18  to do that to live, to live there, I thought everybody done the
19  same, so I just let him do what he do.
20      Q  When this happened was there anyone
21  else in the room?

22

23

24

25

CONFIDENTIAL

53

1

2

3        A  No, it was him and me and then he used

4    cream, he used body lotion, massaged my body with body

5    lotion.

6        Q  To the best of your recollection how old

7    would you have been roughly when this was happening?

8        A  (Witness crying) I was still the same

9    age, still about ten, eleven, maybe twelve, I don't now, I was

10   still young boy, I was still a kid (witness crying).

11       Q  And did this become something that

    would happen...

12       A  All the time, all the time and when

13   Marc and Emile come back there was, opposite the house, this

14   house, opposite that house there was another house here, there

15   were loads of Spanish girl living there and there was a Spanish

16   family live in it, from Dominican Republic, so they were living

17   there, but Marc and Emile used to try to get in with the girls,

18   but I was trying as well, you know, every time they go there I

19   would go there as well, but he didn't want me to go there, he

    was always like – get over there...

20       Q  Who didn't want you to go there?

21       A  Michael.

22       Q  Was there any talk amongst the other

23   boys in the house about what was happening?

24

25

CONFIDENTIAL

54

A  Some of the young boy knew but they kept quiet because Michael would beat them up or kick them out of the house.

Q  Let me ask you a question, did you ever personally observe physical violence in the house...

A  Yes.

Q  By.

A  Yes.

Q  Let me finish the question, by Michael Geilenfeld?

A  Yes, I see him beat some of the boy, he tried to hit me the day when I became Police, I had to get a massive gun because the Inspector tell me without the card I can't be a Police...

Q  We are going to talk about that in a minute, about how you became a Police Attaché, but just to back up.  Now you have testified that you personally observed acts of violence by Michael Geilenfeld on people in the house, are we talking about a spanking?

A  No.

Q  Tell me exactly?

A  Kicking, punching, slapping.

CONFIDENTIAL

55

Q  Tell me of an incident, do you recall any specific incident that you can describe?

A  I don't remember the boy's name but there was a Fednor got hit by him, that's another boy that was doing the tour.

Q  F-R-E-D...

A  F E D N O R, Fednor.

Q  Tell me exactly what you saw with respect to that?

A  Well, I see Michael grab him by the throat because I didn't understand why because he used to go on the tour as well with us.

Q  The tour, when you say the tour you are referring to the dance troupe?

A  The dancing group, the dancing tour.

Q  That tours the US from time to time?

A  Yes.

Q  So you saw him grab Fednor by the throat?

A  Yes, but apparently Fednor was trying to, was saying to some people in the State about what he done, but obviously I don't know whether they believed Fednor and

CONFIDENTIAL

56

for that reason he was very angry at Fednor and Fednor moved out of the house and he would treat him very badly.

Q   Did you ever see Michael Geilenfeld punch one of the orphans that lived at the house?

A  Yes.

Q  With a closed fist?

A  Yes.

Q   Do you recall who it was that he punched?

A  I don't remember the name of the boy because it had been so long.  There was a boy called Shanno, Shanno, yes, I think yes I see Michael beating him.

Q  How was he beating him?

A  Slapping, dragging him.

Q  Had you ever seen him kick any of the boys?

A  Yes, in the back, on the butt.

Q   And during these incidents was there any chance it was just rough housing or playing?

A  Playing, what do you mean?

Q   Was this real violence or was this just joking around?

A  No, not joking around, no.

CONFIDENTIAL

57

Q  Were the boys crying at the time?

A  Yes.  Fednor wasn't crying because, he wasn't big but he was strong, he was like me, you know, he looked like me too.  He is a survivor Fednor, like me.

Q  I know this is very difficult, but I have to ask you some more questions about the sexual things that happened to you.  How often would Michael ask you to his room, would it be once a week or once a month?

A  Not once a month, quite regular, maybe twice a week.  You see if he had loads of guests in the house he tried to slow himself down ████████████████████ ███████████████████████████

Q  So you are saying if he had guests in the house he wouldn't.....?

A  He would slow it down until guests started to go out.

Q  You testified that he invited you to his room and that he massaged your penis and that he would rub lotions on you?

A  Yes, and he put my penis in his mouth and started licking my nipples everywhere.

Q  You are saying he put your penis in his mouth?

CONFIDENTIAL

58

1

2

3          A  Yes.

4          Q  How many times would you say he did

5     that?

6          A  I never count how many time, I just

7     know it has been loads of times, loads of times, I wasn't

8     counting at the time he done it.

9          Q  Were there other things that he did to

10    you besides that?

11         A  Pardon?

12         Q  Were there other things that he did to

13    you?

14         A  Like what?

15         Q  Any other sexual things?

16         A  Yes, put his penis between my ass, you

17    know, and then masturbate my penis as well.

18         Q  Are you saying that he penetrated you

19    anally?

20         A  Yes.

21         Q  And how often did that happen?

22         A  Every time.

23         Q  And during this time did you ever tell

24    anybody?

25

CONFIDENTIAL

59

A  No, because everybody who tried to go against him he had to get their Passport and kick him out and that's your life ended then.

Q  Did you fear that if you said anything that you would be thrown out of the house?

A  Or be killed, or get me killed perhaps because he had all these links, all these connections from the Police.  He had this guy called Stanley Lucas, he pay Stanley Lucas, he paid Stanley Lucas to keep his secret.

Q  So you are saying he had contacts with the Police?

A  Yes, he was there when he sort out the card for me, the Police card Attaché, he was there when I sort everything, but all I did was take a picture and then they give me the card.

Q  Was there ever a point when you were living at the house with Michael when he stopped that?

A  Yes, that was after when  I had the card and then I had the gun and he became frightened of it and at that point, well, he didn't know I had the gun until, somebody at Police...

Q  Let's just stop and back up for a second, at some point did you apply to become a Police Attaché?

CONFIDENTIAL

60

1

2

3          A   Well, I didn't apply, Michael was the

4   one with the link, he is the one that does the talking with the

5   people at the Police.

6          Q   So he had arranged for you to become a

7   Police Attaché?

8          A   Yes, and then he paid, I think it was 250

9   dollars, for the card.

10          Q   Can you explain as best you can what a

   Police Attaché is to you?

11          A    In this country or the US a Police

12   Attaché will just mean a Security Guard maybe, but in Haiti,

13   because of the corruption there is they make it so you have

14   power as much as a Policeman, you can carry a gun and make

15   an arrest.

16          Q   What is your understanding of how

17   somebody would become a Police Attaché?

18          A   There is nothing to stop you from

19   becoming, there is nothing to stop anybody in Haiti becoming a

   Police Attaché if you have that, in fact there is nothing to stop

20   you.

21          Q   You just gestured, you made a hand

22   gesture, you said if you had that?

23

24

25

CONFIDENTIAL

61

A    Money, there is nothing to stop anybody becoming anything you want to be in Haiti if you have money.

Q    And you mentioned a card, what is this card?

A    The card, it is the Police Attaché card, basically a Police security card with your picture ID on the side and just stated your authority basically and the ID, if you wanted to make an arrest you have to look for a Police Officer to help you make an arrest, but because of the corruption they make it so you don't need the Police, you already have the power, already have the gun, for yourself.

Q    You said Michael initially created the card, do you know how the card...

A    There was a point, he had the Security Guard, the Security Guard was working at the gate, the Guard was meant to open the gate, close the gate every time he goes in, or come in, anybody comes out or comes in and I think he worked for that Guard, I could be wrong, but I think he worked for that Guard.

Q    Let me ask you this, is it your understanding that money was paid to get the Police Attaché card?

CONFIDENTIAL

62

A  Yes.

Q  Do you know how much?

A  250 dollars.

Q  So what happened when you got the Police Attaché card?

A  Well, the day the Inspector gave me the card, he knew I was very young, he knew I was too young to have the card, he look at me and shake his head, you know, and when he handed me the card he said, "Son, without a gun this mean nothing to you", he said.

Q  Who was this saying this?

A  That was the Inspector that issued me with the card.

Q  The Inspector that was issuing you the card?

A  Yes, but he wouldn't issue the card, but he was there when giving me the card because one Officer will issue the card and the higher up Officer will give you the card, does that make sense, will hand you the card as a sign of respect to the higher ranked Officer, but the Inspector didn't have nothing to do with getting a card organised and getting my picture taken *etcetera* and to give me the card.

CONFIDENTIAL

63

Q    So he said something to you about a gun, yes?

A    Yes, there was another guy who was in the same Police Station who was also an Attaché and after the Inspector said that I needed a gun to go with the card he straightaway said, he said – Oh, I have 2.2, I have got a spare 2.2 you can buy.

Q    When you say 2.2?

A    A 22 pistol.

Q    So he said he had a spare 22 pistol?

A    That I could buy, yes and I say okay, he charge me 500 dollars for it which was quite expensive and I didn't have money

Q    Where would you have gotten 500 dollars to buy...?

A    Pardon?

Q    Where did you get the money to buy the gun?

A    Michael.

Q    So tell me what happened when you got the gun and how that relates to what you have testified earlier about the molestation stopping?

CONFIDENTIAL

64

A  Basically I feel he stopped asking me to come to his room after he knew I had the gun.

Q  How did he discover you had the gun?

A  He discovered I had the gun when I was in that room, the shop, in the shop.

Q  The area where you slept?

A  The area where I slept which was in this house here, it was somewhere back here the room was, because to come here, you can come in this house either way, you can come from the road, go down here, go through the house and walk through the path or you can drive through here and then go here.

Q  Why don't you hold up the image and point to where you just gestured was your room?

A  Basically when you go to Delmas 91, if you go right down to the road that take you to the house, to the St Joseph house, from the St Joseph house you can cross on the footpath and go to the other house which is just behind the front of this house, or from the same road you can go right and that leads you to the back house.  So if there is somebody waiting for you in that house you can bypass them by going here and get into the house without them knowing you were in the house, if that makes sense.

CONFIDENTIAL

65

Q  So Michael discovered you had a gun at some point?

A   And then he burst into the room, he tried to get the gun off of me.

Q  He tried to get the gun from you?

A  Off of me.

Q  Yes.

A   When I say, what are you doing Michael, you know what I mean, I mean I need the gun.  He said there is no gun in this house *etcetera etcetera*.  I said I need the gun with this, for the card, for security here and obviously he had no choice but to understand that, and he said, well keep the gun away from the guests, and I did.

Q  Did you feel that it was necessary to have a gun for protection in the house?

A  Yes.



CONFIDENTIAL

68



Q  I just want to ask you briefly about the dance troupe, can you explain what the dance troupe was?

A    The dance troupe was something Michael put together with the kids to go round the United States and State to State, to dance and perform and raise cash.

Q  And were you part of the dance troupe?

CONFIDENTIAL

69

1

2

3          A  Yes.

4          Q  And this was to raise money?

5          A  Yes.

6          Q  For the orphanage?

7          A  Yes.

8          Q  Did you go with the dance troupe on tour?

9

10         A  Yes, once.

11         Q  Do you remember what Cities you went to?

12         A  It was a few Cities.  We went to St

13    Louis, St Louis Missouri, and we went to St Paul, Minnesota.  I

14    didn't go to Boston on tour, but I have been in Boston at some

15    point.  Des Moines, Minnesota, quite a lot of States you know

16    and one of the States Michael was investigated by the

17    Authority for abusing one of the boys.

18         Q  Was this on a trip that you were on?

19         A  Yes.

20         Q  Let's stop right there, so you are saying there was an investigation while on a dance tour?

21

22         A  Yes.

23         Q  What did you personally, and I just want to know what you personally know about it?

24

25

CONFIDENTIAL

70

A   Well, I didn't know much about the investigation, but Michael told me what to say to the Authority that was there at the time because he wanted us to say what he want us to say to the person.

Q   What did he tell you to say?

A   Just don't tell him, please don't tell him that.

Q   Please don't tell him what?

A   Tell him what he does, that he abuse us.

Q   Was he talking about sexual abuse?

A   Yes.

Q   Did he tell you this in a one on one conversation?

A   Yes, I keep his secret, to tell me first, you know, sshhh, keep quiet.

Q   Before today have you ever spoken publicly about the abuse in the home?

A   Well, yes, I did speak to somebody, but that was the first time I speak to that person about it.

Q   So what was the second time that you had spoken about...

A   This now is the second time, yes.

CONFIDENTIAL

71

Q    When you would travel on the dance tour how, would you have travel papers, Passport, Visas and so on?

A    Yes.

Q    And would you get to keep these documents?

A    No, Michael, because Michael wanted that we didn't speak to anybody about the abuse, so that was his way of keeping us quiet by holding our Passports so we are fear, so we don't say nothing, because without the Passport we can't stay in the United States, we can't go, we can't do nothing.

Q    So what would happen, you had to have your Passport when you went to the Airport?

A    He would easily destroy Passport.

Q    So who held the Passports?

A    Michael.

Q    So you never got to hold your Passport?

A    No, I hold my Passport once, I remember that was the first time when he take me to the United States, but that wasn't on a tour, that was the first time, for my silence, that was in Florida, in Disneyland.

Q    Tell me about that trip, who was on the trip besides you?

CONFIDENTIAL

72

1

2

3          A  No-one, just me and Michael.

4          Q  So Michael took you to Disneyland?

5          A  Yes.

6          Q  How old do you think you were?

7          A  The same age, I was still a minor, I was
still a kid.

8

9          Q  Did he tell you why he was taking you
to Disney?

10

11         A  No.

12         Q  This was in Orlando, Florida?

         A  Yes.

13         Q  Did he tell you that it was a reward for
something?

14

15         A  No, he didn't say that, no, but before he
16 take me there, that would have been the first time I would have
17 leave the country to go anywhere, so he get the Passport for
18 me.  Then he said he was going to take me to Jamaica, that was
19 what he said, but when he come back with the Passport the
20 Passport had a United States Visa on it, I suppose he wanted to
21 surprise me, I don't know, but then at that time he take me to
22 Miami, take a plane from Port-au-Prince and come off at Miami
23 Airport International.  From the Airport we went to a hotel not
24 far and then from the hotel I was very stressing with them, I say I

25

73

didn't want anything, I said – take me back to Haiti.  We are supposed to stay for a week or two, I don't remember how long we were supposed to stay for but I just tell him to take me back home, so we went to Disney World and come back and I said, no, I want to go home.

Q  Why is that?

A  It was just me and him in the hotel, he was abusing me, I didn't want to be abused in there, I want to go back home.

Q  What did he do in the hotel in Florida, when you talk about that?

A  Well, he had sex with me, and he take me to the play, to the games, to the run ,to the things where the kids go where you have got rides and…

Q  To the park?

A  Yes.



CONFIDENTIAL

74

Q  Was it oral sex?

A   The same like he done in his room, putting creams on my body, sucking my nipples, putting my penis in his mouth and thereafter that he would put his cock, his penis in my ass.

Q  So you told him you wanted to go back to Haiti?

A  Yes.

Q  Is that the only time you travelled alone with Michael?

A  Yes.

Q  So when you became a Police Attaché it stopped?

A  Well, he seemed to be frightened about it, he never asked me ever again and then I was able to go out and do what I wanted and that's when he started labelling me, he started labelling me as – I'm a liar.  I didn't understand English, I didn't understand very much English at the time, I didn't understand what he mean.  He pinned me against a wall and somebody write the word liar on the wall and the picture was taken, so I didn't pay much attention of it because I didn't understand what he meant at the time because I didn't know English and even if I wanted to say something to the other

75

guests I wouldn't because they don't speak Creole, Michael speak Creole, he was able to speak with me and speak with the guests.

Q  Tell me about the Gibbons?

A  The Gibbons, I never knew them until they come to Haiti.

Q  Do you know why they came to Haiti?

A  Well, I didn't know why when I was there but when I come to the UK I find out from her she was working with a group that are called Drive For Youth and basically that's an organisation that seeks charity to send abroad to orphanage like Michael, orphanage all round the country.

MR WALKER:  I am going to take a five minute break.

After a short adjournment.

MR SHERIDAN:  You are still under oath Mr Belvue.

EXAMINATION CONTINUED:  So we are back on the record resuming the Deposition.

CONFIDENTIAL

76

THE WITNESS:  This is a letter from Michael.

EXAMINATION CONTINUED:    Just wait, I am going to ask you questions in a second.  I just want to ask you a specific question about this letter that I have just marked as Deposition Exhibit number 2.  Have you seen this letter before?

A  Well, only recently.

Q  And it's fair to say, would you agree that this appears to be a letter from Michael Geilenfeld to Mr and Mrs Gibbons?

A  Yes.

Q  I want to direct your attention to the fourth paragraph in the letter and it begins with the sentence, "I have known Robert for seven years".  Earlier you testified about dates and trying to sort out how long you lived in the house and so forth.  Does this estimate that you knew, first of all there is no date on this letter?

A  No.

MS HOFFMAN:  It actually is dated, your office cut it off at the top.

MR WALKER:  Do you know what the date is?

CONFIDENTIAL

77

1

2

3          MS HOFFMAN: It is something 1989.

4          EXAMINATION    CONTINUED:    You

5    moved to the UK in 1989?

6          A  Yes.

7          Q    And you moved there to be with a

8    woman?

9          A  Sharon, Sharon Gibbons.

10         Q  Sharon Gibbons, and would you agree

11   with me that this letter appears to be a letter from Michael

12   Geilenfeld to the Gibbons about your moving to the UK?

13         A  Yes.

14         Q    And in this letter, in the fourth

15   paragraph Mr Geilenfeld indicates that he has known you for

16   seven years, and if we assume the letter was written in 1989,

17   does that sound roughly accurate for the amount of time...

18         A  Yes, yes.

19         Q  So you think as of 1989 you would have

20   known Michael for approximately seven years?

21         A  Yes, yes, but you know when I come

22   here, you already know, as I said the details on my ID

23   obviously make me older now, you are aware of that, yes?

24         Q    Let me go into that now since you

25   raised it.  You moved to the UK in 1989?

CONFIDENTIAL

78

1

2

3          A  Yes, and I was still young, I wasn't an

4    adult then.

5          Q  My question is in order to do that you

6    had to have travel papers?

7          A  Yes.

8          Q  And did your travel papers have a date

9    of birth?

10         A  Yes.

11         Q  What is the date of birth on your official

12   papers?

13         A  It is 27th of March 1966.

14         Q  How did you get these documents, your

15   travel papers?

16         A  Well, before I had a Passport, Michael

17   knew I didn't have no papers, I didn't have birth certificate and

18   then he asked me to go lend one from somebody in the valley,

19   he gave me some money to give them and then I give him

20   some money and the person leant me the birth certificate, I go

21   and give it to Michael and then Michael did use the birth

22   certificate, he make a copy of the birth certificate and then he

23   go to the Passport Office.

24

25

CONFIDENTIAL

79

1
2
3
          Q   Now do you recall what the date of
4
birth was on the Passport, or on the birth certificate that you
5
obtained?
6
          A   That was the 27th of March 1966.
7
          Q   So is it your testimony that that's not
8
your actual birth date?
9
          A   No, it's not my birth date, no.
10
          Q   And again you don't know your birth
11
date exactly?
12
          A   No.
13
          Q   And that's because you were an orphan
14
living on the streets of Port-au-Prince, is that right?
15
          A   Yes.
16
          Q   So tell me how you came to live in the
17
UK?
18
          A   Well, when I was in Haiti and Sharon
19
come with this group.
20
          Q   Sharon, who was Sharon?
21
          A   Sharon Gibbons, my daughter's mother.
22
          Q   Where did she come from?
23
          A   She come from Wales, South Wales,
24
Newport.
25
          Q   In the United Kingdom?

CONFIDENTIAL

80

1

2

3      A  In the United Kingdom, yes.

4      Q  And what happened?

5      A  Well, I never knew her before that, she

6  come with the group and my job at the time was to go round

7  and pick people from the Airport with Michael's pickup truck,

8  he gave me the job to be the driver, I was picking up people

9  from the Airport, taking them back to the house, picking them

10  up from the house, take them to the Airport or take them

11  shopping, or take them wherever, to provide security for them.

12      Q  And so how did the Gibbons come into

13  the picture?

14      A  Well, the Gibbons come over in a group

15  with, I think it was twelve of them, there could have been

16  more, they come with a group and they stay with Michael and

17  at the time Michael tell me to take them to the beach.  There

18  was Sharon, there was another woman called Sandy, Sandy

19  was the Head of the group, was the Captain of the group, she

20  was the one that was responsible for everybody else.

21      Q  Is it pretty typical for these groups to

22  come and stay at...

23      A  Yes, yes, there used to be quite a lot of

24  groups leaving from United States coming to stay with

25  Michael.

CONFIDENTIAL

81

Q   So did you end up having a romance with Sharon Gibbons?

A   Yes, well to start there was a twist to this, something happened with the Head, with Sandy first, Sandy, that was the Head of the group.  After we come back from the beach...

Q   I just want to know about Sharon, so you and Sharon ended up...

A   Is the same thing, after we come back from the beach, the same day Sandy take a fancy of me and she take me to her room, we had sex and then after we had sex I went to my room and then Sharon was there waiting for me.

Q   Sharon Gibbons?

A   Yes.

Q   So you developed, you had a relationship?

A   Me and Sharon have sex as well, that night as well and then after that I had to choose between Sharon or Sandy, so I liked Sharon so I choose Sharon, but Sandy wasn't very happy about that.

Q   How long was Sharon Gibbons at the house?

CONFIDENTIAL

82

A    Not long, not long, they were just visiting us a short time.

Q    And did you remain in contact with her when she left, did you write letters?

A    I was bad with my English, my English was very bad, so she was 'phoning more often, she was 'phoning on the house 'phone.  Sometimes I will be out doing a chore for Michael, she will be calling, Michael answer the 'phone, when I come back he will be telling me she 'phoned and to hang about, she would be 'phoning again.

Q    So you would speak to her on the 'phone?

A  Yes.

Q    So what happened that a decision was made that you were going to go to the UK?

A    Well, yes, a decision was made with Michael, Sharon and myself.  Now I thought I was going to go over there, got married, but first he tell me Sharon was pregnant, that it is best to be with her because I am about to give birth to a baby.

Q    So Michael told you that Sharon Gibbons was pregnant?

A  Yes.

CONFIDENTIAL

83

Q  Did you talk to Sharon about that?

A  Well, I didn't know because I couldn't barely understand Sharon at the time, we communicate somehow, but there wasn't very many communications because my English was very poor.

Q  So Michael said you should go and live in the UK?

A  Yes.

Q  So what happened?

A  Well, Sharon then come to the UK and she was 'phoning, 'phoning, 'phoning and then she arranged it with Michael because I didn't know how to get Visa, I didn't know how to do anything, so between Sharon and Michael, Michael tell Sharon she had to invite me to the UK, she had to send letters of invitation to me, to Haiti, to help me get Visa, so she did that and then Michael gave me letters of reference as well to go to the Embassy, say that I was working for him, I was getting a certain amount of money and I was just here on a speaking tour, that I was going to go back to Haiti after my speaking tour, that was the basis of me obtaining the Visa.

Q  How did you feel about moving to the UK?

84

A  Well, I was happy to move here, I was very happy to move here, but on the basis that I know that I was about to start a family, I was about to be a father and I was able to go back home, but as it stands right now I can't even go back home.

Q  And why is it that you can't go back to Haiti?

A  Well, because of the fact that a few things happened with the Government, they tried to kill me. They said I was a traitor against the H the Haitian Authority, they accused me because of my relationship with Michael and other people that come the orphanage and they see me with them and they think – oh, I am passing, I am feeding them information and they wanted to come and kill me for that.

Q  So correct me if I am wrong, are you referring to political issues with the Police Attachés and the Government at that time in Haiti?

A  Yes, because not only did they have revolution against the Dictatorship, there was also revolution against the Attaché as well because they went out and do lots of bad things.

Q  The Police Attachés?

CONFIDENTIAL

85

1
2
3          A   Yes, well, nobody really knew they
4    were Police Attaché or not, it was some people with street
5    uniform, street clothes, so the people just get confused who is
6    Attaché, so they started killing the Attaché as well.
7          Q   So at that time Police Attachés  were in
8    some danger?
9          A   Yes, they were in danger, yes.
10          Q   You obtained a status in the UK as an
     asylum seeker?
11          A   An asylum seeker, yes, based on that.
12          Q   And as an asylum seeker, how does that
13    affect your ability to travel?
14          A   Well it affect me that I am unable to go
15    home to visit my family.  I asked Michael to find my mother,
16    to find my parent and he is saying that nobody come by from
17    time to time, my brother, nobody come by, for some food, but
18    he never try to put me in contact with anybody.
19          Q   We don't have to go into the details, but
     your relationship with Sharon Gibbons ended?
20          A   Yes, it didn't – well it ended when she
21    was pregnant.  When I moved there I first moved into her mum
22    and dad house, when I moved there, and things wasn't very
23    good, they wasn't very happy about me being there and they
24
25

CONFIDENTIAL

86

were causing loads of problems for Sharon. So I had some money, Michael give me when I come, some 2,000 dollars, so I changed it into pound, so I still had some money to pay for bedsit.

Q  Are you, you presently live in Falkirk, Scotland?

A  Yes.

Q  Do you live by yourself now?

A  Yes.

Q  Do you have any contact with your friends or family back in Haiti?

A  No, I mean I wanted to, my mum, especially my mum, she could tell me how old I am, who I am, she maybe dead by now thanks to you, find them for me (witness crying).

Q  Focus on me. During your time in the UK did you remain in contact with anyone from Haiti?

A  Yes, Michael. I didn't know anybody else, I had nobody else at all, there was only Michael and then Sharon left, she left when she pregnant, she leave me alone, I had nobody then.

Q  You stayed in contact with Michael periodically writing e-mails?

CONFIDENTIAL

87

A   Yes, but long time space because I tried to move away, I try not to ask him for anything, I try not to do nothing, I tried to build a life for myself you know and last time was in contact he sent me a 1,000 dollars.  I sent him an e-mail saying I needed help with something because I tried, I was having trouble getting employment, I was jobless, I didn't have no money and I said to him, can you help me out, I will pay you back and he said, well, I have got 2,000 dollars here, it is my saving, you can have it.  I say, well Michael, if it is your saving I don't want it because I said you need it more than me because you have responsibilities over there.  He insisted that, no, you can have it Robert.  I say, okay, if you are happy with that then okay. He sent 500 one week and about three, four weeks later he sent another 500.

Q   Okay.  I just want to slow down for a second, did Michael ever ask you to have no contact with Emile?

A  Yes, yes.

Q  I will show you an e-mail that has been marked as Exhibit 3?

A   Yes, I remember he e-mailed me, says he understand I have been in contact with Emile.

CONFIDENTIAL

88

Q  I'm going to stop you right there, I am going to ask you to look at this document that is marked as Exhibit 3, it is very short, it is an e-mail, page 1 and 2, it is the e-mail, I will give you a copy, it is the e-mail dated, forwarded to Colin Howard.  Would you do me a favour and just take a look at those e-mails and I will just ask you a couple of questions.  Just let me know when you are finished looking at the document?

A  Yes, that's it, that's the one, yes.

Q  Let me just ask you a couple of questions, first of all this document is an e-mail string containing a series of e-mails.  Can you tell me whose e-mail address is S-I-N-J-I-L...?

A  That's Michael's e-mail, that's the same.

Q  No, no, I think you misheard, I am talking about the e-mail address...?

A  That's my e-mail address, yes.

Q  What's your e-mail address?

A  My first name, sinjilus@alive.co.uk.

Q  Can you spell Sinjilus please?

A  S-I-N-J-I-L-U-S@alive.co.uk.

Q  That's your e-mail address?

CONFIDENTIAL

89

A Yes.

Q And whose e-mail address is sjfamily?

A That's Michael's e-mail address?

Q So these are e-mails between you and Michael Geilenfeld?

A Yes.

Q And in that particular e-mail, I just direct your attention to the e-mail dated Wednesday April 10th 2013 at 21:52. It reads, "Good evening Robert. I have just received information that you are in communication with Emile. If that is the case we can no longer be friends". Do you know why he was telling you that you couldn't be friends if you talked to Emile?

A No, no actually when I received the e-mail I was kind of puzzled, I don't understand what that means because I know Michael and Emile was very close, just like I keep, I keep all his secrets over the years and I know Emile do the same, I knew that.

Q Had you talked to Emile...

A Well, twice.

Q When have you talked to Emile?

A It was on Skype, I was...

Q Was it before or after these e-mails?

CONFIDENTIAL

90

1

2

3          A  It was after the e-mails because I was

4  trying to figure out why, why he tell me not to speak to Emile

5  to start with because I mean with, I mean if you knew the

6  relationship that was in the house, if you were me you would be

7  wondering why would he say and I did ask him, what's it

8  matter what did Emile do.

9          Q  Let me ask you this, your e-mail said

10  that you had not been in contact with Emile?

11          A  Yes.

12          Q  Was that true?

13          A  That was true, yes.

14          Q  But subsequent to this e-mail...

15          A  But after the e-mail on Facebook

16  somebody befriend me, I didn't know Emile's true name, I just

17  know him as Emile, E-M-I-L-E, that's what I was expecting to

18  see as his name come up and when the person befriend me I

19  didn't know who that is, so then I e-mailed Michael again to

20  say that somebody on Facebook tried to say that he was Emile

21  and then they were trying to be friend with me and then

22  Michael's e-mail said to ignore them, to ignore him.

23

24

25

CONFIDENTIAL

91

1
2
3
4
5
6
7
8

9          Q   I show you what I am marking as
10   Exhibit 4, page 1, Exhibit 4, page 2.  I ask you to look at that
11   while I get copies for Counsel, I'll leave you page 2, the
12   signature line?

13          A  Right, where is the one before this?

14          Q  This is the string that was sent to us.

15          A   But there would have been one before
16   that, there would have been one that says…

17          Q   Let me just ask you this, you have read
18   this before, page 1?

19          A  I have read it.

20          Q  You have looked at it?

21          A  Yes.

22          Q  So these are again e-mails between you
23   and Michael?

24          A  Yes.

CONFIDENTIAL

92

Q   And this is a discussion about Michael assisting you financially?

A   Em, yes.

Q   And that e-mail from Michael, at the top of page 1 says, "Good evening Robert, before committing to helping you I have to see how things work out with the Emile situation".  Do you know what the 'Emile situation' is?

A   I am thinking that Emile is the one that's bringing everything to light, stating what Michael done to him, now if, maybe if I go and say…

Q   You say bringing everything to light, you mean the sexual abuse?

A   Yes, because I mean I keep this quiet since then.  I didn't know I could start anything here in the UK because US is so far away and when Emile start talking to me and I realised what's happened then, I realised why Michael tell me not to speak to him and I have been wanting to speak to somebody in the US for a long time about this and I didn't know who to contact, I lost connection with everybody except Michael, he was the only one I was able to talk to.

Q   What did you understand Michael Geilenfeld's e-mail to mean?

CONFIDENTIAL

93

A   Basically telling me to keep quiet and only then he would help me, that's what he is saying.

Q   What did you think when he said help you, what did you think that meant?

A   Pardon?

Q   What did you think help meant?

A   Basically give me money, give me money to go and do what I wanted to do.

Q   So you understood this e-mail was Michael telling you that if you...

A   Basically this tells me if I keep quiet then he would help me getting my naturalisation, because I needed money for that, I needed money for other things, and I asked him to help me because I wanted to go home to visit my family, look for my mother and at the moment my Passport, I can't go to Haiti, I can't go anywhere except Haiti you know.

Q   Now you are here, today you are not under a Subpoena?

A   No.

Q   You are here of your own free will?

A   Yes.

Q   You choose to be here?

A   Yes.

CONFIDENTIAL

94

Q  And what do you believe will happen with the financial assistance that Mr Geilenfeld had provided, by your testifying?

A  Right now, I probably won't get nothing now because I am telling the truth now because I am not keeping a secret anymore.

Q  Let me ask you this, before yesterday morning had you ever spoken to Paul Kendrick?

A  No, no, I never met Paul before.

Q  You have never spoken to him on the 'phone?

A  No.

Q  You never spoke to him on Skype?

A  No, today is the first time I see this guy here.

Q  Well you met him yesterday morning?

A  Yesterday morning?  Oh, aye, downstairs, yes, yes.

Q  So in connection with your Deposition here over this weekend you met Paul Kendrick for the first time?

A  Yes.

CONFIDENTIAL

95

1

2

3          Q    Paul Kendrick, aside from breakfast

4    yesterday morning, has Paul Kendrick ever given you any

5    money?

6          A No.

7          Q Has he promised you any money?

8          A No.

9          Q    Has Michael Geilenfeld given you

     money?

10         A Well, he gave me 1,000 dollars a while

11    back.

12         Q    So Paul's not given you money but

13    Michael has?

14         A Yes.

15         Q    Do you recall sending Michael

16    Geilenfeld e-mails in which you refer to him as a friend?

17         A Yes.

18         Q Why do you refer to Michael Geilenfeld

     as a friend after the abuse that you described?

19         A    Because I feel he is the only one I

20    knew, he is the only one that can put me in contact with my

21    family, my mother, you know and he is a friend to me.  The

22    fact that he has been helping me as well over the years, you

23    know, I mean I thought if you are helping somebody you are

24

25

CONFIDENTIAL

96

helping them, but then he claimed to me then, because in Haiti kids who don't have any family will keep quiet for people like Michael, simply because Michael can do helping out. He will give them money, he will give them motorbike, he will give them expensive stuff, he will take them to the United States, so the truth is you will probably find that is why that I say to myself he is a friend, but not a friend, Michael is not a friend, because a friend would put me in contact with my mother at least, at the very least, a friend will stop by in the UK to see how I was doing, because he has been in the UK numerous times prior to me come here and not once did he stop by to see how I was, if I was doing okay, if I was still alive for that matter.

        Q  Let me ask you this, you testified earlier about the sexual abuse and about the violence in the house, how has that affected you as you have grown up?

        A    It still affect me now, I break my confident when I am talking to a lady, excuse me.


(At this stage the witness left the room.)


(At this stage the witness returned to the room.)

CONFIDENTIAL

97

EXAMINATION CONTINUED:    Before we broke I believe I had asked you how this abuse that you have testified here today in detail, how it affected you, if you can just talk about that?

A   I don't know, it affect me in many ways, you know.  It affect me if I see a lady I like I always seem to have trouble talking to them, I always seem to have trouble talking to a lady because it broke my confident down you know and for a long time I have been having nightmare, very depressed about this and the fact I am here in England is just making everything worse.  My mother, although she wasn't there for me, but she is still my mother you know, I need to find her and talk to her, perhaps find out who I am, how old I am and tell her what Michael been doing to me, you know, let her know what has been going on in my life over these years I have been away from her.  Maybe that won't happen now because she could well be dead by now for all I know.

Q   These incidents you described earlier where Michael invited you to his room, did you ever ask to go to Michael's room or did he always...

A   Me ask, no Sir, why would I ask, I like being abused?  No Sir.  Michael was the one giving me order

CONFIDENTIAL

98

1

2

3  for me to come to his room, every time I go there he ask me to

4  come over there.



CONFIDENTIAL

105



Q  In preparation for the Deposition, what we are conducting right now, you testified earlier that you met with Mr Kendrick and Mr Walker yesterday?

A  Yesterday, yes.

Q  And did you prepare for your Deposition at that time?

A  Prepared?

Q  Did you talk about your testimony here today?

A  We didn't talk about testimony, just tell me to tell the truth, to tell you the truth, which is what I am doing here.

Q  So how many hours did you guys talk about your truthful testimony yesterday?

CONFIDENTIAL

106

1

2

3    A   About an hour or so, two hour maybe I

4  think, I left here about 12 o'clock, 11 o'clock, about an hour

5  because I had breakfast so...

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

120

Q   Who was your girlfriend in July of 1999?

A   I don't remember, I had loads of girlfriends over the years.

Q   You earlier testified that sometimes you feel upset about having to talk to a woman because of the allegations that you have made against Mr Geilenfeld?

A   Pardon?  I didn't make no allegation, I am just here telling what happened to me, this is not an allegation, this is a fact of a matter that happened to me when I was a kid, okay, it's as simple as that.

CONFIDENTIAL

121

1

2

3        Q  So now you have told us again that you

4   have had a number of girlfriends over the years as well?

5        A  Yes, what I said...

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



CONFIDENTIAL

124

Q  In February of 2012 were you convicted of burglarising a hotel?

A  Yes.

Q  And were you sentenced to six months imprisonment?

A  Yes.

CONFIDENTIAL

145

Q  Again when you were talking with Mr
Walker you said that today is only the second time you have
ever spoke about the alleged sexual abuse?

A  Yes.

Q  When was the first time that you spoke
about it?

A  I spoke to, Valerie Dirksen put me in
contact with an Investigator and the Investigator was talking to
me on Skype and that's the first time I actually let everything
out and then again today.

Q  Who was the Investigator?

A  I don't remember his name, but he was
the same Investigator I think that work with Paul Kendrick.

Q  When did this happen?

A  Some time ago, I don't remember exact
date.

Q  Was it last year?

A  Yes, some time last year, yes.

CONFIDENTIAL

146

1

2

3          Q  So some time in 2013?

4          A  Yes.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

148

Q   Now earlier you testified that Mr Geilenfeld gave you 500 dollars for a gun, correct?

A  Well, he didn't give me it but he pay it for me because when I had the gun I didn't have enough money to pay and the guy was bothering me for the money and he ended up giving me money, then I give it to the guy then.

CONFIDENTIAL

149

Q   Did you think it was strange that Mr Geilenfeld paid 500 dollars to buy you a gun to act as his Security Guard?

A  What do you mean strange?

Q   Well you are telling us that you were being controlled by Mr Geilenfeld?

A  Yes.

Q   That Mr Geilenfeld was sexually abusing you and physically?

A  Yes.

Q   And yet didn't you think it was weird that he would buy you a gun?

A  He didn't buy me a gun, I buy the gun myself, he didn't even want me to have the gun in the house.

Q  So what did you tell him the 500 dollars was for?

A  For the gun because after I had the gun he knew I had the gun then, I keep the gun.

Q  Sir, isn't it true that when you first came to St Joseph's you were not a resident there?

A   No it wasn't St Joseph's, it was Cité Soleil, I wasn't a guest, I wasn't living there then, but when I went to St Joseph's then I start living there.

CONFIDENTIAL

150

Q  Right, but you weren't a resident there, correct?

A  Yes.

Q  Weren't you actually a Security Guard for Michael?

A    That was in between, you know, in between me being molested by him and me trying to protect him against Hippolite's attack with the knife.  I then become Attaché, when I become Attaché then the molesting stop because I had a gun, that's when he stopped and I started moving out, that's why he set all this up, to get me out, to get me out, I was the issue, I was a problem then.

153

[redacted]

Q   Okay.  I am going to show you an e-mail string and I am going to mark it as number 11.  Now earlier you claimed that you were an orphan because you had a falling out with your mother, correct?

A  Yes.

Q  And you also have a brother?

A  Yes, and a sister.

Q   Now in this e-mail that you see, in the centre of the page here, that is from you to Michael Geilenfeld, correct?

A  Yes.

Q  And it's dated May 31st 2012, correct?

A  Right, yes.

CONFIDENTIAL

154

Q  And at some point in the e-mail do you reference how old you are?

A  Where?  Yes, but 46 again that is the ID I am using, that's the age I am here.

Q  Okay.  So in the middle of the page you write, and I am going to read it, but I need you to explain to me what it means, okay  "I realy needs to come to haiti at some point, at to see family that perhaps still alive in the hill where I drove before a few time if you remember, specialy to get the birth certificate for my passport long ago".  So what were you talking about there?

A  Well, that's the same birth certificate Michael gave me the money to go and get, I said that earlier.

Q  So it's your testimony here today, that Michael Geilenfeld gave you money to go and buy a birth certificate on a hill?

A  Yes, how would I know how to do that, how would I know at that age how to go and buy a certificate to make passport.

Q  How old were you, how old were you when this happened?

A  Maybe twelve, thirteen.

Q  Do you remember what year it was?

CONFIDENTIAL

155

A  No.

Q  Then at the end it says, "well its realy nice to hear from you michael but this is a quick mail, will write again on the weekend, its getting late and got an early morning start", correct.  So if you turn to the next page at PK002970, that's the second page.  It was you that actually initially, on May 20th 2012, reached out to Michael, correct?

A  Which one, what am I looking at here?

Q  The bottom e-mail there, on May 20th 2012 you initially reach out to Michael, correct?

A  Right.

Q  And in the middle of the page don't you tell him, "i also been promote your details online as so to bring more activity your way i hope"?

A  Yes.

Q  Why would you write that?

A  Again this is for the same reason, why it is on there, does that make sense to you now after seeing this?

Q  Well, that's in April?

156

A  Right.

Q  So is that what you are referencing here, you are promoting?

A  That's right, that's exactly the same thing.

Q  Okay.  Then you go on to say, "i mean, you, st joseph were my family and also my friends it been so long, i cant even eford to take a trip back for a visit Michael, thats how bad things are sadly"?

A  Yes, I did have a rough time a while ago, yes, I was jobless, no money, yes, that's right.

Q  So was it your contention to go back to Haiti, did you want to go back to Haiti?

A  Well, I wanted to go back to see my family, to look for my mum, to look for my brother, my family, yes.  I mean I have been here for over 25 years I haven't been over yet, would you feel the same way?

Q  I don't know?

A  What do you mean you don't know?

CONFIDENTIAL

157

So here again you are saying "you st joseph were my family and also my friends". Why were you writing that if Mr Geilenfeld was abusing you?

     A  Why, why not? It's like you say why did I lie in the Minneapolis that it was an investigation, why do you ask me why I lie for him.

     Q  So now, now you are claiming that Mr Geilenfeld was investigated in Minnesota?

     A  That's right.

CONFIDENTIAL

158

Q  When did that happen?

A  Oh some time ago, during the dance tour when he come in and say – watch out what you say, don't say this and don't say that, cannot force me to talk to the Authorities on his behalf and I did.

Q  Okay.  At the end of this e-mail it says, "please lets us talk more often Michael, its would bring my mind and spirit nearer to Home"?

A  Yes, because he is the only one I knew. I have been in this country half of my life, no good friend, no family.  My daughter live with her mother, I live alone, I still live alone, so, yes, why not.  That don't mean what I saying ain't the truth, that don't mean I ain't been molested.

Q  So on November 12th, excuse me, on November 6th 2012, I am showing you what has been marked as Exhibit number 12, you start talking about how, you reach out again to Mr Geilenfeld and you start talking about how things are going from bad to worse with your daughter, correct?

A  Yes.

Q  What's going on there?

A  What about it?

CONFIDENTIAL

159

Q   Why are things going from bad to worse?

A   What do you mean?

Q   Those are your words Sir?

A   That's a family issue, what has that got to do with you?

Q   Okay.   And then on December 27th 2012 you write to Michael and you say, "you know you are the only family I realy know and only brother I ever truely have so thats why its easier to ask you for help michael, I never realy ask..."?

A   There was nobody else to ask, you see what I mean.

Q   "for many year and I, am despretly need your help one last time please, if I am to get anywhere in life michael..."?

A   What year was that...?

December 27th 2012, it's right in front of you Sir?

A   And we are in 2014 now, been a good long time since that e-mail was sent don't you think.

CONFIDENTIAL

160

Q  It has been two years.

A  Two years, yes.

Q  "if am to get anywhere in life michael I realy needes to my own business to which I have some good ideas but needes a little help michael". So here you are asking Mr Geilenfeld for financial…?

A  Yes, I was asking him for help to build a business, yes, to start a business and at which point he sent me 1,000 dollars, he sent me 500 in one week and then 500 in two or three weeks time and that I am supposed to start a business with.



CONFIDENTIAL

161

Q   And in that e-mail you write, "You know that I would give my life for you and st josephs", correct?

A   Yes, because as I have just stated I protect his life, that was my duty, to protect him and whoever else was in the house, that was my job.



Q   And then on the first page Sir, on January 15th 2013 you say, "I must say I am particularly blessed to have you in my life, that's for sure", and am very fortunate and grateful", correct?

A   Yes.



CONFIDENTIAL

162



Q  And you continue to write in this e-mail very nice things to Mr Geilenfeld, correct?  In it you also write, "The truth is I feel now it is me that should have been in a position to provide you with a little help"?

A  Yes.

CONFIDENTIAL

163



Q   And then you end this e-mail with "speak soon and please carying on keeping me in your prayers Michael god bless with love always"?

A   Yes, this is a joke, sitting here is a joke. So what about the molesting thing, what about the abuse, we are talking about that, are we?  You just bring up, best shit, mind my language, I beg your pardon.



CONFIDENTIAL

165

Q  In response to you Michael is saying all he needs is your continued friendship.  You write "thank you very much Michael, yes, and you have that friendship you know that, it just that i do find myself feeling bad for asking you for money when you already have so much responsibility, am very greatfull and apreciated and please do cary on praying for me, i need it though.   god bless Michael speak soon. Robert", right?





Is that what you wrote back to him?

A  Sorry?

Q  Is that what you wrote back to Mr Geilenfeld...

CONFIDENTIAL

166

1

2

3

THE WITNESS:  It is an e-mail, isn't it?

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL