---

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

HEARTS WITH HAITI, INC.,
and MICHAEL GEILENFELD,    Civil No 2:13-CV-00039

    Plaintiffs

v.

PAUL KENDRICK,

    Defendant

CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION of JEAN (SON) RONY ST. VICTOR, taken pursuant to notice dated January 24, 2014, at the Best Western Premier Petion-Ville, 50 Angle Rue Louverture & Geffrard, Petion-Ville, Port-au-Prince, Haiti, on February 3, 2014, commencing at 2:59 P.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

DON THOMPSON & ASSOCIATES

---

**Page 2**

APPEARANCES:
For the Plaintiffs:    KELLY M. HOFFMAN, ESQ.
                        DEVIN W. DEANE, ESQ.

For the Defendant:    F. DAVID WALKER, IV, ESQ.
                        COLIN E. HOWARD, ESQ.

Videographer:    Danielle Dreis
                Roberny Rosier

Interpreter:    Carole Wilson

ALSO PRESENT:    Robert Oberkoetter, Esq.
                Guibert Cesar, Interpreter
              Paul D'Oliveira
              Michael Geilenfeld

DON THOMPSON & ASSOCIATES

---

**Page 3**

INDEX
Deponent: JEAN (SON) RONY ST. VICTOR
Examination by:                    Page
Mr. Howard                           4

EXHIBITS
Number    Description                    Page
1    Commission to Administer Oath       13
    and Take Testimony in a Foreign
    Country

EXHIBIT 1

DON THOMPSON & ASSOCIATES

---

**Page 4**

   1               PROCEEDINGS
   2               * * * * * *
   3     (Answers were given in **CREOLE by the DEPONENT**
   4   **and translated into ENGLISH by the INTERPRETER** in
   5   the following deposition transcript unless
   6   otherwise noted by the DEPONENT designation.)
   7               * * * * * *
   8     CAROLE WILSON, CERTIFIED COURT INTERPRETER,
   9   having been duly sworn by the Notary Public,
  10   commissioned by the State of Maine to administer
  11   oath and take testimony in a foreign country,
  12   interpreted the following testimony from Creole to
  13   English and English to Creole as follows.
  14      JEAN (SON) RONY ST. VICTOR, having been duly
  15   sworn by the Notary Public, commissioned by the
  16   State of Maine to administer oath and take
  17   testimony in a foreign country, was examined and
  18   deposed as follows:
  19              * * * * * *
  20      MR. HOWARD: We're on the record here, Hearts
  21   with Haiti versus Paul Kendrick; and the time is
  22   2:59.
  23             EXAMINATION
  24   BY MR. HOWARD:
  25  Q.  Sir, would you please state your name for the

DON THOMPSON & ASSOCIATES

**Page 5**

1 record?
2 A. Jean Rony St. Victor.
3   THE INTERPRETER: Jean. Capital R, O-N-Y;
4   capital S, T, capital V, I-C-T-O-R.
5 Q. What would you like me to call you during this
6   deposition, what name?
7 A. But -- everybody there calls me Son, but the name
8   that the Department of Social Welfare, when they
9   turned me over to Michael Geilenfeld, was Jean
10   Rony St. Victor. That's the name they gave me,
11   but everybody knows me as Son.
12 Q. Son, what is your birthday, please?
13 A. July 19, 1979.
14 Q. Where were you born, please?
15 A. Carrefour.
16   THE INTERPRETER: C-A-R-R-E-F-O-U-R.
17 Q. Is that far from here?
18 A. No. That's -- it's the same place where the
19   orphanage -- the government orphanage is.
20 Q. Who did you live with for the first few years of
21   your life?
22 A. My mother and father.
23 Q. How long did you live with those two people?
24 A. They died, but I was very small. And then they
25   put me in the orphanage, my family did.

**Page 6**

1 Q. What orphanage did they put you in?
2 A. Carrefour. At the Centre D'Acceuil.
3   THE INTERPRETER: Capital C, E-N-T-R-E;
4   capital D, apostrophe, capital A, C-C-E-U-I-L. In
5   Carrefour.
6 Q. Did you have brothers or sisters?
7 A. I have two sisters and two brothers. One of my
8   brothers passed away, and I'm the youngest.
9 Q. Did any of them go to the Carrefour orphanage with
10   you?
11 A. No. A stranger took me there.
12 Q. How long were you there? How long did you live
13   there?
14 A. I don't remember.
15 Q. When did you move out of the Carrefour orphanage?
16 [redacted]
17 A. In 1994 it was destroyed. The Department of
18   Social Welfare sent me to Michael Geilenfeld's.
19 Q. Where exactly did they send you?
20 A. In St. Joseph where Geilenfeld lives.
21 Q. Did you know the address of that location?
22 A. What do you mean by address?
23 Q. Was there a name of the place besides
24   St. Joseph's?
25 A. Delmas 91.

**Page 7**

1 Q. Did you stay at Delmas 91?
2 A. The same day Michael Geilenfeld sent me to
3   Fermathe.
4   THE INTERPRETER: F-E-R-M-A-T-H-E.
5 Q. What's in Fermathe?
6 A. Wings of Hope, the orphanage.
7 Q. Do you remember what year that was?
8 A. '94.
9 Q. Did you sleep at Wings of Hope?
10 A. What do you mean, the day I came? I don't
11   understand.
12 Q. I guess I'm asking, did you move into Wings of
13   Hope? Did you live there?
14 A. In Fermathe. That's where they sent me. They
15   sent me there the same day.
16 Q. Did you ever see Michael Geilenfeld when you were
17   at Fermathe?
18 A. Yes, he came there.
19 Q. Did he live there?
20 A. No, he didn't live there. He used to come and see
21   the kids.
22 Q. Do you remember how often he would come see the
23   kids?
24 A. He came there a lot of times. I don't remember.
25 Q. Who was in charge of Wings of Hope?

**Page 8**

1 A. When I first got there -- well, when I first got
2   there Maya was there, but then -- also when I
3   first got there there was Walke, Sedanao, Mirano.
4   All these people were there. And then after
5   that -- while I was there they went through, and
6   after that it was Maya and Benoit.
7   THE INTERPRETER: B-E-N-O-I-T.
8 Q. Were they older boys than you?
9 A. Yes, they were older.
10 Q. How old were you?
11 A. I don't remember. Michael might remember. It's
12   his boarding house.
13 Q. Did you ever stay -- did you ever sleep in any
14   other locations except Fermathe?
15 A. I slept in Fermathe. That's where I lived.
16 Q. Did you ever go to Delmas 91?
17 A. Yes, Michael had me come down to St. Joseph's in
18   2000 and I was a cook.
19 Q. What other things did you do there?
20 A. Cook. I know how to cook.
21 Q. Were there any other jobs or tasks that you did
22   for Michael Geilenfeld?
23 A. Sometimes I was in the kitchen and he would send
24   me to mop his room.
25 Q. How often do you think he would ask you to do

**Page 9**

1  that?
2  A. He asked me to do that. I don't remember how many
3  times, but he asked me to do that. One day he
4  asked me to do that. I went up to his room and
5  then he closed the door while I was in there.
6  Q. What happened after that?
7  A. I was standing there and then he came towards me.
8  He started to -- he put his lips on mine and he
9  started to suck my mouth. And then he was
10 touching me. He was touching my private parts,
11 and then I pushed him away. After that he told me
12 I had to do the sacrifice -- make the sacrifice
13 for the house and I would find money, not to tell
14 anyone where I got the money. I would live like a
15 little prince and I would travel. But the people
16 that don't make the sacrifice, they're going to
17 kick them out -- kick them out of the house. And
18 if you want to be a director, an assistant
19 director, you have to make the sacrifice.
20 Q. Is the person you're talking about in this room
21 here today?
22 A. Yes, right there (Indicated.) He's the one that
23 did that to me.

[redacted]

DON THOMPSON & ASSOCIATES

**Page 10**

[redacted]

5  Q. Did he touch you on other occasions?

[redacted]

9  A. No. After that, no. After that he spoke to me
10 and he noticed that I was not going to agree with
11 him and -- and then after that he kicked me out.
12 After -- after a while he kicked me out.
13 Q. Were there occasions before that that he touched
14 you?

[redacted]

16 A. Yes, in the hallway. Yes, in the hallway when
17 you're -- if you pass him in the hallway or if
18 you're hugging him, he'll touch you and touch your
19 private parts and touch your behind.
20 Q. Do you remember what time, when, what year the
21 incident in the bedroom happened?

[redacted]

23 A. In the bedroom, it happened in 2003. And then he
24 kicked me out in the same 2003.
25 Q. Let me just make the question a little more

DON THOMPSON & ASSOCIATES

**Page 11**

1  clearer. When you were in his bedroom mopping the
2  floor and he walked in and kissed you, what year
3  was that?
4  A. He didn't kiss me. He sucked my lips. There's
5  kissing and sucking lips.
6  Q. What year was that, please?
7  A. 2003.
8  Q. How long -- do you live at -- do you live there
9  anymore?
10 A. No. He kicked -- no, he kicked me out that same
11 year; but I don't remember what day, what date.
12 Q. Why did he kick you out; do you know?
13 A. Because -- because I didn't do the sacrifice. He
14 told me what I was supposed to do to live in the
15 house, what I would have to do to travel and have
16 money. I didn't want to do it.
17 Q. What did he tell you?
18 A. He told me I had to make a sacrifice for the
19 house, not to tell the people -- not to tell
20 anyone where I would get the money. I would live
21 like a little prince. I would travel. If you
22 don't -- if someone that lives there does not want
23 to make the sacrifice for the house, they cannot
24 live in the house. And to become a director, an
25 assistant director, or just an assistant, you have

DON THOMPSON & ASSOCIATES

**Page 12**

1  to make the sacrifice.

[redacted]

13 Q. In his bedroom you said that he touched your
14 genitals, your private parts?
15 A. Yes, he did touch my private parts and sucked my
16 lips.
17 Q. I just want to clarify where -- how did he touch
18 you, where -- what do you mean by private parts?
19 A. I have my clothes on, he's touching my posterior,
20 he's touching my balls, and he's kiss -- sucking
21 my lips.
22 Q. If you remember, in 2003 how old were you?
23 A. I don't remember. He might know. He was
24 responsible for me. He might know.
25     MR. HOWARD: Okay. I don't have any further

DON THOMPSON & ASSOCIATES