## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

HEARTS WITH HAITI, INC.,
and MICHAEL GEILENFELD,    )    Civil No 2:13-CV-00039
            Plaintiffs    )
                          )
v.                        )
                          )
PAUL KENDRICK,            )
            Defendant     )

CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION of JEAN DUME VIARD,
taken pursuant to notice dated January 24, 2014,
at the Best Western Premier Petion-Ville, 59 Angle
Rue Louverture & Geffrard, Pétion-Ville,
Port-au-Prince, Haiti, on February 1, 2014,
commencing at 9:52 A.M., before Laurel A. Long, a
Notary Public in and for the State of Maine,
pursuant to Commission to Administer Oath and Take
Testimony in a Foreign Country issued by John H.
Rich, III, U.S. Magistrate Judge, dated January
29, 2014.

DON THOMPSON & ASSOCIATES

## Page 2

APPEARANCES:
For the Plaintiffs:    KELLY M. HOFFMAN, ESQ.
            DEVIN W. DEANE, ESQ.

For the Defendant:    F. DAVID WALKER, IV, ESQ.
            COLIN E. HOWARD, ESQ.

Videographer:    Danielle Dreis
            Roberny Rosier

Interpreter:    Carole Wilson

ALSO PRESENT:    Robert Oberkoetter, Esq.
            Guibert Cesar, Interpreter
            Paul D'Oliveira
            Michael Geilenfeld
            Paul Kendrick

DON THOMPSON & ASSOCIATES

## Page 3

INDEX
Deponent: JEAN DUMÉ VIARD
    Examination by:                    Page
    Mr. Howard                       5, 136
    Mr. Deane                            55

EXHIBITS
Number    Description                    Page
1    E-mail from Paul Kendrick to          56
     Cyrus Sibert dated 8/3/13
     and e-mail from Sean Roubens Jean
     Sacra to Paul Kendrick dated
     8/3/13

2    Transcription of Recorded            62
     Interview of Jean Dumé Viard

3    Color photocopy of photograph        141

4    Color photocopy of photograph        141

(Exhibits 6, 7, 16, 18 and 27 marked in Sean
(Serge) Roubens Jean Sacra's deposition were
referred to.)



EXHIBIT
tabbies™

DON THOMPSON & ASSOCIATES

## Page 4

1                PROCEEDINGS

2            * * * * * *

3    (Answers were given in ENGLISH by the

4    DEPONENT in the following deposition transcript

5    unless otherwise noted by the INTERPRETER

6    designation.)

7            * * * * * *

8        CAROLE WILSON, CERTIFIED COURT

9    INTERPRETER, having been duly sworn by the Notary

10   Public, commissioned by the State of Maine to

11   administer oath and take testimony in a foreign

12   country, interpreted the following testimony from

13   Creole to English and English to Creole as

14   follows.

15       JEAN DUMÉ VIARD, having been duly sworn by

16   the Notary Public, commissioned by the State of

17   Maine to administer oath and take testimony in a

18   foreign country, was examined and deposed as

19   follows:

20           * * * * * *

21       MR. HOWARD:  All right.  Are plaintiffs

22   satisfied with that rendering of the oath?

23       MR. DEANE:  We are.

24       MR. HOWARD:  We are on the record here in

25   Hearts wit Haiti versus Paul Kendrick.

DON THOMPSON & ASSOCIATES

**5**

1 [redacted]

2 [redacted]

3 Q. Sir, would you please identify yourself for the

4     record, just state your name?

5 A. My name is Jean Dumé Viard, [redacted]

6

7

8 Q. Should I refer to you as Jean during the course of

9     this interview, this deposition?

10 A. Excuse me, sir?

11 Q. How should I refer to you during the course of

12     this deposition; Jean?

13 A. Jean because that's the name Michael used to go

14     by.

15 Q. What was your date of birth, Jean?

16 A. May 26, 1979.

17 Q. Can you talk briefly about how many years of

18     education you've had?  How many years of school

19     did you go to?

20 A. Actually, my education, it's been like --

21        THE INTERPRETER:  It was not a complete

22     education.  It was not a clear education.

23 Q. Some years in school though?

24 A. Some years in school, some years out of school.

25 Q. Okay.  Where were you born, Jean?

**6**

1 A. I was born in L'Hôpital de l'Université d'État,

2     which many call L'Hôpital General.

3 Q. Is that in Port-au-Prince?

4 A. Yes, that is in Port-au-Prince.

5 Q. Where did you live after you were born?  Did you

6     live in that same location in Port-au-Prince?

7 A. No.  After I born, I was living at the province

8     called Bagade.  It's on the south.

9 Q. Who were you living with?

10 A. I was living with my mother, my god -- my

11     grandfather and my grandmother.

12 Q. How long did you live with them in that situation?

13 A. I was so young.  I don't remember, sir.  Maybe --

14     I live with my mom maybe until 5, after she died.

15 Q. How did she die?

16 A. She died by giving birth to my sister.  She passed

17     away.

18 Q. You were around 4 or 5 you testified?

19 A. I was in between 4 or 5, sir.

20 Q. What happened after -- after your mother passed

21     away?

22 A. After my mother passed away, then six months later

23     my sister died.  And then after I stayed a little

24     bit with my grandmother and my grandfather, and

25     then my godfather sent for me from the province to

**7**

1     the capital of Port-au-Prince.

2 Q. Your godfather sent for you to come live with him?

3 A. Yeah.  I come live with him up in Port-au-Prince

4     on a common called Cafue (Phonetic spelling.)

5 Q. Which is -- is that in Port-au-Prince or is that

6     outside of Port-au-Prince?

7 A. That's out of -- it's a common outside of

8     Port-au-Prince.  Common de Cafue.

9 Q. How long did you live with your godfather -- well,

10     first, I'm sorry, can you explain what a godfather

11     is?  What does --

12 A. A godfather is someone after you're born -- if

13     your mother or your father die, that person takes

14     over your father's place.  If it's a godmother,

15     she takes over your mother's place.  So in Creole,

16     which to -- I would say my parrain -- parrain.

17        THE INTERPRETER:  P-A-R-R-A-I-N.

18 Q. How long did you live with your godfather?

19 A. I don't remember, sir.

20 Q. What was it like when you moved in with him?

21 A. I was like his child slave, sir.

22 Q. How is that?

23 A. Carrying five buckets of -- five gallons of

24     buckets of water, go out to the street market, buy

25     all the things to make the food, wash the dishes,

**8**

1     carry big jugs of charcoals when they need the

2     charcoals and then go after -- when they do the

3     laundry, I would be the one going -- carrying the

4     laundry, bend on my head.  And then after it's all

5     done washing I would be the one -- from Cafue to

6     Seesuce (Phonetic spelling) it was like maybe 45

7     minutes distance walking, if I'm not wrong.  So

8     these are the kind of -- the type of the things

9     that I would do.  And I would, like, house

10     scrubber, house sweeper.  And these are the things

11     that I would do.

12 Q. How long did you live there; can you remember?

13 A. I don't remember, sir.

14 Q. What did you do?

15 A. What did I do when I left there?

16 Q. Next.  What did you do next?

17 A. Then I went away because I felt like I was not

18     being treated like a child.  So I just ran away

19     from there, from my godfather's house, into the

20     street.

21 Q. Where did you go?

22 A. I went out -- down to Champs De Mars called --

23     that's the park of the palace, Champs De Mars,

24     around the palace.  [redacted]

25 [redacted]

9

1   A.   Champs De Mars, that's the name of the park. It's
2        near around the palace, the National Palace where
3        the president residential -- near around.
4             MR. HOWARD:  Do we have to spell it?
5             THE INTERPRETER:  Champs, C-H-A-M-P-S,
6        capital D-E, capital M-A-R-S.
7   Q.   That location that you're talking about, is that
8        in Port-au-Prince?
9   A.   Yes.
10  Q.   Is that in downtown Port-au-Prince?
11  A.   Yes, it is downtown Port-au-Prince, sir.
12  Q.   At this time you were living outside in downtown
13       Port-au-Prince.  What happened next?
14  A.   Then because I had to survive, when I just came,
15       my nickname was a Just Poor because -- you know,
16       like when you just came from the state and you
17       come to Haiti so you're new, so they call me a
18       Just Poor. They say, Just Poor, what do you have
19       for us? That would be the other kids who had
20       already been on the street.
21  Q.   What does that word mean, Just --
22  A.   Just Poor mean like just come, someone who just
23       arrive into a new location or someone who's just
24       moved from a city to another city or from a
25       country to another country.

DON THOMPSON & ASSOCIATES

11

1        Aristide is A-R-I-S-T-I-D-E.
2   Q.   This was an orphanage, Jean?
3   A.   Yes, it was an orphanage.
4   Q.   Did you stay there full-time?  What was it like
5        there?
6   A.   No, I did not stay there -- I was like in and out
7        because I just run away from being captured. So
8        when I went there I thought, man, I'm not going to
9        be captured again because I started to feel free
10       with the freedom. So I was afraid like, you know,
11       I want more freedom instead of capture. So I was,
12       like, in and out. I did not stay long. Like
13       sometimes I feel like, man, I'm inside, man, I
14       want some freedom. So it wasn't like there is
15       some strict rules, like there's a time to go out,
16       there's a time to be in, if you go out on your own
17       you're going to be punished. It wasn't like that.
18       So it was just like you can jump in any time, you
19       can jump out any time. It was -- it was like
20       that.
21  Q.   You lived like that for some time?
22  A.   I did not there. Like I said, I was just,
23       like, in and out because I was afraid that I was
24       captured once again.
25  Q.   Where did you move to next after you lived in that

DON THOMPSON & ASSOCIATES

10

1   Q.   I see.
2   A.   And then I had to survive, so I started to wipe
3        the cars, wash the cars, and beg for leftover food
4        from other people because at that time it used to
5        call a central of western -- because they had all
6        the Dominican style of barbecue. So in the
7        afternoon, that's where everyone after work will
8        go for supper because they have great food there.
9        So that's how I used to survive, I begged them
10       after they're done eating or I wipe the cars or I
11       clean the cars.
12  Q.   Did you move into anywhere at any time after
13       living on the street?
14  A.   And then when I was out on the street I heard
15       about La Fanfi Se Lavvi, which means -- it means
16       family, it's the life or the life, it's family.
17       And it was running -- the director was Aristide,
18       and then some kids --
19            (The reporter asked for clarification.)
20  A.   Aristide. La Fanfi Se Lavvi. That was back of --
21       when Aristide was president. So that was his
22       organization.
23  Q.   Jean, we'll pause here just for the spelling.
24            THE INTERPRETER:  La Fanfi.  L A, capital F,
25       A-N-F-I. Se, S-E. Lavvi, L-A-V-V-I. And

DON THOMPSON & ASSOCIATES

12

1        organization?
2   A.   Well, I was out on the street. You know, like I
3        was kicking it with my other friends, you know.
4        And then I saw a pickup driving by, and me and my
5        friend, we just jump in the back of the pickup.
6        And for some reason there were two guys driving,
7        and I don't know who they were, and they seem not
8        to care. They just look in the mirror and they
9        saw us and then they kept driving farther,
10       farther. And then my friend jumped down, but I
11       did not jump down. I wanted to jump down, but I
12       don't know what kept me; so I stayed in the back
13       of the pickup instead. I made sure I was more
14       comfortable because I was just hanging, and I kind
15       of put one of my foot inside. And then they kept
16       looking at me. They kept driving. They drove. I
17       didn't have no clue where they were going because
18       I was new, and they keep -- but I feel like they
19       were driving up instead of down. That's what I
20       remember, they were driving up.
21            So they drove all the way to the house. And
22       then when they get in, they kind of, beep, beep.
23       And then when the person come to open and then one
24       of the guy get off he said, what do I want.  I
25       said, I want a place to live. He said, you want a

DON THOMPSON & ASSOCIATES

13

```
 1      place to live?  I said, yeah.  And he said,
 2      where's your mom?  I said, I have no mom.  He
 3      said, where's your dad?  I said, I have no dad.
 4      He said, man, you must be lying.  You such a good
 5      looking kid.  How come you have no mom and no dad?
 6      I said, well, I have no mom and no dad, sir.  And
 7      they said -- one of the guys said, if I give you a
 8      place to live, would you stay?  I said, yes, I
 9      would stay.
10   Q.  Was that in Port-au-Prince?
11   A.  That was up in Route de Freres, Pétion-Ville, up
12      in Route de Freres.  If I translate, I can call it
13      Street of Brothers.
14   Q.  Did you move into that house?
15   A.  Yes, I move -- and then they drove inside the
16      parking, and then I was still in the back of the
17      pickup.  And then I still stay in the back and
18      then they get down and they call a guy named
19      Cholera, which is -- back at that time Cholera --
20   Q.  One second, Jean.
21          THE INTERPRETER:  C-H-O-L-E-R-A.
22   A.  In back of that time Cholera was not considered as
23      a disease because Cholera disease -- now if you
24      said Cholera, people would think, oh, you've got
25      Cholera, I'm afraid to get close to you.  But
```

DON THOMPSON & ASSOCIATES

14

```
 1      back of that time I did not know if Cholera was
 2      considered as a type of sickness or sick
 3      or disease, but they call Cholera.  So Cholera
 4      came and they said, Cholera, give this guy a bath
 5      and give him new clothes and give him a place to
 6      stay, show him a bedroom.  And then Cholera came,
 7      took me down to the basement.  You know, like the
 8      people work at the house and the people who live
 9      in the house did not share the same bathroom or
10      the same room; so he took me to the bathroom where
11      he usually use himself.  So he was going to give
12      me a shower.  I said, no, man, I can do it myself,
13      because I didn't want him to get inside the
14      bathroom.  I didn't know who he was, you know.
15      And there are some type of things -- I'm kind of
16      used to them out on the street, so I'm kind of,
17      man, this man is going to give me a bath, you
18      know.  I said, I can do it myself.  And he got the
19      towel -- he threw the towel -- you know, like when
20      there's the window, it's not closed, so you can
21      throw the towel from outside to inside.  So half
22      the towel is hanging outside of the toilet door
23      and half is hanging inside the toilet door.  And
24      then there was some soap, so I went and took my
25      bath and then took my shower, I dry up, and he
```

DON THOMPSON & ASSOCIATES

15

```
 1      give me new clothes.
 2          So he took me up to a bedroom and showed me
 3      where is my bed, that's my bedroom.  And there was
 4      some beautiful kids, beautiful young girls.
 5   Q.  Jean, how long did you live at that orphanage --
 6      that house, I'm sorry?
 7   A.  I don't remember, sir.
 8   Q.  What did you do after you moved out of there?
 9      What happened next?
10   A.  After I moved out of that house?
11   Q.  Yes.
12   A.  I was still hanging around that area.
13   Q.  This is in Pétion-Ville?
14   A.  Yes, still down Route de Freres.  I don't know
15      what happened, but some type of reason -- some
16      people came and tried to kill the person.  And
17      then I did not know who that person was, and then
18      I find out he was Aristide's cousin.  His name is
19      Jean Hubert Feuille.
20   Q.  Do you know around what time that was?
21   A.  I have no idea, sir.
22   Q.  Was it around the time that Aristide --
23   A.  I think so.  I don't know exactly, but there was
24      some shooting.  There was some problems, and
25      people wanted to kill that man because he's
```

DON THOMPSON & ASSOCIATES

16

```
 1      affiliated with Aristide.  I don't know maybe if
 2      Aristide got problems, but there were some
 3      problems.  There was some shooting.  Things was
 4      not in peace.  I don't know if it was the coup
 5      detat.  I don't know what it was, but there were
 6      some problems.
 7   Q.  When you moved out of there, what did you do next?
 8   A.  I just hang around the area because after that guy
 9      left the house -- the house did not belong to him
10      and it happened that the rent due, so everyone
11      moved out.  So the people did not want to take me
12      with them because they did not know who I was, so
13      they kind of, like, afraid to take me because they
14      did not know me that much long to take me with
15      them.
16   Q.  Did you move into another house?
17   A.  I hang around and there was a house -- you know,
18      like when they're building a house, half finished,
19      half not finished.
20   Q.  I think so.
21   A.  So I started to sleep there because there was no
22      one watching it; so I just jumped in, you know,
23      because I needed a place to sleep.  So whatever I
24      had left back at that time, I put it there and I
25      started to sleep.  So that was where I live, where
```

DON THOMPSON & ASSOCIATES

17

1    I begin to sleep, because I had no other place to
2    sleep.
3  Q.  What happened next?  Did you move in with a
4    family?
5  A.  And then when I was around every afternoon there
6    was kids, a group, and they would go to some
7    places to go play.  And then once there was -- my
8    friend says, oh, yo -- but back at that time they
9    used to call me Ti Claude.
10       THE INTERPRETER:  T-I; Claude, C-L-A-U-D-E.
11  A.  That was my nickname back at that time.  They
12    said, Ti Claude, yo, there is a beautiful family,
13    I see some white people with a lot of kids, there
14    are a lot of games, I see some soccer ball, some
15    skip ball, basketball, let's go there.  I say,
16    really?  And then I went with him.
17  Q.  Did you move into that -- with that family?
18  A.  Not yet, but I'm just telling you --
19  Q.  Okay.
20  A.  Yes.  So I went with that friend, and then when I
21    went -- when I got closer, it was very crowded.
22    There were a lot of kids, you know.  And then
23    inside there was some white kids, you know.  Yeah,
24    there was some white kids; and then there were
25    some other Haitian kids who inside -- were playing

DON THOMPSON & ASSOCIATES

18

1    inside there, but mostly they were -- most of the
2    people were standing behind the gate.  And then I
3    kind of like stood afar and my friend went closer.
4    And there was that boy, that white kid.  And I was
5    kind of like -- I look (Indicated) because I
6    wasn't sure it was me because that was my first
7    time.  He said (Indicated.)  And I said
8    (Indicated) and I get closer.  He said, why you
9    stay afar?  I said, ah, ah.  He spoke some Creole.
10    He said (Deponent spoke in Creole) and I --
11       MR. HOWARD:  Carole.
12       THE INTERPRETER:  La, L-A.
13  Q.  What was the thing he said to you, John?
14  A.  He said --
15       THE INTERPRETER:  -- oh, why did you stay
16    there.
17       I don't know.
18  A.  And then he said --
19       THE INTERPRETER:  -- do you want to play.  I
20    said, yes.  Do you want to come in?
21  A.  That's the first time.  And all of these kids, you
22    know, why was I the one invited?  So I said, yeah,
23    oui.
24       THE INTERPRETER:  So I said yes.
25  A.  And then he let me in, and then I started to play.

DON THOMPSON & ASSOCIATES

19

1    But the first thing that I went on, it was the
2    skip ball.  That's how I broke my teeth.  I went
3    on the skip ball because that was my first time.
4    So I jump and then, uuu, and I fell down.  So I
5    broke my teeth, so they start to make fun of me.
6    Oh, Ti Claude went Miami and the plane got crash.
7    So -- and then they're making fun of it because
8    I'm -- and then my face was like a little bit
9    crashed, so -- from time to time.  And then he
10    told me that, oh -- when it was time to leave --
11       THE INTERPRETER:  -- it's dark, I'm leaving.
12  A.  And he told me, oh --
13       THE INTERPRETER:  -- you want to stay.  Your
14    mother and father won't be angry?
15  A.  And he said no, and then he went inside.  And then
16    I saw another -- a lady walk out with him and he
17    told me --
18       THE INTERPRETER:  -- that's my mother.
19  A.  And she started to talk to me, say, where is your
20    parents, where is your family?  I said, I have no
21    family.  Where is your mom?  I have no mom.  Where
22    is your father?  I have no father.  She said, ahh,
23    you such a good looking kid.  You don't have a
24    mom?  Are you sure?  I said, yeah, I'm sure.  And
25    she said, if I invited you for supper, would there

DON THOMPSON & ASSOCIATES

20

1    be a problem?  I said no, and I went in they
2    served me.  Then -- the guy's name is Roy.  That
3    was the man, her husband I mean.  That kid's
4    father was -- name was Roy.  So the family name
5    was --
6       THE INTERPRETER:  -- Roy.
7  A.  -- Roy Sauvignon.  That's the complete family's
8    name.  So Roy came to me and said, where is your
9    papa, where is your mother?  I said, I don't
10    have -- he said, are you sure?  You must be lying.
11    You such a good looking kid.  No, you've got to
12    have a parent.  I said, no.  And I ate with them;
13    and then after I said, ahh --
14       THE INTERPRETER:  -- it's late.
15  A.  And then they said, okay.  And then they let me
16    go.  They said --
17       THE INTERPRETER:  -- you coming back
18    tomorrow?
19  A.  I said, oui, and I left.  So the next day I came
20    and then time to time.  And then the more I came,
21    more -- later that I stay and then more deeper
22    that I'm going like -- you know, showing me his
23    bedroom, his game, like his video game, you know.
24    But at that time I think there was this kind of
25    game called Super Contra.  I think there was

DON THOMPSON & ASSOCIATES

**21**

1  Arnold Schwarzenegger, but, you know -- and he
2  said, you want to play?  I said, it's your game.
3      THE INTERPRETER:  It's your game, you play.
4  A.  And then that continued.  And then from the third
5  time I remember they ask me -- and the mother
6  said, my son like you.  His name was Israel --
7  still Israel because I think they're still alive.
8  I don't know what happened, but his name was
9  Israel.
10     THE INTERPRETER:  Oh, Israel.
11 A.  She said, my son like you; and then Israel
12 translate what she said to me.  And Israel
13 translated into Creole.  I said, oh, okay.
14 Q.  Could you speak English at that time?
15 A.  No, I couldn't because I just arrived so I didn't
16 know anything in English.  So that's where I start
17 to speak English after -- and then they said,
18 would you like to live with us?  If you move in,
19 would there be any problem?  I said, I have no
20 mom, I have no parents.
21     THE INTERPRETER:  I don't know.
22 Q.  Okay.  Jean, I'm going to skip ahead a bit.
23 A.  Yes, sir.
24 Q.  So you lived in that house for some time.
25 A.  Mm-hm.

DON THOMPSON & ASSOCIATES

**22**

1  Q.  Where did you go next?
2  A.  The next -- and then after I live with those -- me
3  and Israel, that kid who liked me.  And because of
4  him I moved into that family.  We started to have
5  fight problem because he always want to fight me.




DON THOMPSON & ASSOCIATES

**23**



DON THOMPSON & ASSOCIATES

**24**



19                                      So that's
20 why I end up to Michael.  So that family took me
21 to Michael Geilenfeld at Delmas 91.
22 Q.  What happened when you got there?
23 A.  When I got there, Michael Geilenfeld welcome us
24 with a glass of water, Callaghan water, and then
25 -- yeah, and then talked to the people.  And then

DON THOMPSON & ASSOCIATES

25

1     from the first week or the first two weeks I was
2     treated like a guest probably because I think
3     there was a deal that they're paying him that --
4  Q.  Was Michael nice to you?
5  A.  Yeah, he was nice to me the first time.
6  Q.  Was a person named Serge there when you got there?
7  A.  Mm-hm, Serge was there.
8  Q.  Was a person named Son there, his nickname Son?
9  A.  Yeah.  No.  When I came, I don't think Son -- I
10    think I arrived before Son.  But Serge was there.
11    When I came Son was not there yet, but -- I think
12    I arrived before Son.
13  Q.  Do you know, Jean, about what time this was when
14    you first moved into Delmas 91?
15  A.  I have no idea.  All I remember, it was not in the
16    morning.  It was in the afternoon.
17  Q.  I mean what year?
18  A.  I don't remember, sir.  I remember I was 13; so I
19    think it was about, like, '92.  Something like
20    '92, because I was 13.  Something like that, '92.
21    In beginning '92, the beginning of '92, something
22    like that, or in the end or in the middle, but it
23    was in '92.
24  Q.  I may have just asked you this, but was Michael
25    nice to you when you first arrived?

26

1  A.  Yes, he was nice to me, sir, when I first arrived.
2  Q.  You used the time frame a few seconds ago of one
3    or two weeks.  What happened after one or two
4    weeks?
5  A.  Then life changed.  I was started to be treated
6    like one of the orphans, like normal, as one of
7    the boys.
8  Q.  Were you treated differently, as opposed to other
9    people, at the beginning?
10  A.  Different -- I mean, like I wasn't able to drink
11    the Callaghan water anymore, like I wasn't getting
12    the good meal anymore.  Yeah, like -- and I had to
13    eat the same food that the boys eat, like white
14    rice with some potato and carrots and chopped
15    onions.
16  Q.  What did you eat for the first few weeks?
17  A.  I think banana, something called croissant and
18    pate and sometimes juice, like different kind of
19    breakfast, every morning something different.  But
20    the croissant and the banana would be very
21    regular.
22  Q.  Did you see Michael often when you first moved
23    into Delmas 91?
24  A.  Oh, yeah, I see him very often.
25  Q.  Did he live there?

27

1  A.  Yeah, he lived there.
2  Q.  Did you sleep with -- in the same bedroom with
3    other boys?
4  A.  Mm-hm.  When I just got -- when I just there, yes,
5    I was sleeping in the same bedroom with some of
6    the boys, but a clean bedroom, like a bedroom that
7    you expected to -- for the visitors when they
8    come.
9  Q.  So were there other Haitian children living in
10    that room, too, or was it just for visitors?
11  A.  It was not just -- it's just a backing up in case
12    the room they had -- he had for the visitors, if
13    he got more visitors than bedroom.  So he will
14    have the kids give away the bedroom for the period
15    of the time that he's got the visitors there and
16    then after they will go back to that room.
17  Q.  What happened after the first few weeks?  Did you
18    move into a different room?
19  A.  The first few -- I went to a different room down
20    in the basement because I was staying in the guest
21    room and then --
22  Q.  Do you remember the other children that were in
23    the room with you?
24  A.  I don't remember their name, but I remember there
25    was some other boys there.

28

1  Q.  Was Serge at -- this is Delmas 91?
2  A.  Yes, sir.
3  Q.  Was Serge living at this house?
4  A.  Yeah, when I came Serge was living at the house.
5  Q.  I asked that already.
6       Did you ever spend any alone time with
7    Michael Geilenfeld?
8
9  A.  Excuse me?
10  Q.  Michael was in the house with you at 91.
11  A.  Mm-hm.  Mm-hm.
12  Q.  Did you ever spend alone time with him?
13  A.  Oh, yeah, a lot of time I spent lonely time with
14    him.
15  Q.  Can you describe that, please?
16  A.  First it started at the kitchen.  We would be
17    playing checkers, casino, Black Jack, 21, for
18    candies.  And then from there it will be moving to
19    his bedroom.
20  Q.  So this is the kitchen of Delmas 91 you're saying?
21  A.  Delmas 91.  The dining room mixed with the
22    kitchen.  My --
23  Q.  I'm sorry.  You would play games with him?
24  A.  He would be playing games with me, Casino,
25    checkers, Black Jack, for candies.

29

1  Q.  Were other -- what do you mean for candies?
2  A.  Like -- it depend.  Each time you win, then you
3      got a candy by your side.  So that tells you how
4      many times you win.  If you win five time -- so
5      each candy you have it's how many coins you're
6      going to get.
7  Q.  I see.
8          Were there other boys around at the time when
9      you were playing these games?
10 A.  Around the kitchen, yes, there were other boys
11     when I play around the kitchen.  But when I'm in
12     his bedroom, it's me and him.
13 Q.  When did -- when did it happen that you started
14     playing in the bedroom?
15 A.  It just happened one day.  You know, he just
16     invited me -- instead of the kitchen, he just
17     invited me to his bedroom.
18 Q.  Was his bedroom separate from where everyone else
19     slept?  Was it a private bedroom?
20 A.  His bedroom, yes, is separate.  But it's still in
21     the house, but he's got his own bedroom.  That's
22     Michael Geilenfeld's bedroom.
23 Q.  What did you do in his bedroom?  Did you play
24     games?
25 A.  In his bedroom, yeah.  There's like a table.  He

30

1      would be sitting in front of me and I would be
2      sitting in front of him and he would be playing
3      games with me.  And while I'm playing games with
4      him he will be touching my feet, like playing with
5      his feet with me under the table or put his feet
6      on my legs like under the table.  These are the
7      things he would be doing while I'm playing cards
8      with him.
9  Q.  Would you both be sitting on chairs?
10 A.  Yeah, he's on a chair and I'm on a chair.
11 Q.  And there's a table in between you?
12 A.  Yeah, there's a table between us.
13 Q.  And a game on the table?
14 A.  The game on the table, sir.
15 Q.  His hand -- he would be touching his feet --
16 A.  With his feet under the table, like he would be
17     playing like -- you know, like I'm sitting and
18     then probably, you know, started to play, you
19     know, begin his game.
20 Q.  Would he have shoes on?
21 A.  No.
22 Q.  What -- I don't understand what the boys at Delmas
23     91 wore for clothes.  Was there a uniform that
24     everyone wore?
25 A.  No.  They have access to wear their own clothes.

31

1  Q.  What would you wear?
2  A.  Depend.  If I'm in the house, maybe a short --
3      maybe short pants and sometimes I'm bare feet
4      because I'm at the house.
5  Q.  Would you usually wear shorts or usually wear
6      pants?
7  A.  Shorts.  Like shorts.
8  Q.  Shorts.
9  A.  Shorts.
10 Q.  How often did you go to play these games?
11 A.  That was -- when I first arrived, that was almost
12     every afternoon.  It become like a schedule.
13 Q.  Was it in the evening?
14 A.  Yeah, mostly in the evening after all the work is
15     done.
16 Q.  What would he say to you?
17 A.  He would, like, come; you want to play?  And then
18     I said, yeah.  And that's how it would start.
19 Q.  And you got candy when you won?
20 A.  Yeah, I got candy.  And the candy, it tells how
21     much money that -- so if I got 10 candies, I get
22     10 coins, maybe 10 dollars Haitian.  So each candy
23     equal to a dollar, Haitian dollar.
24 Q.  What other things did he do with his body besides
25     touch you with his feet?

32

1
2  Q.  Did he do other things -- did he touch you besides
3      his feet?
4  A.  Yeah, when I would be --
5
6  Q.  You can answer.
7  A.  I can answer?
8          Yeah, when I was playing with him, like he
9      would be, like, touching me.  And sometimes when I
10     first walked into his bedroom, he will -- expected
11     me to hug him.  So when I hug him, he would hold
12     onto me; and then I let go and he still holding
13     onto me.  And then when he hold onto me, his dick
14     get hard on me.
15 Q.  Would he hug you every time you walked into --
16 A.  Every time in the bedroom I would have
17     to.  Every time I walk out of the bedroom I would
18     have to hug him.
19 Q.  How long were these hugs?
20 A.  I told you, he hugged me until my arms get tired.
21     I let go and he hold onto me.
22 Q.  Was it a comfortable hug for you?
23 A.  No, it was not comfortable, sir.
24 Q.  What did it feel like?
25 A.  It felt like a man wanted a woman and hugged a

33

1  woman with a sensation of a feeling of I want to
2  get in bed with that woman.



DON THOMPSON & ASSOCIATES

34



6  Q.  Can you please describe the hugs that Michael
7      Geilenfeld would make?
8  A.  As you asked me to describe, may I stand?
9  Q.  We will ask that the camera tracks you, yes.
10         THE DEPONENT:  May I stand, sir, cameraman?
11     Can I stand?
12         Yes, they asked me to describe it.
13         MR. HOWARD:  If you could track him, please.
14 A.  Okay.  He will hug me and his hand would be around
15     my neck and he would squeeze me (Indicated.)  And
16     as I hugged him, the first second I hug him and
17     then it's like one, two, three, and I let go, and
18     his hand was still around my neck and his dick
19     getting hard on me.
20         Is that enough as I describe, sir?
21 Q.  Yes.
22 A.  May I sit?
23 Q.  Just wait for the camera.
24         What happened next?
25 A.  And then after another time I went to his bedroom,

DON THOMPSON & ASSOCIATES

35

1      he hugged me and he kissed me on my lips.
2  Q.  I'm going to stop you.  You walked into his
3      bedroom?
4  A.  Yeah, one day.
5  Q.  He gave -- can you describe in more detail what
6      happened, please?
7  A.  Okay.  As normal, every afternoon he will call me
8      and say, it's time, Jean; you want to come?  And I
9      would follow him.  But that day I was in --
10     somewhere I think inside the kitchen and I knew
11     the time, maybe sometime after -- I don't remember
12     exactly, but I remember it used to be almost dark.
13     And then I went to his bedroom.  I knock and he
14     opened.  And when he opened and he let me walk
15     almost until that -- I walked in when the people
16     outside cannot see me, so before he pushed the
17     door and he just hugged me and he hold onto me and
18     he kissed me.  And I let go.  Like I hugged him
19     and he hugged me, too, so my hand was around him.
20     So when he kissed me, I let go and he hold onto
21     me.  And after I was kind of like slow, quiet, and
22     he let go.  And I looked at him, and I just walked
23     away from the bedroom.
24 Q.  Where did he kiss you?
25 A.  On my lips.  Straight on my lips.  Mouth -- lips

DON THOMPSON & ASSOCIATES

36

1      to lips, like a man will kiss a girl or like a
2      girl will kiss a man.  Lips to lips.
3  Q.  How old were you?
4  A.  I was around 13 because that was just when I first
5      went to the house.
6  Q.  Did you -- what did you do after -- did you say
7      that you left the room?
8  A.  Yeah, I left the bedroom.
9  Q.  What happened next?
10 A.  And then I just went some places and -- I think
11     somewhere in the house and I was thinking about
12     it.
13 Q.  What happened next?
14 A.  And then it happened that I don't go to my
15     bedroom anymore.



DON THOMPSON & ASSOCIATES

37

1  ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
2
3
4
5
6  Q.  Do you think there were other boys that he brought
7      into his bedroom?
8  A.  I don't think -- I believe there are others.
9  Q.  Did you ever see any boys go into his bedroom?
10 A.  I have not seen any boys go to his bedroom to do
11     that, but I knew Gilbert Targette and there is
12     this other boy named -- I don't remember --
13 Q.  One second, Jean. We just have to get the
14     spelling.
15 A.  Yes, Gilbert Targette.
16 Q.  Gilbert Targette?
17 A.  Gilbert Targette.
18     THE INTERPRETER: Gilbert is Gilbert.
19     THE DEPONENT: Gilbert Targette.
20     THE INTERPRETER: Targette, T-A-R-G-E --
21     THE DEPONENT: Gilbert Tagette. Tagette,
22     T-A.
23     THE INTERPRETER: R.
24     THE DEPONENT: No. T-A-G-E-T-T-E. Tagette.
25     THE INTERPRETER: Oh, T-A-G-E-T-T-E.

DON THOMPSON & ASSOCIATES

38

1      THE DEPONENT: Tagette. Tagette.
2  Q.  What about him? I'm sorry. What --
3  A.  Yeah, Gilbert would be the one -- would go to his
4      bedroom all the time.
5  Q.  Okay.
6  A.  Because Gilbert was having a relationship with
7      him. So Gilbert was one of his lovers back of the
8      time I was there.
9  Q.  How do you know this?
10 A.  Oh, I knew this because every time Gilbert would
11     have that with him, Gilbert have this type --
12     THE DEPONENT: Cameraman, may I please stand
13     up and give a demonstration?
14     Yes, sir.
15 A.  Gilbert -- every time he had sex with Gilbert, he
16     walked with his legs open.
17 Q.  Who did?
18 A.  Gilbert would walk with his legs open. And you
19     can tell every time he's got -- he's just done
20     having sex with Gilbert, he's worried. He's
21     like -- Gilbert will spend most of his time in his
22     bedroom. He would bring Gilbert breakfast in his
23     bedroom, lunch in his bedroom, supper in his
24     bedroom. And every one or two hours you see him
25     with a glass of juice, something will come from

DON THOMPSON & ASSOCIATES

39

1      the market with something special like a dessert
2      to give to Gilbert. And after Gilbert walked out
3      of the bedroom he cannot look no one in the eyes
4      because everyone knew what's going on in the
5      bedroom. Michael --
6  Q.  How old, Jean, was he?
7  A.  Gilbert? I have no idea, sir.
8      So is that enough of my demonstration?
9  Q.  Yes. Please sit.
10     What happened next? What were the boys
11     saying to you?
12     ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
13 A.  May I continue?
14 Q.  Yes.
15 A.  The boys wanted me to speak, but at some point I
16     was kind of like shy to tell them what happened
17     because I did not know if there was really a case.
18     I did not know if there was really something going
19     on, so I was shy to tell the boys. But when the
20     boys realized that, wow, first another evening
21     that I didn't go, a second evening that I didn't
22     go, a third evening in a week, so they start to
23     think, what is going on. And I was shy to tell
24     the boys.
25 Q.  Did you tell anyone that Michael kissed you?

DON THOMPSON & ASSOCIATES

40

1  A.  No, that I did not tell no one yet, that first
2      time.
3  Q.  What happened next?
4  A.  Then next -- and then I was in the house, and then
5      we started -- I started to become a little bit
6      evil with him, which like -- after prayer, because
7      they would have prayer twice, morning devotion and
8      afternoon devotion, which mean like after all the
9      day, like they would have this prayer to end the
10     day. So in the morning I would not go hug him and
11     in the afternoon I would not go hug him. So
12     everyone was kind of like -- the boys are kind of
13     like seeing what's going on, and he's getting more
14     angry.
15 Q.  Can I stop you there?
16 A.  Yes, sir, you can.
17 Q.  You were saying that there's prayers twice a day?
18 A.  Twice a day.
19 Q.  Once in the morning?
20 A.  Once in the morning.
21 Q.  And once at night?
22 A.  Once at night.
23 Q.  Why did you say that you didn't hug him?
24 A.  Because after what I saw, he didn't know if I had
25     been on the street.

DON THOMPSON & ASSOCIATES

41

1   Q.  Did you usually hug him?
2   A.  Oh, yeah, I usually hug him every time after
3       prayer.  Like if I had to hug him five times in
4       the day, I would hug him five -- if there's a
5       reason for me to hug him five -- if we meet, every
6       time after the meeting is over we hug each other.
7       You know, we have peace.  Like if there is a
8       discussion or something, if there's a problem and
9       we come together, we hug each other after we done
10      talking.  But all the other boys will and I won't,
11      so that kind of like -- man, what's up.  So the
12      boys started to question that.
13  Q.  Did you say all the boys would get hugs from
14      Michael?
15  A.  Oh, yeah, all the boys.  It's like -- it's an
16      obligation.  All the boys would have to go hug
17      him.  If someone don't go hug him, then he's
18      thinking there's a problem, what's up.  So me, I
19      agree, I'm not going to hug him.
20  Q.  So did the boys -- did you say that the boys
21      noticed you not hugging Michael at the prayers?
22  A.  The boys felt like something was going on.
23  Q.  What did they say -- did they say anything to you
24      about that?
25  A.  They were just asking why I don't go play with him

DON THOMPSON & ASSOCIATES

42

1       anymore.  You know, you don't have a game -- and,
2       you know, these are all the things that they were
3       saying to me.  But I was shy to tell them because
4       I didn't know what was there before.
5   Q.  What happened next?
6   A.  The time goes on and then it happened that because
7       they -- this is how he is.  When he wants you to
8       do what he wanted, it would come -- it's a
9       sacrifice.
10  Q.  What do you mean?
11  A.  A sacrifice, which means like when you allowed him
12      to do what he want, like have him use you
13      sexually, like penetrate you, intercourse with
14      him, have sex with him.  That's what he mean by
15      the sacrifice.
16  Q.  Would he use the Creole word or English word?
17  A.  Sometimes he would speak English because he likes
18      me, he loved me.
19  Q.  Did you know -- did you speak English at this
20      time?
21  A.  Yes, sometimes I would be speaking English with
22      him.  And then this is what he said to me --
23          THE INTERPRETER:  If you make the
24      sacrifice --
25  A.  -- you will have access --

DON THOMPSON & ASSOCIATES

43

1           THE INTERPRETER:  -- you will have access to
2       leave, you can fly away, you can go to another
3       country, and I will create a way for you to be
4       part of the theatre group.
5   A.  And I will make sure that you have a sponsor, and
6       then you will be able to go to the restaurant.
7       Whatever you need you will be able to get.  These
8       are what he would say to me.  But me, I knew what
9       he meant by sacrifice.  I pretend like I don't
10      understand.  What do you mean by sacrifice, sir?
11      He said, take the example of Arnold.  Arnold is
12      that guy who died.  His name is Jean Joël.
13      Take --
14          THE INTERPRETER:  Arnold is A-R-N-O-L-D.
15  A.  He said, take the example of that guy, Arnold,
16      take example of Gilbert.  Gilbert is that guy I
17      told you, Gilbert Targette.  He said, see where
18      they are now.  He said, take the example of
19      Robert, Robert Belvue.
20          THE INTERPRETER:  Robert Belvue.
21  A.  Robert Belvue.  Take the example of Jean Charles.
22      See where their life is now.  You see, they live
23      in the States.  You can do the same, too.
24          THE INTERPRETER:  Don't make the sacrifice
25      and you'll see.  I will end up -- I will make sure

DON THOMPSON & ASSOCIATES

44

1       you go to jail, sir.  If I find out you're ever
2       implicated in a theft, I'm going to show you, sir.
3       The way to life is in this house.  And the way to
4       life is on the streets.  And I'll show you which
5       one you want, sir.  Let me find out you're
6       stealing.  I will do everything I know, sir, so
7       you can go to jail if you don't do the sacrifice,
8       sir.
9   Q.  Jean --
10  A.  Yes, sir.
11  Q.  -- who were those people that you were just
12      listing?
13          No, I know the names.  Why were you listing
14      them?
15  A.  Because these guys, those are his girlfriend or
16      his boyfriend.  So I don't know what are the word
17      because in this situation some guys are women,
18      some guys consider that they're a girl.  But all
19      of these guys that I name, they are his
20      girlfriend, they are the ones -- he had sex with
21      them.  He abused them.  So some of them are in the
22      States.
23          So he told me, take the example of these
24      guys.  Don't you want to be in the States?  Don't
25      you want to be the same?  Don't you want to have

DON THOMPSON & ASSOCIATES

**45**

```
 1      money?  Don't you want to travel?  If you want to
 2      be like those guys, you do the sacrifice.  These
 3      are the examples that he took.  So those guys'
 4      names I named, they used to be his girlfriend.  So
 5      these guys now they grow, they understand when
 6      they were a child --
 7
 8
 9
10
11
12  Q.  Was Bill Nathan one of those people, Jean?
13  A.  Yeah, Bill Nathan.  No, he did not name Bill
14      Nathan.  But you know Bill Nathan now?  He's his
15      best lover.
16
17
18
19
20
21
22  Q.  What did you say to Michael when he said these
23      things to you, Jean?
24  A.  I told you, sir, I respect who you are, but I'm
25      none of that person that you are talking about.  I
```




DON THOMPSON & ASSOCIATES

**46**

```
 1      respect that you are gay.  Respect that I'm not
 2      gay.  And that's when we become like milk and
 3      lime, so every time he sees me it's like a fight.
 4
 5
 6
 7
 8
 9
10  A.  Because every time he sees me, every time I would
11      walk by he would slap my butt or squeeze my butt.
12      It happened that I get sick of it that he's doing
13      that to me all the time.  So it comes to a time
14      where I had to bark, where I had to beat.
15  Q.  Did you see other people get touched like that,
16      like you were describing?
17  A.  I knew that's what happened to me.  Let's talk
18      about me, sir.  Let's talk about what happened to
19      me.
20  Q.  Did you see -- we'll get back to that, yes.  Did
21      you see Michael hit anyone?
22  A.  Yes, I saw him beat Serge and Alex Tuma.
23  Q.  Why would he beat Serge; do you know?
24  A.  I have no idea.  Especially when Serge is not
25      doing a good job in the dance and there are
```

DON THOMPSON & ASSOCIATES

**47**

```
 1      guests, you know.  Now, Serge risking that he
 2      doesn't get that paycheck.  So he wants to make
 3      sure Serge gives a good performance.  If Serge
 4      don't, he beat the tar out of Serge.
 5  Q.  Serge is --
 6  A.  Because he wanted to make sure that the people are
 7      satisfied with what they're seeing so they have no
 8      doubt to sign his paycheck.
 9  Q.  Jean, was Serge a dancer?
10  A.  Serge was a dancer.
11  Q.  What --
12  A.  More than a dancer.  Serge is the dance teacher at
13      his house, taught all the kids to become dancer,
14      to make his billion.  Now he rejected him after
15      he's done with his capital.  Now that man is not
16      worth to be part of the house.
17  Q.  What happened next, Jean?
18  A.  After what, sir?
19  Q.  With you and Michael.  How did it --
20  A.  With me and Michael?
21  Q.  You're fighting now.
22  A.  We fight.  We become enemies.  We become fighters.
23      We become adversaries.
24  Q.  Did you move out of the house?
25  A.  After one day Arnold, Jean --
```

DON THOMPSON & ASSOCIATES

**48**

```
 1  Q.  Arnold?
 2         THE INTERPRETER:  Jean -- Arnold is A-R-N-O-
 3      L-D.  And Jean Joël is Jean Joél.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20  Q.  Jean --
21  A.  Yes, sir.
22  Q.  -- how much longer after you started fighting with
23      Michael did you live in the house?
24  A.  Let me finish.  Let me finish.
25  Q.  Okay.
```



DON THOMPSON & ASSOCIATES

49

```
 1   A.  And Arnold came to me and told me, you can be
 2       whoever you want.  You see now I got my visa, I'm
 3       traveling to England, I've got money, I can go to
 4       any restaurant that I want, I have money, I can go
 5       to any club that I want, I have a car, I can go
 6       anywhere that I want.  You can do the same.  You
 7       can be the same.  Michael love you.  All you've
 8       got to do --
 9   Q.  Where is Arnold now?
10   A.  He's dead now.  He's in the tumble.  He's in the
11       cemetery.  Arnold told me that if I done this, my
12       life would be easier.  This is all I need to do.
13       And I went to Michael bedroom.  When I walk in,
14       Michael Geilenfeld surprised me and started to
15       kiss me, make love with me like a man and a woman.
16       And I say that I'm going to yell.  And you know
17       what he did?  He gave me a fake plastic dick to
18       practice.  It's nothing but just a sacrifice.
19       ████████████████████████
20   Q.  Jean, he gave you a what?
21   A.  A fake plastic dick to practice because it's just
22       a sacrifice.
23   Q.  Did he tell -- what did he say when he gave you --
24       it's a fake plastic dick?
25   A.  A fake plastic dick because I was crying.  I did
```
DON THOMPSON & ASSOCIATES

50

```
 1       not want him to continue to kiss me.
 2   Q.  What did he say when he gave that to you?
 3   A.  He said it's nothing but just a sacrifice, go
 4       practice.
 5       ████████████████████████
 6       ████████████████████████
 7
 8   Q.  Jean, I'm unclear.  Who gave you this plastic --
 9       fake plastic dick?
10   A.  Michael Geilenfeld.
11   Q.  Where were you?
12   A.  I was inside his bedroom at Delmas 91,
13       St. Joseph's Home for Boys.
14       ████████████████████████
15
16   Q.  What did you do with the fake plastic dick when he
17       gave it to you?
18   A.  I drop it and I started to cry and I walk out.
19       And that's when I become addicted to the weed
20       because I wanted to kill the pain since then.
21   Q.  What did he say to you, Jean, when he gave that
22       thing to you?
23   A.  He told me to go practice, it's nothing but just a
24       sacrifice.
25   Q.  What did you do next?  Did you --
```
DON THOMPSON & ASSOCIATES

51

```
 1   A.  I drop it at his bedroom and I walk out crying.
 2       ████████████████████████
 3       ████████████████████████
 4   Q.  What happened next?  Did you move out of the
 5       house?
 6   A.  I moved -- I walked out.  The person I told was
 7       Black P.  He's so dark we call him Black P.  His
 8       name is Pierre -- Peter.  I told him.
 9   Q.  Who is Black -- sorry.  Who is Pierre?
10   A.  Black P is Peter.  Peter used to be one of the
11       house boys, lives at the house, too.  Peter used
12       to dance at the theatre because Peter refused to
13       let him use his ass.
14   Q.  Jean, I need --
15   A.  Peter refused to let him stick his dick into his
16       ass.  He put Peter out.
17       ████████████████████████
18       ████████████████████████
19   Q.  Jean, I need some details.  When did you move into
20       the house, what -- do you remember what year?
21   A.  '92, I believe.
22   Q.  When was the -- when was the time -- how old were
23       you when you moved in?
24   A.  I was 13.
25   Q.  When was it do you think that he, in his bedroom,
```
DON THOMPSON & ASSOCIATES

52

```
 1       Michael Geilenfeld, gave you a fake plastic --
 2   A.  Maybe I was 14.
 3   Q.  One second, Jean.
 4           When was it that Michael Geilenfeld in his
 5       bedroom gave you the fake plastic dick?
 6   A.  I don't -- maybe I was already 14, but I don't
 7       remember.
 8   Q.  I interrupted you.
 9   A.  No problem, sir.  Anytime you want.
10   Q.  We're going to take --
11   A.  The truth will not go away.
12   Q.  We're going to take --
13   A.  No matter how much you interrupted me, the truth
14       is going to be there anytime.
15       ████████████████████████
```

DON THOMPSON & ASSOCIATES

53

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | * * * * * * |
| 22 | |
| 23 | |
| 24 | * * * * * * |
| 25 | |

DON THOMPSON & ASSOCIATES

54

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | * * * * * * |
| 20 | |
| 21 | |
| 22 | * * * * * * |
| 23 | |
| 24 | |
| 25 | |

DON THOMPSON & ASSOCIATES

55

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Q. Do you mind if I call you Jean? |
| 21 | A. I don't care. |
| 22 | Q. When did you first meet the defendant, Paul |
| 23 | Kendrick? |
| 24 | A. I don't remember, sir. |
| 25 | Q. Was it after August 3rd, 2013? |

DON THOMPSON & ASSOCIATES

56

| | |
|---|---|
| 1 | A. I don't remember, sir. |
| 2 | Q. Do you have any idea whether you've talked to Paul |
| 3 | Kendrick? |
| 4 | A. Yes, sir. |
| 5 | Q. When? |
| 6 | A. I don't remember, sir. |
| 7 | Q. You can't think of a single time that you talked |
| 8 | to Paul Kendrick? |
| 9 | A. This morning I greet him. |
| 10 | Q. How about before this morning? |
| 11 | A. Yes, I did.  Today is Monday.  I think I spoke to |
| 12 | him on Saturday. |
| 13 | Q. Did you talk to him in August 2013? |
| 14 | A. I don't remember exactly the month, but I remember |
| 15 | I talked to him in 2013. |
| 16 | Q. Was that the first time you talked to him? |
| 17 | A. I don't remember, sir. |
| 18 | Q. Did you talk to him in 2010? |
| 19 | A. Is there a difference between 2013 and 2010?  Yes. |
| 20 | I said 2013, sir. |
| 21 | Q. Was that the first time you talked to him, Jean? |
| 22 | A. I don't remember if that was the first time; but I |
| 23 | remember I met him 2013, sir. |
| 24 | Q. Okay.  I'm going to show you what's being marked |
| 25 | as Exhibit 1. |

DON THOMPSON & ASSOCIATES





**Q.** And you met Paul Kendrick in 2013?

DON THOMPSON & ASSOCIATES



61

```
 1   A.  I think, yes, sir.
 2   Q.  Do you think it was August 2013 or later?
 3   A.  I already told you, sir, I don't remember the
 4       month exactly; but I remember I met Paul Kendrick
 5       in 2013.
 6   Q.  Okay.  I'm going to ask you, when did you first
 7       meet Attorney Walker and Attorney Howard?
 8   A.  2013, sir.
 9   Q.  Do you remember about when?
10   A.  No, sir.
11   Q.  You don't have a range of months, any idea?
12   A.  I remember they came -- when I saw them, I
13       remember I did have an appointment here with them;
14       but I don't remember the date exactly, sir.
```

DON THOMPSON & ASSOCIATES

63

DON THOMPSON & ASSOCIATES

62

DON THOMPSON & ASSOCIATES

64

DON THOMPSON & ASSOCIATES

**Page 65**



DON THOMPSON & ASSOCIATES

**Page 67**

1   A.   On TV I've seen.
2   Q.   You saw a fake dick before he showed you that?
3   A.   Mm-hm.  Mm-hm.  I've seen it, sir.
4   Q.   When?
5   A.   I don't remember when, sir.
6   Q.   Where were you watching TV?
7   A.   I could be walking by, I see a TV turned on.  It
8        depends what's on.  If it's a nice movie, I stop
9        by and watch.  I may go to my friend's house.  It
10       depends what's on, I'll watch.
11  Q.   You would watch -- what type of videos would you
12       watch to have seen a fake dick?
13  A.   I don't remember, sir.
14  Q.   You said you were about 13 years old or 14 years
15       old?
16  A.   Yes, sir.
17  Q.   So prior to that you would have seen some film
18       with a fake dick in it?
19  A.   Yes, sir.
20  Q.   Do you have any idea what film that was?
21  A.   No, sir.
22  Q.   Who were you watching it with?
23  A.   I don't remember, sir.
24  Q.   Do you remember what the movie was about?
25  A.   No, sir.

DON THOMPSON & ASSOCIATES

**Page 66**



3   Q.   I'm going to hand you Exhibit 6 from Serge
4        Louima's deposition.  Do you see that dog on the
5        lower left?
6   A.   Yes, sir.
7   Q.   Is that Mickey?
8   A.   Of course, yes.  That's Mickey, sir.
9   Q.   Thank you.
10            You just testified about a fake dick that you
11       claim Michael Geilenfeld gave to you to practice
12       on?
13  A.   Yes, sir.
14  Q.   What color was that?
15  A.   It was like a dark brown, almost like yellow, but
16       it seems like -- you know, like when you fry a
17       chicken, more fried, getting dark, but it was very
18       dark, like a dark brown, red, something like that.
19  Q.   How did you know what it was?
20  A.   How did I know what it was?
21  Q.   Yes.
22  A.   Because it's got a dick form, sir.
23  Q.   Had you ever seen one before?
24  A.   Yes, sir.
25  Q.   When?

DON THOMPSON & ASSOCIATES

**Page 68**

1   Q.   Was it a sexual movie?
2   A.   I don't remember, sir.
3   Q.   Was the movie in English?
4   A.   At that time I didn't care if it was in English or
5        French.  As long as I'm enjoying that image, I
6        watch it.
7   Q.   You enjoyed that image?
8   A.   As long that I enjoyed the image, I will watch it.
9        It doesn't have to be in English or in French.
10  Q.   Do you have any idea what that film was?
11  A.   No, sir.
12  Q.   Was that the only time you saw a fake dick?
13  A.   Un-un.  I've seen it -- like a wood fake dick,
14       like physical, before.
15  Q.   You did?
16  A.   Mm-hm.
17  Q.   Was that when you were living on the street?
18  A.   Either on the street or from my way around, yes,
19       I've seen.  Sometimes when they have Carnival, in
20       Carnival they show you different type of pictures.
21  Q.   Oh, so you've seen a picture of a fake dick as
22       well?
23  A.   I've seen pictures of a fake dick, yes.  And I've
24       seen real fake -- like, you know, practical one,
25       physical one.  Either pictures or a fake wooden

DON THOMPSON & ASSOCIATES

**Page 69**

1  dick, sir.
2  Q.  So prior to this you had seen a fake dick on film
3      and in picture?
4  A.  Like I said before, sir.
5  Q.  You testified this morning that Michael would hug
6      you and you would feel an erection; is that
7      correct?
8  A.  Yes, sir.
9  Q.  Did you tell Attorneys Walker and Howard that
10     before?
11 A.  If I did tell them that before?
12 Q.  That's the question, yes.
13     (The interpreter translated the question.)
14 A.  Before I told them this morning?
15 Q.  That's correct.
16 A.  I don't remember, sir.
17 Q.  Is it possible that you did not tell them that
18     Michael got an erection when he hugged you prior
19     to your testimony today?
20 A.  I think I told — I told them that before.
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

DON THOMPSON & ASSOCIATES

**Page 70**

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

DON THOMPSON & ASSOCIATES

**Page 71**

1      Were you interviewed by ICE investigators?
2  A.  What does that mean, sir?
3  Q.  Were you interviewed by agents from the United
4      States regarding allegations of child abuse?
5  A.  Agent?
6  Q.  Do you need a translation?
7  A.  Maybe.
8      (The interpreter translated the question.)
9  A.  Oui.
10 Q.  Did you tell them everything that you told
11     Attorneys Walker and Howard about allegations of
12     abuse?
13 A.  No, I didn't.
14 Q.  You did not?
15 A.  No.
16 Q.  What didn't you tell them?
17 A.  What didn't I tell them?  I don't remember what I
18     didn't tell them, but I knew I did not tell them
19     everything.
20 Q.  What didn't you tell them?
21 A.  Why?  Why didn't I tell them?
22 Q.  What didn't you tell them?
23 A.  I don't remember what I didn't tell them, but I
24     knew I did not tell them everything.
25 Q.  What did you tell them?

DON THOMPSON & ASSOCIATES

**Page 72**

1  A.  What did I tell them?  Basically things I knew
2      that will be much more that I would speak instead
3      of going deeper.  So what was secret to me I keep
4      that deeper because I did not feel I should have
5      told them everything.
6  Q.  Did you talk to Attorney Howard or Attorney Walker
7      about the ICE investigation prior to your
8      deposition today?
9  A.  What's ICE?
10 Q.  What you were just referring to, your interview
11     with a government agent from the United States.
12 A.  Did I spoke to them before?
13 Q.  Did you talk to them about that interview?
14 A.  No, I don't think — I don't think I did, no.
15 Q.  Why — what did you understand the purpose of that
16     interview with the government officials from the
17     United States about allegations of child abuse?
18 A.  What did I understand?
19 Q.  What was the purpose?
20 A.  What was the purpose?  It's to bring justice to
21     those who have been abused by Michael Geilenfeld,
22     homosexually abused.
23 Q.  And you're saying you were not fully truthful with
24     them?
25 A.  Yeah, because I did not trust them.

DON THOMPSON & ASSOCIATES

73



DON THOMPSON & ASSOCIATES

74

25  Q.  Did you receive a cross-notice of deposition from

DON THOMPSON & ASSOCIATES

75

1           David Walker and Colin Howard?

2  A.  **What is that?  I'm not --**

3           (The interpreter translated the question.)

4           **THE INTERPRETER:  A paper that told me that?**

5  A.  **I received that?**

6  Q.  You didn't see a cross-notice of deposition asking

7       you to bring today documents related to this case?

8           THE INTERPRETER:  No, I didn't get anything.

9  Q.  Did you bring any documents with you today?

10 A.  **I just brought a couple of pictures that I had**

11      **because after I went to jail all my pictures that**

12      **I had when I was at Michael Geilenfeld's house**

13      **lost.  So I just have a few.  That's all I have.**

14 Q.  May I see them?

15 A.  **In case someone didn't believe that I was at his**

16      **house.**

17           MR. HOWARD:  This is an additional one,

18      right?

19           THE DEPONENT:  Yes, this is one when I was at

20      his house.  That's another one.

21 Q.  May I see the rest?

22           MR. DEANE:  Do you have copies of these if we

23      want to mark these as exhibits?

24           MR. WALKER:  I haven't seen them before

25      today.  What we could do is use a phone to take

DON THOMPSON & ASSOCIATES

76

1       pictures of all the pictures.

2           MR. HOWARD:  I did check the printer

3       downstairs and there's no photocopier on it.

4           MR. WALKER:  We can check with the front

5       desk.

6  Q.  How old are you in that picture there?

7  A. 

8  ▇ **maybe I was 21 or 20 in that one.**

9  Q.  And you're back at St. Joseph's Home for Boys?

10 A.  **I wasn't back.** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14 Q.  So you were working -- you're painting

15      St. Joseph's Home for Boys?

16 A.  **That's Wings of Hope.**

17 Q.  That's Wings of Hope?

18 A.  **Wings of Hope.**

19 Q.  At the age of 21?

20 A.  **Yeah,** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

21      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

23      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

24 Q.  I want to go back to your interview with the

25      American government investigators.  I want to --

DON THOMPSON & ASSOCIATES

77

1   well, let me ask you again, what was the purpose
2   of that interview?
3   A. The interview with the Homeland Security?
4   Q. Mm-hm.
5        MR. HOWARD: Form, foundation. Excuse me.
6   A. Homeland Security, and they were there to find out
7        if I was one of the abuser.
8   Q. Oh, they were asking if you abused someone?
9   A. If I was one of the person who had been abused.
10  Q. Okay. And what did you tell them?
11  A. I told them yes.
12  Q. And did you tell them how?
13  A. I tell them some, but I didn't tell them exactly
14       what happened to me. But I tell them some detail,
15       but I didn't tell them exactly what happened to
16       me.
17  Q. Did you tell them that you were sexually abused?
18  A. Mm-hm. Yes, I did.
19  Q. Was what you told them similar to what you told us
20       today?
21  A. Un-un.
22  Q. How was it different?
23  A. Because --
24       MR. HOWARD: I'm sorry. Just for the record,
25       please just say yes or no instead of --

78

1        THE INTERPRETER: Un-un or mm-hm.
2   A. What was the question, sir?
3   Q. I'll backtrack.
4        Did you tell them something similar to what
5        you told us today?
6   A. Un-un. I didn't tell them the same thing I told
7        you today.
8   Q. What was different?
9   A. Because the difference, I told you more than -- I
10       told them less.
11  Q. Why did you tell them less?
12  A. Because I did not trust them.
13  Q. Who do you trust in this room?
14  A. Nobody.
15  Q. So you trust nobody more than you trusted the
16       American investigators?
17  A. I don't trust no American.
18  Q. Okay. Did you talk to Paul Kendrick about
19       allegations of abuse?
20  A. If I did talk to Paul Kendrick about allegation --
21       yes, I think.
22  Q. Is he an American?
23  A. If he's an American -- I don't know. I know he's
24       a white man. I don't know if he's an American or
25       Canadian, but I knew he's a white man like you --

79

1        brown man, a brown man like you.
2   Q. But you don't trust any American --
3   A. No.
4   Q. -- you just testified?
5   A. No. I don't trust no one.
6   Q. Okay. Did Michael ever force you to drink vodka
7        off of his body?
8   A. Un-un, he never forced me.
9   Q. Did Michael ever take you to --
10       THE INTERPRETER: Yes or no, not un-un or
11       mm-hm.
12  A. Oh, yes, no. Okay. What was --
13  Q. I'll restate it.
14  A. I will answer.
15  Q. Did Michael ever force you to drink vodka off of
16       his body?
17  A. No, sir.
18  Q. Did Michael ever take you to the Dominican
19       Republic to have sex with you?
20  A. No, sir.
21  Q. Did Michael ever have sex with you?
22  A. Not yet. He didn't yet, but he was on his way to.
23  Q. Have you ever sucked Michael's penis?
24  A. No, sir.
25  Q. Has Michael ever licked or sucked your penis?

80

1   A. No, sir.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17  Q. Did you go back to St. Joseph's Home for Boys and
18       ask for a job?
19  A. As soon as I got out I went around the house, but
20       I didn't ask for a job. So I just went there
21       because I knew that's where I have all my friends.
22       So I just went back there.
23  Q. And you got a job painting?
24  A. I didn't get a job painting. It happened that
25       they were working at the House of Wings. So



81

1    instead of him paying someone else to do the job
2    because he would have paid more, so he used me to
3    do the job because he knew with me he would have
4    paid me less.
5  Q.  So you took a wage from Michael Geilenfeld in --
6    would this have been after July 26, 2000?
7  A.  What do you mean took a wage?
8  Q.  You received money.
9  A.  Received money.  I worked and he gave me money.  I
10    did not receive money.  There is a big difference
11    when you receive money.  I work and then he pay me
12    for what I did, sir.
13  Q.  Do you understand what I mean by wage?
14  A.  Excuse me, maybe I —
15       (The interpreter translated the question.)
16  A.  A wage, it's when you're working -- when you have
17    a permanent work.  That was just a job I was
18    doing.  That's not a salary.  A wage -- that was
19    just a job for a short time.
20  Q.  Were you paid for your time --
21  A.  Yes.
22  Q.  -- and the work that you performed?
23  A.  Mm-hm, I did.
24
25

DON THOMPSON & ASSOCIATES

85

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
DON THOMPSON & ASSOCIATES

87

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
```
17  Q.  Do you know what happened to the ICE
18      investigation?
19          MR. HOWARD:  Form, foundation.
20  A.  I have no idea.
21  Q.  The investigation we were just talking about about
22      Americans coming down to interview you?
23  A.  I haven't seen them -- since then I've never seen
24      them.
25

DON THOMPSON & ASSOCIATES

86

1   Q.  So you're saying Michael hired someone to murder
2       you?
3   A.  Yeah, to murder me.  And that's not the only case.
4       Michael paid police -- me, Destin, Yvon,
5       everywhere they see me -- you know when they put a
6       card, like when the police looking after you, they
7       cannot find you and there is a time they give a
8       white card.  That white card says wherever they
9       find you, execution.  Michael paid a guy name
10      Seymour (Phonetic spelling) -- Seymour used to be
11      a karate teacher.  Michael paid Seymour to find
12      people to bring us down because we were considered
13      as danger for Michael Geilenfeld because we were
14      speaking the truth.  Michael Geilenfeld, that man.
15  Q.  When you say execution --
16  A.  Execution.  He pays someone to execute me, Yvon,
17      and Destin.
18  Q.  And he was paying the police to do that?
19  A.  I don't know who did he pay, but it got involved
20      with -- the police were involved because the
21      police were looking for us.
22  Q.  To execute you?
23  A.  To execute me, Destin, and Yvon.  Yvon is Destin's
24      brother.
25

DON THOMPSON & ASSOCIATES

88

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
DON THOMPSON & ASSOCIATES

89



14  Q. Do you think that Michael Geilenfeld had influence
15      over the Department of Homeland Security?
16  A. Oh, I do believe so because he's a money man.  He
17      uses money to do everything.
18  Q. Does Michael have a lot of money?
19  A. Well, compared -- paying someone to kill someone,
20      paying someone to keep someone in jail, I don't
21      care if you have a lot of money or not; but that's
22      a sign that you have money.
23  Q. Do you think he has a lot of money?
24  A. I think, yeah, he's got a lot of money.
25      Especially he make lots of money on me.  Yeah,

DON THOMPSON & ASSOCIATES

90

1      he's got lots of money.
2  Q. Do you think he used money to influence the
3      Homeland Security investigation?
4          MR. HOWARD:  Form, foundation.
5  A. I don't know.  I was just not feel like I was in a
6      trust environment to speak the truth that I needed
7      to speak.

23      So you were interviewed by Homeland Security
24      agents --
25  A. Mm-hm.

DON THOMPSON & ASSOCIATES

91

1  Q. -- and Mr. Kendrick said that those agents told
2      him that none of the folks they interviewed
3      claimed that they were sexually abused by Michael
4      Geilenfeld?
5  A. I doubt --



8  A. I doubt that was probably true because none of us
9      didn't trust them.  I doubt that would be true.
10      None of us tell the truth because we didn't trust
11      them.
12  Q. So you lied to them?
13  A. It's not that I lied.  I tell them maximum -- or
14      minimum of what I think they should know.  It's
15      not that I tell them some truth.  I did not tell
16      them the truth completely.
17  Q. So what makes you tell the truth now if you didn't
18      tell the truth before?
19  A. When I saw the article on the internet, I just
20      did -- that article wouldn't be on the internet --
21          (The reporter asked for clarification.)
24  A. That's why.  I knew that couldn't be a lie.  If
25      it's on the internet, then something was happening

DON THOMPSON & ASSOCIATES

92

1      for sure.

DON THOMPSON & ASSOCIATES



93

DON THOMPSON & ASSOCIATES

95

DON THOMPSON & ASSOCIATES

94

DON THOMPSON & ASSOCIATES

96

20  Q.  So you talked about an addiction, a drug addiction
21      earlier.
22  A.  Mm-hm.
23  Q.  What are you addicted to?
24  A.  Marijuana.
25  Q.  You talked about smoking cocaine.  Is that crack

DON THOMPSON & ASSOCIATES

97

```
1    cocaine?
2  A.  Crack cocaine.  That was with Michael Geilenfeld.
3      Arnold, Jean Joël, and Jeff Bazil, Jean Dumé
4      Viard, and Michael Geilenfeld.
5  Q.  Did you smoke crack cocaine?
6  A.  No, I didn't.  But that's the first time, when he
7      smoke it -- when Arnold rolled it, that's the
8      first time I smoked it.
9  Q.  When you say you're addicted, how often do you
10      smoke marijuana?
11  A.  How often?  Every time I think about what he done
12      to me.  I wanted to kill the pain and I smoke.
13  Q.  Did you think -- excuse me.  Go ahead.
14  A.  Yes, I'm done.
15  Q.  Did you think about that this morning?
16  A.  This morning?  If I think about smoking?  Yes.
17  Q.  Did you smoke this morning?
18  A.  Yes, I did smoke this morning.
19  Q.  Are you high right now?
20  A.  No, I'm not high right now, sir.
21  Q.  At what time did you smoke this morning?
22  A.  I smoke around 5 a.m. this morning, sir.
23  Q.  And that was marijuana?
24  A.  Marijuana, sir.
25  Q.  Do you smoke every day?
```

DON THOMPSON & ASSOCIATES

98

```
1  A.  Depend how bad -- how much I'm thinking about what
2      he's done.  So every time I think about it I
3      wanted to kill it, I wanted to relieve the pain,
4      so I just go right after it.
```



```
17  Q.  Do you know Serge Louima?
18  A.  Oh, yeah, of course.  I was in the same house with
19      Serge when I first moved to Michael Geilendfeld's.
20      You see the picture?  The picture is there.
```

DON THOMPSON & ASSOCIATES

99



```
11  Q.  I asked you, do you know Serge Louima?
12  A.  Yes, sir, I do know Serge Louima, sir.
13  Q.  Are you friends with Serge Louima?
14  A.  Yes, sir, I'm friends with Serge Louima, sir.
15  Q.  Are you good friends with him?
16  A.  Yes, we are good friends, sir.
17  Q.  How about Destin Jean-Baptiste?
18  A.  Qh, Destin Jean-Baptiste, we are like blood.
19  Q.  Like blood?
20  A.  Yeah, true blue blood.
```

DON THOMPSON & ASSOCIATES

100



```
20  Q.  Do you know Son?
21  A.  Yes, I know Son.
22  Q.  Is he your friend?
23  A.  Oh, yes, Son is my friend.
```

DON THOMPSON & ASSOCIATES

101

1    [redacted]
2    A.  I know James Beau, the one he pays to kill.  James
3        Brouard, Michael Geilenfeld, and Maya put together
4        poison.  James Brouard, I know him —
5    Q.  Oh.
6    A.  — because he started to speak, and Michael
7        Geilenfeld put up with Maya —
8            (The reporter asked for clarification.)
9    A.  — they poison him with juice.
10           THE DEPONENT:  James Brouard.  James Brouard.
11           (Discussion between interpreter and
12       deponent.)
13           THE DEPONENT:  Yeah.
14   A.  James Brouard, Michael Geilenfeld, and Maya
15       Fondrose, they put together — they poison him in
16       a juice just because —
17           (The reporter asked for clarification.)
18   A.  They put together — they poison him in a juice
19       because he started to speak and tell what Michael
20       had done to him, because he spoke the truth
21       exactly how he experience it.  Michael was not
22       happy about it.  Michael Geilenfeld and Maya
23       Fondrose put together — they poison him in a
24       juice, James Brouard.  I know that.
25   Q.  Where did you hear that from?

DON THOMPSON & ASSOCIATES

102

1    A.  Where?  I was around all of this time.  Where did
2        I hear it?  I'm part of it, sir.
3    Q.  When did that happen?
4    A.  I don't remember the year, but I've been part of
5        it, sir.
6    Q.  Wouldn't you think that was pretty important, if
7        someone is poisoning -- killing someone, you would
8        remember when that was?
9    A.  If I remember when that was?  You're saying if
10       it's not important that I remember when that was?
11       What was the question?  I don't understand.
12   Q.  You just claimed that Michael had someone
13       poisoned, killed.
14   A.  He put together — Michael put together with Maya
15       Fondrose to kill James because James started to
16       speak the truth, James started to tell about how
17       Michael abused him homosexually.
18   Q.  When did that happen?
19   A.  I don't remember the year.  Some of the other guys
20       will know.  Serge will know.  Destin will know.
21   Q.  Where did you learn your English?
22   A.  Where did I learn my English?  Actually, I studied
23       at the American family and the leftover I got it
24       at his house because he had lots of white people
25       come to his house all the time.  So I hear the

DON THOMPSON & ASSOCIATES

103

1        English every time.  The more I hear it, more
2        sensation that I have to speak it so today could
3        come alive so that I don't need an interpreter —
4        I don't need a translator, so that I could speak
5        to you straightly.
6    Q.  That was why you took -- well, did you take
7        English lessons?
8    A.  No, I didn't.
9    Q.  So you learned English to --
10   A.  From hearing, from listening, from speaking.
11           He know what I'm talking about.  He can tell
12       you about me.
13   Q.  And did you just testify you learned English to
14       testify?
15   A.  No.  God knew this time would come, so he prepared
16       me.
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   Q.  So you say you learned your English just by being
23       around other Americans at St. Joseph's Home for
24       Boys?
25   A.  Before — the family that I was living before I

DON THOMPSON & ASSOCIATES

104

1        met Michael, that family brought me to Michael and
2        then I continue at Michael's house, when I get to
3        Michael's house.
4    Q.  Were there English lessons in the house?
5    A.  I remember there was a lady named Kristen.  She
6        would — sometimes she would do, like, some hours,
7        you know.  I don't remember.  Michael know her
8        last name.  Kristen and —
9            THE DEPONENT:  What was that person, Michael?
10       What's her last name?
11   Q.  You can't ask any questions.
12   A.  Oh, okay.  Yeah.  So Michael should know which
13       Kristen I'm talking about.
14   Q.  So she would come in, and would she teach to a
15       group of young people?
16   A.  No, she used to stay there, some — like, she
17       would come and go.  And then when she would come,
18       she would stay for a month.  And then while she's
19       there, she use her time, you know, to help the
20       kids in English more.
21   Q.  Did she teach you English?
22   A.  I think I was in her class for a couple times,
23       yes.
24   Q.  Was Serge in her class?
25   A.  I don't remember that.

DON THOMPSON & ASSOCIATES



105

1  Q. Was he there when you were there?
2  A. **Serge?**
3  Q. Yes.
4  A. **Yes, when I was there, Serge was there.**
5  Q. Did she teach more than one student at a time?
6  A. **Depend on how much interested kids are.  Yeah,**
7     **there's probably two, three, four people in the**
8     **class.**
9  Q. Okay.  And, so, if you wanted to learn English,
10    you could; if you didn't, you didn't have to go to
11    class?
12 A. **That's up to you.  It's up to you if you want to.**
13 Q. Do you know who Volcy is?
14 A. **Mm-hm.**
15 Q. Who is Volcy?
16 A. **Volcy used to be one of St. Joseph's boys.**
17 Q. Is he your friend?
18 A. **Oh, yes, Volcy is my friend.**
19 Q. And Robert Belvue, do you know him?
20 A. **No.  I heard about him, but at the time he was**
21    **there I was not there.**
22 Q. When you first met Kendrick, what did you do?
23 A. **I think we had dinner someplace.  We had dinner.**
24    **I don't remember, but I think we had dinner.**
25 Q. Who was at the dinner?

DON THOMPSON & ASSOCIATES

106

1  A. **Who was at the dinner?**
2  Q. Mm-hm.
3  A. **I was there, Serge was there, Destin, David, and**
4     **Cyrus and Paul Kendrick.**
5  Q. Who paid for the meal?
6  A. **I have no idea who paid for the meal.**
7  Q. You didn't?
8  A. **I have no idea.  I didn't pay for the meal, but I**
9     **have no idea who paid the meal.**
10 Q. Did they give you any money?
11 A. **No.**
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DON THOMPSON & ASSOCIATES

107

DON THOMPSON & ASSOCIATES

108

DON THOMPSON & ASSOCIATES



113

DON THOMPSON & ASSOCIATES

114

```
 1
 2
 3   Q.  And how long were you going in and out of
 4       Aristide's orphanage?
 5   A.  Until I found that men were driving the pickup and
 6       I jump on the back of the pickup.  But I have no
 7       idea how much time, how long until I jump in the
 8       back of that pickup.
 9   Q.  And you had no idea how old you were then?
10   A.  No.
11   Q.  And, so, that pickup, that's how you ended up
12       meeting those kids and then meeting -- I think his
13       name was Israel?
14   A.  Yeah.  After -- from that man, and then I stayed
15       around the area.  So that's how I met that
16       American family.
17   Q.  And you mentioned a man that was called Cholera?
18   A.  Cholera was the guy who worked at that man's
19       house, Aristide's cousin's house.  He's the yard
20       guard, the guard yard, something -- something like
21       that.
22   Q.  So when you went to live in Israel's house --
23   A.  Mm-hm.
24   Q.  -- you mentioned you had some fights there, too?
25   A.  All the time, yeah.
```

DON THOMPSON & ASSOCIATES

115

```
 1   Q.  Do you think that was a product of being on the
 2       street?
 3   A.  I don't know.  I have no idea why.  It's just
 4       because I didn't -- I couldn't stand his hitting
 5       me all the time, not doing anything.  But I don't
 6       know why was the problem.
```



DON THOMPSON & ASSOCIATES

116



```
17   Q.  So when you went to St. Joseph's Home, you
18       testified you were about 13 or 14?
19   A.  13 or 14, something like that, in between.
20   Q.  When did you start smoking marijuana?
21   A.  After he tried to kiss me and then he gave me the
22       fake dick, so I walked out and then my addiction
23       started because there's nothing that I could have
24       done.
25   Q.  So how old were you -- so you said you started
```

DON THOMPSON & ASSOCIATES

117

```
1     smoking marijuana at what time?
2   A.  14.
3   Q.  14?
4   A.  14.
5   Q.  And you were addicted almost immediately?
6   A.  Not immediate -- like more and more, the more I
7       think about it, the more I go after the weed.  The
8       more I go after it, the more I become to like it,
9       the more I like it and then it become an
10      addiction.
11  Q.  Did you try other drugs?
12  A.  Like when I smoked the cocaine with him, I did try
13      it.  And there was another time again I did try
14      cocaine with Arnold again.
15  Q.  And that's crack cocaine, correct?
16  A.  Crack.  The white thing.
17  Q.  The rocks?
18  A.  The rock, called the crack.
19
20
21
22
23
24  Q.  Did you ever try to break into St. Joseph's Home?
25  A.  Yeah, many time.  Mm-hm.  Yes.  I robbed his
```

DON THOMPSON & ASSOCIATES

118

```
1     bed -- one day I stood before him because I was
2     going to kill him.  Yeah, I did many time.  When
3     I'm hungry, I walk in, into his bedroom.  I stole
4     money.
```

DON THOMPSON & ASSOCIATES

119

DON THOMPSON & ASSOCIATES

120

DON THOMPSON & ASSOCIATES



**129**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

DON THOMPSON & ASSOCIATES

**131**

15 * * * * * *

18 * * * * * *

DON THOMPSON & ASSOCIATES

**130**

DON THOMPSON & ASSOCIATES

**132**

11  Q.  And after the earthquake are you aware that
12      St. Joseph's Home for Boys was destroyed?
13  A.  Was destroyed?  In what way?  I mean —
14  Q.  The building, was it knocked down?
15  A.  No, it didn't — some part, but it didn't knock
16      down.
17  Q.  Did you -- what part was affected?
18  A.  The -- where he had his chapel, he pretend to have
19      the chapel, fell.  And he knew the building didn't
20      drop down.  Some -- where they hang the clothes,
21      the building did not drop down.
22  Q.  When did you see it?
23  A.  I see it right after the earthquake.
24  Q.  And were folks down there picking up rubble?
25  A.  I did not — I was not part of the rubble, but I

DON THOMPSON & ASSOCIATES



133
1   did went to him and tell him that I wanted a job.
2   I wanted to see where he was at.  And then when I
3   went, he said no job for me.
4   Q.  So you asked him for a job after 2010?
5   A.  Mm-hm.

DON THOMPSON & ASSOCIATES

DON THOMPSON & ASSOCIATES

135

DON THOMPSON & ASSOCIATES

134

DON THOMPSON & ASSOCIATES

136