UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

HEARTS WITH HAITI, INC.,    )
and MICHAEL GEILENFELD,     )        Civil No 2:13-CV-00039
                            )
        Plaintiffs          )
                            )
                            )        ☐ **ORIGINAL**
V.                          )
                            )
PAUL KENDRICK,              )
                            )
        Defendant           )

## CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION of DESTIN JEAN-BAPTISTE, taken pursuant to notice dated January 24, 2014, at the Hotel Montana, Rue Frank Cardozo, Port-Au-Prince, Haiti, on February 4, 2014, commencing at 12:01 P.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

5

<u>PROCEEDINGS</u>

\* \* \* \* \* \*

(Answers were given in **CREOLE by the DEPONENT and translated into ENGLISH by the INTERPRETER** in the following deposition transcript unless otherwise noted by the DEPONENT designation.)

\* \* \* \* \* \*

CAROLE WILSON, CERTIFIED COURT INTERPRETER, having been duly sworn by the Notary Public, commissioned by the State of Maine to administer oath and take testimony in a foreign country, interpreted the following testimony from Creole to English and English to Creole as follows.

DESTIN JEAN-BAPTISTE, having been duly sworn by the Notary Public, commissioned by the State of Maine to administer oath and take testimony in a foreign country, was examined and deposed as follows:

\* \* \* \* \* \*

MR. WALKER:  We are on the record in the matter of Hearts with Haiti, Incorporated and Michael Geilenfeld versus Paul Kendrick.  I would like to begin by going around the room and asking the parties to introduce themselves.

I'll start with myself.  David Walker, Rudman

1    Winchell, on behalf of the defendant, Paul

2    Kendrick.  And to my left --

3        MR. HOWARD:  Colin Howard from Rudman

4    Winchell on behalf of Paul Kendrick.

5        MR. GEILENFELD:  Michael Geilenfeld from

6    St. Joseph's.

7        MR. DEANE:  Devin Deane, attorney for Michael

8    Geilenfeld and Hearts with Haiti, Incorporated.

9        MR. CESAR:  Guibert Cesar, interpreter for

10   plaintiff.

11        MS. HOFFMAN:  Kelly Hoffman, attorney from

12   Norman, Hanson & DeTroy, for Michael Geilenfeld

13   and Hearts with Haiti.

14        THE REPORTER:  Laurel Long, court reporter.

15        MR. D'OLIVEIRA:  Paul D'Oliveira, Hearts with

16   Haiti.

17        THE DEPONENT:  Destin from Haiti, abusing by

18   Michael Geilenfeld at St. Joseph Home for Boys.

19

20

21

22

23

24

25

DON THOMPSON & ASSOCIATES



1

2

3

4

5 * * * * * *

6

7

8

9

10

11

12

13  A.   My full name is Destin Jean-Baptiste.

14  Q.   Where do you presently live, Destin?

15  A.   I don't know if it's going to be a problem.  For

16       now, in this fight that I'm in, I can't tell you

17       where I live with these enemies that are here and

18       they've already attacked me.

19  Q.   Okay.  Do you live in the city of Port-au-Prince?

20  A.   Yes, in the city.

21

22

23

24

25

DON THOMPSON & ASSOCIATES

1 ████████████████████████████████████████████
2 ████████████████████████████████████████████
3 ████████████████████████████████████████████
4 ████████████
5 ████████████████████
6 ████████████████████████████████████████████
7 ████████████████████████████████████████████
8 ████████████████████████████████████████████
9 ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ████████████████████████████████████████████
12 ████████████████████████████████████
13 ████████████████████████
14 ████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████
17 ████████████████████████████████████████████
18 ████████████████████████████████████

19          Destin, can you tell me what year you were

20     born?

21 A.   I was born August 6th, 1976.

22 Q.   And how old are you today?

23 A.   I'm -- today I'm 38, going on 39.

24 Q.   And where were you born?

25 A.   A place called Bainet.

```
 1                THE INTERPRETER:    B-A-I-N-E-T.

 2      Q.    And where is that?

 3      A.    The west of Jacmel.

 4      ████████████████████████████████████████

 5      Q.    And do you recall during your -- after you were

 6            born where you lived?  Did you live with your

 7            mother and father?

 8      A.    Yes.

 9      Q.    Can you tell me a little bit about your early

10            years that you remember?

11      A.    Like when I was with my mom or what?

12      Q.    Yes, your --

13      A.    When I was living with my mother -- well, with my

14            family, but my mother passed away early so I

15            didn't really know her.

16      Q.    How old were you when your mother passed away?

17      A.    Maybe 6.

18      Q.    And what happened next?

19      A.    I was living with my father.  We were living

20            together.  And then I had an aunt.  She was my

21            mother's sister.  And then my aunt came and she

22            found -- she went -- she moved us down to the

23            city.  You know, there was work in the city; so

24            she rented a house and she moved us to the city.

25      Q.    What city?
```

```
 1    A.    Downtown.   Downtown.

 2    Q.    Port-au-Prince?

 3    A.    Port-au-Prince.

 4    Q.    How old were you when you moved to Port-au-Prince

 5          with your aunt?

 6    A.    Maybe 8.

 7    Q.    And can you tell me, about how long did you live

 8          with your aunt in Port-au-Prince?

 9    A.    Okay.   I lived -- I lived -- I could say I lived

10          three to four years.
```



13  Q.   And how old were you when you were taken from your

14       aunt's house to Social Services?

15  A.   8.  8.  I was 8 years old.

16  Q.   And what happened -- where did Social Services

17       place you?

18  A.   They put us in the Centre D'Acceuil.

21  Q.   And what is that?

22  A.   That's the center where they keep children, but

23       that's where Mr. Michael came to get us.

24  Q.   Is that a government orphanage?

25           THE DEPONENT:  Yes, it's a government --

14

1    A.    Yes.

2    Q.    How long were you at the government orphanage?

3    A.    I spent two years.

4    Q.    And can you talk about what the conditions were

5          like in the government orphanage?

6    A.    That means they took care of everyone.  They fed

7          you, they clothed you, but there are conditions.

8          That means you have to pray.  Sometimes if you

9          don't go to prayer, they beat you, you don't get

10         fed.

11   Q.    How old were you when you first met Michael

12         Geilenfeld?

13   A.    Between 8 or 9.

14   Q.    And were you at the -- were you living at the

15         government orphanage when you met him?

16   A.    Yes.

17   Q.    And how did you come to meet him?

18   A.    I don't know.  I was in the government orphanage

19         and he came.  I don't know how, but he must have

20         had some kind of a relationship with the people

21         from -- with the government -- from the

22         government, with Madam Thybulle.

23         ██████████████████████████████████████

24   Q.    Do you remember when you met Mr. Geilenfeld?

25   A.    What year?

DON THOMPSON & ASSOCIATES

15

```
 1   Q.   Do you just -- do you remember meeting him?
 2   A.   What do you mean if I remember meeting him?   I
 3        don't understand.
 4   Q.   You met Michael Geilenfeld while you were living
 5        at the State orphanage?
 6             THE DEPONENT:   Yeah.
 7   A.   Yes.
 8   Q.   Do you remember being introduced to him?   Do you
 9        remember him coming?   Did he invite you to come
10        with him?   Do you remember any of that?
11
12   A.   When he came -- when he came, it could be just
13        like in a room like this.   And then the children
14        were there and he said you, you, you.   Now you go
15        and stand next to him and then -- and then he says
16        we're taking you to a new house where we're going
17        to help you, you know.
18   Q.   How many people did he take with him when he got
19        you?
20   A.   It might have been six or five.
21   Q.   And where did he take you?
22   A.   He took us to 91.
23   Q.   Did you ever live at 66 Delmas?
24   A.   No.  56.
25   Q.   56.
```

16

1   A.   Yes.

2   Q.   And you indicated -- you testified a minute ago

3        that when Michael took you from the State

4        orphanage, he took you to 91 Delmas?

5   A.   Yes.  That's where -- that means that that's where

6        he had his house.

7   Q.   At 91 Delmas?

8   A.   Yes.  Yes, 91; but the house didn't belong to him.

9        He rented it, but we all believed it was his.

10  Q.   Okay.  What was at 56 Delmas?

11  A.   He had two or three people there, like Emile,

12       Jean -- Jean, but they were in Pele with him.

13       They're the ones that started when the orphanage

14       started in the beginning of the orphanage.  That's

15       where -- they were there.

16  Q.   That was before 91 Delmas?

17  A.   Yes, before.  Yes.  That means that they didn't

18       have Delmas 91.  They were all in Pele.



23  Q.   So did you ever live in 56 Delmas or did you just

24       live in 91?

25  A.   No, I spent a little time in Delmas 56.

DON THOMPSON & ASSOCIATES

1   Q.   So when Michael got you from the orphanage, did he

2        take you to Delmas 56 or Delmas 91?

3   A.   He had the orphanage at 56.  He started there.  He

4        said it was an orphanage, but there was nothing

5        there.  They used to eat on a door.  But the

6        orphanage, the one he really had, was in Delmas 91

7        and Delmas 83.

8   Q.   Do you know what year it was that Michael took you

9        from the State orphanage, the government

10       orphanage?

11  A.   In '86.

12  Q.   And how long did you live at Delmas 56?

13  

14  A.   Maybe two, three months.

15  Q.   Okay.  And you testified a little bit about this a

16       minute ago, but how many people lived with Michael

17       when he first picked you up?

18  A.   How many people were already in the house?

19  Q.   Oui.

20  A.   When I got there, I believe there were 23.  23 or

21       22.

22

23

24

25

DON THOMPSON & ASSOCIATES

20

1  [redacted]

2  [redacted]

3  [redacted]

4  [redacted]

5  [redacted]

6  [redacted]

7  [redacted]

8  [redacted]

9  [redacted]

10 [redacted]

11 [redacted]

12 [redacted]

13 [redacted]

14 [redacted]

15 [redacted]

16 [redacted]

17         My question was simply who do you remember

18    lived with Michael when you first went to live

19    with Michael?

20 A.   Robert, Emile.

21 Q.   Is that Robert Belvue?

22 A.   Yes.

23         Eric.

24 Q.   Do you know Eric's last name?

25         THE DEPONENT:   No.

21

```
 1    A.   No.

 2              Maxo.   Dieudonne.

 3    Q.   Maxo.

 4              THE DEPONENT:  But there's two Maxos.

 5    ████████████████████████████████████████████

 6    ████████████████████████

 7    Q.   Do you recall anyone else?

 8    A.   Yes.

 9    Q.   Who else do you remember?

10              THE DEPONENT:  I said Eric.

11    A.   I said Eric.

12              THE DEPONENT:  Like, there was some guys --

13    A.   But some of the guys, they give them like false

14         names.  They would come and they would give them

15         another name.

16              THE DEPONENT:  So there is one guy they

17         called Arnold, but his name was not Arnold.  His

18         name is Jean Joél, I think.

19              THE INTERPRETER:  His name is Jean Joél.

20              THE DEPONENT:  But they used to call him

21         Arnold.

22              THE INTERPRETER:  Arnold.

23              THE DEPONENT:  But there was two Arnolds,

24    ████████████████████████████████████████████

25    ████████████████████████████████████████████
```

22

Q.   And we'll get to that in a minute, but can you tell me about Delmas 91? What was Delmas 91 like when you were there?

A.   Well, when you get there, as if -- when I first got there, as if, you don't really know how things are going to be. But the first time that I got there and they were receiving me -- because, remember, I told you, they took four -- five or six of us. So when we got there, they pretended like they were giving us little toys, little planes, little cars, or they would give you a few T-shirts, short pants. And then you see that there are other guests in the house. And then -- and then you notice that the way you're eating is not the way that the guests are eating, the way you're drinking is not the way that the guests are drinking.

Q.   How big is Delmas 91?

A.   When I was there, I think they started that house -- it was two stories. And when I was there, it's growing. It became five stories.

Q.   Did you have your own bedroom?

DON THOMPSON & ASSOCIATES

1    A.    No.    I had a room with the other brothers.

2    Q.    How many people did you share a room with?

3    A.    I had four people in my room.

4    Q.    How long -- how many years did you live at Delmas

5          91?

6    A.    Well, to really -- tell you really -- you mean how

7          long I stayed there without leaving or how long

8          I've been in and out of St. Joseph's?

9    Q.    How long did you actually live there; in other

10         words, have your own place to sleep and --

11              THE DEPONENT:  Five or four years.

12   A.    Five or four years.

13   Q.    So you were a resident for four or five years?

14              THE DEPONENT:  Yeah, at St. Joseph.

15   A.    Yeah.

16   

17   

18   

19   

20   

21   

22   

23   

24   

25

24

1  ████████████████████████████████████

2  ████████████████████████████████████

3  █████████████████

4  ████████████████████████████████████

5  ██████████████████████████████████

6  ████████████████████████████████

7  ██████████████████

8  Q.   Did Michael live in 91 Delmas when you lived

9       there?

10 A.   Yes.

11 Q.   How often would you see him during the time you

12      lived there?

13 A.   Every day.

14 Q.   And when you first moved in with Michael, how was

15      your relationship with him?

16 A.   I don't know how -- what kind of greeting it was,

17      but he showed me.  He told me he loved me.

18 Q.   Was he friendly towards you in the beginning?

19 A.   Yes.

20 Q.   Okay.  Did he ever give you candy or toys?

21 ██████████████████████████████████

22 ████████████████████████████████████

23 ██████████████

24 ████████████████████████████████████

25 ████████████████████████████████

DON THOMPSON & ASSOCIATES

25



22    A.   Yes.   Yes.

23    Q.   Did Michael Geilenfeld ever invite you to his

24    bedroom?

25    A.   Yes.

26

1    Q.    Can you tell me about that?

2    A.    Yes.  That means that as long as you're a child,

3          you're in the house, he has the -- he has the

4          right to need you.  If he sees what kind of person

5          you are, he could need to see you.  He would say,

6          ah, Mr. Destin, I need you in my room, or,

7          Mr. Gilbert, I need you in my room.  So when you

8          go, that means you don't know why you go and you

9          don't know why you don't go.

10   Q.    Did you ever go to Michael Geilenfeld's room when

11         you lived with him at 91 Delmas?

12   A.    I went every day.  I went every day; but when I

13         saw how things were, when he would tell me to come

14         to his room or knock on his door, I pulled back.

15         It's kind -- it's a kind of temptation because

16         when you go into the room, he shows you that he

17         has everything.  He has money, he has candy, he

18         has all kinds of things.  So when you go, he's

19         showing you everything he has.  And then he says

20         to you, what do you want?

21   Q.    Okay.  Tell me about one specific time when he

22         invited you to his room.  Was anyone else in the

23         room?

24   A.    Just yourself and him alone.

25   Q.    And what did Michael say to you when he invited

27

1   you into the room, that you recall?

2 A. He always says, sir, I love you, you don't want to

3   make a sacrifice? You'll never travel. Why don't

4   you take an example on Mr. Emile and Mr. Robert?

5   If you don't make a sacrifice for this house, this

6   house can't help you.

7 Q. Did he explain what he meant by a sacrifice?

8 A. The sacrifice is to spend -- the sacrifice is to

9   spend time with him in his bed and then you get

10   everything.

11 Q. Is that what he told you?

12 A. Yes, that's what he told everyone, everyone.

13 Q. When you went to his room, did he offer you candy?

14 A. He will offer you all kinds of things. He will

15   ask you do you want candy, do you want Coke, do

16   you want water, anything you want.

17 Q. Are these things that he would not offer you when

18   you weren't in his room?

19 A. No.

20 Q. No --

21 A. Only when you're in the room you're going to find

22   those things or if you've already made the

23   sacrifice, you might be able to go to the

24   refrigerator and take them.

25 Q. At any time when you were in Michael Geilenfeld's

28

1      room alone with him, did he touch you?

2  A.  He's touching me, he's touching me, touching my --

3      pressing my chest and touching me -- my private

4      parts.

5  Q.  Was he touching you with his hands?

6  A.  Yes.

7  Q.  And you indicated he touched your private part.

8      When you say private part, are you referring to

9      your penis?

10  A.  Yes.

11  Q.  Did he touch you on your penis over your pants or

12      under your pants?

13  A.  What you said was did it happen, was it when I was

14      in my bed or when I was going inside the room?

15  Q.  Right now I'm just asking when you were in his

16      room.

17  A.  No.

18      THE DEPONENT:  I don't let that happen.

19  A.  I don't let that happen.

20  Q.  So my question was when you were in his room, did

21      he touch you on your penis?

22      THE DEPONENT:  Yeah, he touch you -- he touch

23      me and say, oh, you know, if you need money,

24      you've got to do the sacrifice.  If you not,

25      you're not going to get nothing.

29

1  Q.  And I have to be very specific.  You said, yes, he

2      touched you.  Do you mean he touched your penis in

3      the bedroom; and if so, was it under your pants or

4      over your pants?

5          THE DEPONENT:  In my bedroom.

6  Q.  No, in his bedroom.

7          THE DEPONENT:  No.

8  A.  Over the pants.

9  Q.  Okay.

10 A.  He would squeeze.

11 Q.  How many times did that happen in Michael

12     Geilenfeld's bedroom?

13 A.  That I went in there?

14 Q.  Yes, that you went in there and that he tried to

15     touch you.

16 A.  It happened twice.  And when I started to

17     understand what was happening, I wouldn't go to

18     the room anymore.

19 Q.  Was there an incident when Michael Geilenfeld came

20     to your bedroom and tried to touch you?

21     ███████████████████████████████████████

22 A.  Yes.

23 Q.  Can you tell me in as much detail as possible

24     everything that you remember from that incident?

25 A.  I'm lying in bed asleep, and one night I -- that

30

1   means I don't know, but I felt somebody next to

2   me.  And I was lying down.  When I -- when I

3   looked, I saw Mr. Michael; and then it's as if he

4   was caressing my leg.  And then he pulled my pants

5   down.  And, you know, I'm a child so I didn't say

6   anything.  I was lying on my back and he's

7   touching me.

8           THE INTERPRETER:  Excuse me, I need to

9       clarify.

10  A.  He unzipped my pants.  He took my --

11          THE INTERPRETER:  I'm sorry.  I'm sorry.  I

12      don't understand.

13  A.  He unzipped my pants and rubbed his penis on me,

14      telling me, turn around, turn around.  I said, no,

15      I can't turn, my stomach hurts, my stomach hurts.

16      He said turn, turn.  And then he said, but, sir,

17      what's the matter, it's not going to -- it's

18      nothing.  I didn't say anything.  And the whole

19      time he's telling me to turn I'm saying, my

20      stomach hurts, my stomach hurts.

21  Q.  How old were you when this happened?

22  A.  10.

23  

24

25

DON THOMPSON & ASSOCIATES

5    Q.  And I can ask you about that in a minute.  I want

6         to go back to, you were testifying a moment ago

7         about this incident that occurred in your bedroom.

8         And you testified that Michael Geilenfeld was

9         asking you to turn over?

10   A.  Yes.  Yes.

11   Q.  And he had unzipped your pants?

12   A.  And I was making noise when he said turn around,

13        turn around.  I said, ah, my stomach hurts.

14   Q.  Were you laying on your stomach or on your back?

15   A.  On my back and he wanted me to turn around.

16   Q.  Did he touch your penis on that incident?

17   A.  I told you that.  He's telling me it's nothing, to

18        let it happen.  That means -- and he's saying it's

19        nothing, as if to let me -- if I would let him

20        penetrate me.

21   Q.  Did he touch your penis with his hand on that

22        occasion?

23   A.  With his hands.

24   Q.  Was that over your pants or under your pants?

25   A.  I told you my pants were -- he lowered my pants.

33

1     I don't know where they were.

2   Q.   So is it your testimony that Michael Geilenfeld

3        touched your penis with his bare hand on that

4        occasion when you were approximately 10 years old?

5   A.   He came to try and have sex with me when I was 10.

6        That means I didn't agree, I didn't know, I didn't

7        agree.   That means if you say that I should have

8        agreed or what else should I have done?

9   Q.   I'm sorry to ask this again, but I just have to be

10       perfectly clear.   Is it your testimony that

11       Michael Geilenfeld touched your penis with his

12       hand, with his bare hand, on that occasion?

13  A.   Yes.

14  Q.   How did it end?   What happened next?

15  A.   And he's insisting, insisting.   I said no.   I must

16       tell you that after that when I said I can't, I

17       can't, my stomach hurts, and then he said, but

18       it's nothing, you can, you can do the sacrifice.

19       And he's telling me, turn around, turn around.

20       And I'm saying, no.   Now I decided I'm going to

21       make some noise, and then he left.

22  Q.   Did that ever happen again?

23  A.   That never happened, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DON THOMPSON & ASSOCIATES

34



8    Q.    How old was -- how old was Robert?

9    A.    At that time I could say 18 -- he could be 18.

13                    * * * * * *

16                    * * * * * *

21            Did you ever travel to the United States with

22    Mr. Geilenfeld?

23    A.    Yes.

24    Q.    On how many occasions?

25    A.    Two or three times.

DON THOMPSON & ASSOCIATES

35

1  Q.  Okay.  Where in the U.S. did you go?

2  A.  I went a lot of places.  St. Louis, St. Paul,

3      San Francisco, Iowa, Algona, Minnesota.

4          THE DEPONENT:  A bunch of places.

5  A.  A bunch of places.

6  Q.  Were you traveling in the United States with

7      Mr. Geilenfeld around 1990?

8  A.  I apologize, but in the back of this I can show

9      you.  I think -- this is when we started I think.

10  Q.  When you started traveling?

11  A.  Yes.

12  Q.  Do you know if you were in the United States with

13      Michael around 1990?

14  A.  Yes.

15  Q.  Do you recall an incident that people refer to as

16      the coup?

17  A.  Yes.  Yes.

18  Q.  What is the coup?

19  A.  They had gotten information that Michael was

20      abusing the children.  And then I don't know if

21      it's in Detroit or someplace else, but somebody

22      overseas -- but the story that I remember well is

23      I think maybe a day while I was over there and --

24      I don't know.  I was a child.  I was -- I didn't

25      know those things.  I saw Michael, like he was

36

1  fighting with other people.  So I don't know if it

2  was that discussion or that altercation that

3  caused the police to come.  When the police came,

4  it seems like they went after Mr. Michael and the

5  ones that were dancing that were part of the

6  troupe.  And he ran away.  He left us.

7 Q. Were you with Michael during this incident that

8  you're describing where the police came?

9 A. Yes, I was there also.

10 Q. And this is an incident that happened in the

11  United States?

12 A. Yes.

13 Q. Do you recall the year?

14 A. I don't remember the year, but I remember the name

15  of the gentleman that was in the thing with

16  Michael.  His name is Jean Charles.

17

18

19

20

21

22

23

24

25

DON THOMPSON & ASSOCIATES

37

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 Q.    Was there a time when Michael was not permitted to

4       return to Delmas 91?

5 A.    Yes.

6 Q.    Do you recall when that was?

7 A.    Maybe '90 or '91.  That's what he called a coup

8       d'état.

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15 Q.    Okay.  So when you said that Michael left you when

16       you were in the United States, how did you get

17       back to Haiti?

18 A.    There was a gentleman that was the head of the

19       house.  He used to work for Habitat, and his name

20       was John Nearcos (Phonetically spelled.) ▓▓▓▓

21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓

22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓e went over there to pick us

25       up.

38

1   Q.   Where did you go when you went back to Haiti?

2   A.   He took me directly to 91. 

22   Q.   Did you -- you testified a moment ago about people

23         going to the radio station and the television

24         station.  Did you go to the radio station or

25         television station?

39

1   A.   I didn't have time to go myself because I wasn't

2       here.

3   Q.   So this was while you were in the United States?

4   A.   Yes.

5   Q.   Did the rules of the house change after the coup

6       ended and Michael moved back into the house?

7       ██████████████████████████████

8   A.   Totally.

9   Q.   Were you living at the house at that time?

10   A.   No.

11   Q.   How do you know that the rules of the house

12       changed?

13   A.   I go in and out, back and forth.  When they see me

14       going in and out, back and forth, they think that

15       I'm coming -- I'm coming -- I'm doing that so I

16       can come back, but they don't really know what I'm

17       looking for.

18   Q.   When did you stop being a permanent resident at 91

19       Delmas?

20   A.   Ever since 91 when I came back, I just -- I

21       didn't -- I pulled away, but I kept going back and

22       forth.  I didn't sleep there, but I went there to

23       help out my brothers so they wouldn't fall for the

24       situation -- or in the situation.

25   Q.   Why did you stop sleeping at Delmas 91?

DON THOMPSON & ASSOCIATES

1  A.  Because it wouldn't be a good place.  I wouldn't

2      feel free, totally free.

3  Q.  Were you kicked out of Delmas 91?

4  A.  Never.  No.

5          THE DEPONENT:  I kicked myself out.

6  Q.  Okay.  Why did you feel it wouldn't be a good

7      situation for you to remain?

8  A.  The first time, somebody that's helping me, even

9      after three, five, six years, the person is a --

10     this person is abusing you.  Do you -- so now it's

11     do you want to live like that or do you want to

12     live in peace with your soul in peace.

13 Q.  Why would you from time to time go back to Delmas

14     91 after you moved out?

15 A.  If I tell you that, you won't believe me.  Maybe

16     nobody will believe this, what I'm going to

17     answer.  That means because I, myself, I really

18     think -- and I'm going to say that in front of the

19     camera.  The reason I went back and forth is

20     because I'm thinking and I wanted this man to stop

21     abusing these children.  I wanted that to happen,

22     even if everybody else can't do it.  But, me, I

23     have faith and I have trust and I know I can do

24     it.

25 Q.  I would like to ask you if you ever observed

41

```
 1        Michael Geilenfeld being physically violent
 2        towards boys who lived in the house?
 3    A.  That means does he hit them or what?
 4    Q.  Right.  Did you ever see Michael Geilenfeld punch
 5        or kick or hit anyone?
 6    A.  When I was there, those are -- it was nothing.
 7    Q.  You're saying --
 8            THE DEPONENT:  Like that's like a game for
 9        him to do.
10            (The reporter asked for clarification.)
11            THE INTERPRETER:  It's a game for him to do.
12            THE DEPONENT:  Like to beat people.  That's
13        how he take fun, to treat us.
14    Q.  So are you saying you did observe Michael
15        Geilenfeld beat or hit people in the house?
16            THE DEPONENT (THROUGH THE INTERPRETER):  What
17        did you say?  Can you tell me again what he said?
18    Q.  Did you see with your own eyes Michael Geilenfeld
19        beat orphans who lived in 91 Delmas?
20    A.  He beats them.  And even me, I got beaten.
21    Q.  Tell me about how he beat you.  What happened?
22    A.  You can be unruly and do something.  Sometimes
23        he'll tell you, for example, go wash the dishes.
24        Maybe you didn't get to it yet.  As soon -- and
25        then when he finds you or he sees that the dishes
```

```
1        are dirty or the area is dirty, he grabs the back
2        of your neck and then he puts you between his legs
3        and then he's hitting you with his fists.
4        Sometimes he pulls your ear.  That means pull as
5        if to pull it off.  Not me, but other children, he
6        lifts them with their -- through their nostrils.
7    Q.  Are you saying that Michael -- that there was a
8        time when Michael Geilenfeld took you and put your
9        head between his legs and beat you on the back?
10   A.  He did it to me.  He did it to me.
11   Q.  Did you ever see him do it to anyone else?
12   A.  Oh, the smaller ones was even worse, my friend.
13   Q.  Do you know Paul Kendrick?
14   A.  Yes.
15   Q.  When did you first -- when were you first
16       introduced to Paul Kendrick?
17   A.  When was the first time I spoke to him or I heard
18       of him or I met him?
19   Q.  When was the first time you spoke with him?
20   A.  Well, that was a long time ago.  I don't remember.
21   Q.  Was it 2011?
22   A.  Maybe.  Or 2010.  But I've spoken to him since
23       then, the first time I remember getting in contact
24       with him.
25   Q.  When you spoke to him in 2010 or 2011, was that
```

1      over the telephone or in person?

2  A.  Over the phone.

3  Q.  Did you tell Mr. Kendrick the things that you've

4      told us here today?

5  A.  Like those stories?

6  Q.  Yes.

7  A.  Yes.

8  Q.  And you told him those things in 2010 or 2011?

9  A.  Yes.  He called -- I spoke to him and I told him

10     that, but I didn't think he could help me because

11     several people already said they were going to

12     help us.

13

14

15

16

17

18

19

20

21

22

23

24

25

DON THOMPSON & ASSOCIATES

74



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Now, when you had this interview with

DON THOMPSON & ASSOCIATES

75

```
 1        Mr. Walker and Mr. Howard, they asked you to tell
 2        them the truth; isn't that correct?
 3             THE DEPONENT:  Yeah.
 4   Q.   And did you tell them the truth?
 5             THE DEPONENT:  Yes.
 6   Q.   I've listened to your audio and I've also reviewed
 7        the transcript.  Can you explain to me why there
 8        are no allegations of sexual abuse by Michael
 9        Geilenfeld against you in this interview?
10        ████████████████████████████████████████████
11        ████████████████████████████████████
12        ██████████████████████████████████████████████
13        ██████████████████████████████████
14           ████████████████████████████████████
15   A.   He abused me, but I didn't let him stick his balls
16        inside me.  Maybe if I did, then that would be
17        sexual abuse; but he did abuse me.
18   Q.   Sir, I would like you to look through that
19        transcript and circle for me where in that
20        transcript it says that Michael Geilenfeld
21        sexually abused you.
22   A.   When am I going to have the time to look at this?
23        ████████████████████████████████████████████
24        ████████████████
25   A.   If you're going to give me the time to do it.
```

DON THOMPSON & ASSOCIATES



1    Because I want to look for it.  I can't ask

2    anybody to help me look for it.  I have to sit

3    here and find it myself.

DON THOMPSON & ASSOCIATES



14 A.   Okay.  What about here it says abuse -- this one

15      says abuse.  That means that he took my clothes

16      off to abuse me.  That's what I repeated, how many

17      times, in this interview -- in my interview.  I

18      didn't say he penetrated me.  I didn't let him.

19 Q.   Okay.  If we look at abuse, like you would like,

20      sir -- if you would turn to Page 4, Line 23.

21          Lines 21 through 23 say, Robert -- and it

22      should read -- is a Haitian guy.  He is the first

23      guy that had a relationship with -- it says

24      Michelle, but that's Michael -- abusing and the

25      abuse, but then he's an older person now.

1          Did I read that correctly?

2    A.   That means that I said that Michael abused the

3         others.  That means that he pushed Robert to abuse

4         other children.

5    Q.   That's what that means?

6    A.   That's what I wanted to say, yes.  That's what I

7         meant.

8    Q.   Okay.  Then it says abuse at 8, 25.  So if you

9         turn to Page 8, then it says 24, 25, No, Michael

10        do like -- Michael used Robert like to do that,

11        like use him, so the abuse -- then it continues

12        onto Page 9 -- Robert would do the young ones,

13        abuse the young ones, you know.

14             What does that mean?

15             THE DEPONENT:  Like Michael abused -- like

16        Michael abused Bill.  Bill abused, like, Fignole

17        or, like, someone else.



1　[redacted]
2　[redacted]
3　[redacted]
4　[redacted]
5　[redacted]
6　[redacted]
7　[redacted]
8　[redacted]
9　[redacted]
10　[redacted]
11　[redacted]
12　[redacted]
13　[redacted]
14　[redacted]
15　[redacted]
16　[redacted]
17　[redacted]

18　Q.　I'm going to show you what was marked as Exhibit

19　　　No. 9 in Sean Roubens' deposition.  Have you seen

20　　　this document before?

21　　　　　THE DEPONENT:  No.

22　A.　Not yet.

23　Q.　Let me represent to you, sir, that this is a

24　　　transcript of an interview that you gave to Cyrus

25　　　Sibert.  Would you agree with that?

84

```
 1    A.    Yes.   But I don't remember what year or how long
 2          ago.
 3    Q.    Do you think it might have been in 2011?
 4    A.    I don't remember.
 5    Q.    I'm going to play for you right now a little bit
 6          of that audio so that you can listen to it and
 7          identify yourself.
 8                (Whereupon the audio recording was played.)
 9    Q.    Is that --
10                THE DEPONENT:  Yeah.
11    Q.    Do you recognize your voice?
12                THE DEPONENT:  Of course.
13    Q.    Okay.  And did you recognize Mr. Sibert's voice?
14                THE DEPONENT:  Yeah.
15    Q.    Did you hear on -- did you hear Serge's voice?
16                THE DEPONENT:  Yeah.
17    Q.    And would you agree with me that that is the audio
18          interview that you gave to Mr. Sibert?
19    A.    I think that's the first interview Serge and I
20          gave Cyrus.
21
22
23
24
25
```

DON THOMPSON & ASSOCIATES

85



9  Q.  Sir, I think maybe it makes sense for you to take

10      some time now -- we'll take a quick break.  What I

11      would ask you to do is read Exhibit No. 9.  Take

12      as much time as you need.  If you need the

13      interviewer -- excuse me.

14  A.  You mean this No. 9?

15  Q.  Yes.

16  A.  Okay.

86

1

2

3

4

5

6

7

8

9

10           * * * * * *

11

12

13           * * * * * *

14    Q.    Destin, we took a break and you had some time to

15          review the transcript.  Before we discuss the

16          transcript I wanted to ask you two questions.

17          Have you ever met Mr. Kendrick before?

18                THE DEPONENT:  Before he came in Haiti?

19    A.    Before --

20    Q.    Have you ever met Mr. Kendrick?

21    A.    Yes.

22    Q.    When have you met him?

23    A.    I think when I did the deposition, I think I saw

24          him.

25    Q.    Do you mean the recorded interview?

1   A.   He was here.  I did the interview and he was here.

2       I met him then.

3   Q.   Okay.  So is that when you spoke with Mr. Kendrick

4       and Mr. Walker, last year?

5          THE DEPONENT:  Yes.

6   Q.   Have you met him any other time?

7   A.   Never.

DON THOMPSON & ASSOCIATES

Q.    Now, you said that you had a meeting with

      Mr. Kendrick on Sunday with other people.  Who

      else was at this meeting?

A.    My other brothers.

Q.    Can you please name your other brothers?

           THE DEPONENT:  Jean Dumé, Sacra,

      St. Victor --

           THE INTERPRETER:  Jean Dumé is Jean.  Dumé is

DON THOMPSON & ASSOCIATES

1    D-U-M-E.  St. Victor is S-T, capital V, I-C-T-O-R.

2    Sacra is S-A-K-R-A.  And myself.

3        THE INTERPRETER:  What's that?

4        THE DEPONENT:  And there was other, but I

5    give you the most important for me.

6  A.  There are others, but I give you the most

7    important for me.

8  Q.  Who else were the others?

9  A.  A lot.  A lot.  The names on the list, but if they

10    want -- some of them may not be able to come.  ████

11    ████████████████████████████████████████████████████

12    ████████████████████████████████████████████████████

13    ████████████████████████████████████████████████████

14    ████████████████████████████████████████████████████

15    ████████████████████████████████████████████████████

16    ████████████████████████████████████████████████████

17    ████████████████████████████████████████████████████

18    ██████████████

19  Q.  Was Cyrus Sibert at the meeting?

20  A.  He is not -- he wasn't at the meeting.  ████████████

21    ████████████████████████████████████████████████████

22    ████████████████████████████████████████████████████

23    ████████████████████████████████████████████████████

24    ████████████████████████████████████████████████

25    ████████████████████████████████████████████████████

91



25   Q.   I'm going to ask you a series of questions.  I

1   just would like it if you limited your answer to

2   yes or no.

3   A.   Mm-hm.

4   Q.   At the meeting on Sunday was Serge there?

5   A.   Yes.

6   Q.   On the meeting on Sunday was Jean present?

7   A.   Yes.

8   Q.   At the meeting on Sunday was Jean Rony

9        St. Victor, also known as Son there?

10  A.   Yes.

11  ████████████████████████████████████████████

12  ███████

13  ██████████████

14  █████████████████████████

15  ████████████

16  ███████████████████████████████████████████

17  ███████████████████████████████████████████

18  ███████████

19  ████████████████████████████████████████████

20  ████████████████████████████████████████████

21  ██████████████████████████████

22  ██████████

23  ███████████████████████████████████████

24  █████████

25  ███████████████████████████████████████████

DON THOMPSON & ASSOCIATES

105



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Do you have any knowledge of Michael

DON THOMPSON & ASSOCIATES

1    Geilenfeld turning his dog loose on you or other

2    children?

3 A.  Have the dog bite us.

4 Q.  What was the name of the dog?

5 A.  Mickey.

6 Q.  How often would he have him bite you?

7 A.  I can't say how many times.  If the -- if I -- if

8    it's my dog and I hold you, the dog sees that, me

9    as his mistress -- as his master holding someone,

10    he's going to come and bite you no matter what

11    because he sees that you're giving problems to the

12    owner -- his owner.

13 Q.  Do you have any scars from the dog biting you?

14 A.  That's something that happened a long time ago.

15    If I show you the scar, you might think it's

16    something that happened before and I'm not showing

17    it to you now.

18 Q.  I'm going to show you what was marked as Exhibit 6

19    from Serge's deposition.

20 A.  Mm-hm.

21 Q.  In that photo do you see the animal in the left-

22    hand corner?

23 A.  I see Mickey.

24 Q.  So that's Mickey?

25 A.  Yes.



13   Q.   I'm going to show you what's been marked as

14        Exhibit 11.

15             MR. WALKER:  Do we have a copy of -- do you

16        have a copy for us?

17             MS. HOFFMAN:  I don't know.  You can take

18        this one with you.

19   Q.   Are you familiar with that document, sir?

20   A.   What do you mean am I -- if I had seen it, yes.

21   Q.   Did you put posters up like that around

22        St. Joseph's School?

23   A.   It was a time like this -- you see this one that

24        has -- there, that one.

25             THE DEPONENT:  Okay.

1      MS. HOFFMAN:  Let the record reflect that I'm

2      showing him Exhibit No. 1 as well from Serge's

3      deposition.

4          THE DEPONENT:  Okay.

5  A.  This one I know is, but this one -- I'm the one

6      that paid to -- a partner, a friend of mine, to

7      glue it on the -- stick it.  This one, they glued

8      it and they said it was me but nobody saw me.

9      ████████████████████████████  But that's me.

10     I'm the one that wrote all of this.  If you want

11     to translate it so everybody can understand it,

12     that's me.  But I didn't -- I wasn't the one who

13     glued them.

14         MS. HOFFMAN:  Okay.  I would ask the

15     translator to translate the bottom of Exhibit 1,

16     please, for the record.  It's written in Creole

17     and he's saying that he wrote it.

18         THE INTERPRETER:  We are a group of people

19     that are fighting against this old white --

20         (Whereupon there was dialogue between the

21     interpreter and the deponent.)

22         THE INTERPRETER:  -- this old white man that

23     are coming here to take advantage of a situation

24     in our country.  We told Fox that has to stop.

25     Fox -- that it has to stop.  It has to stop -- it

1    has to stop with all these old white homosexuals.

2    They have to kick them out of the country or we're

3    going to start walking around to burn them one by

4    one.  Down with homosexuals.  Down with

5    homosexuals.

130

1    ▬▬▬▬▬▬▬

2    Q.  Did Michael ever ask you to pour vodka on his body

3        and lick it off?

4    A.  He didn't tell me that.  There are other guys that

5        he told that to and there are other guys he did

6        that to, just like Bill, for example.  He dipped

7        his balls in something and had Bill suck it.  And

8        then another guy, another partner by the name of

9        Mark that passed away, passed on.

10   Q.  Okay.  Who did Michael Geilenfeld ask or make pour

11       vodka on his body and lick it off?

12   A.  I don't know.  I can't answer that.

13   Q.  You just told me a moment ago he made guys do

14       that.

15   A.  I just told you he did that to Marc and he did

16       that with Bill, that he dipped his balls in

17       glasses that they were drinking with alcohol and

18       asked him to suck it off.

19   Q.  Okay.  So your testimony here today is that

20       Michael Geilenfeld dipped his balls in vodka and

21       made people lick it off?

22   A.  That's one of my testimonies.

23   Q.  Okay.  Did Michael Geilenfeld ever make you watch

24       a Playboy video?

25   A.  Me or other people?

DON THOMPSON & ASSOCIATES

1   Q.  You.

2   A.  Not yet.  I haven't played that movie yet.

3   Q.  Did Michael Geilenfeld ever make you act out a

4      Playboy video?

5   A.  You mean with other guys?

6   Q.  With you.

7   A.  You mean like Michael would ask me to go and watch

8      movies with me?

9   Q.  I mean did Michael make you act out a Playboy

10     video with him?

11  A.  I didn't participate, not me.

12  Q.  Did he ever ask you to do that?

13  A.  He's not going to ask me that.  He will ask the

14     other -- he would ask other guys and they would

15     come and tell me, to tell -- so then I should tell

16     them if they should agree or not and what they

17     should do.

18  Q.  What other guys did he ask to act out a Playboy

19     video?

20  A.  I can't -- the other guys that do it with him,

21     they're not here.  Those are -- some of them

22     passed, some of them are in the United States.

23  Q.  What are their names?

24  A.  Jean Joél and Jeff Bazile.

25     ███████████████████████████



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Q.   Did Michael have a video player in his room?
```

133

1    A.   Like a Nintendo?

2    Q.   No, like something to play the Playboys on.

3    A.   DVD.   It would be in his room before it's outside

4         for the kids to watch, mommy.   And then on

5         Saturdays they would go -- and then on

6         Saturdays -- and then on Saturdays they would go

7         and rent out videos, DVD's, from a place in

8         Pétion-Ville, and then they would come and watch.

9         And some of them would eat popcorn, some of them

10        would be outside playing.

11             MS. HOFFMAN:   Did he say DVD's?

12   A.   I'm sorry, at that time there was videos.

13   Q.   Okay.   So what you're saying is that Michael would

14        take the VCR from the TV room to watch the Playboy

15        movies in his room?

16   A.   He has his own VCR and then there's a VCR for the

17        kids.

18   Q.   Okay.   So in his bedroom he has a VCR and a TV?

19   A.   Yes.

20   Q.   Where does he keep the Playboy movies?

21   A.   In his room, who's the owner of the room.

22   Q.   Did he hide them?

23   A.   How could he not hide them, mommy?   What he

24        wouldn't hide was money and candy so you can see

25        things that would tempt you.

134

```
 1    Q.   That's my question, sir.  I want to know where he
 2         hid the Playboy videos.
 3    A.   I didn't go into the room to look for them.  If
 4         I'm looking -- if I go in there and look around,
 5         if I spend time in the room, I would be able to
 6         look and see where things are.
 7    Q.   Now, do you believe that Michael Geilenfeld is a
 8         homosexual?
 9    A.   Think or what?
10    Q.   Yeah, what's your opinion?  Just yes or no.
11    A.   He's a homosexual.
12    Q.   Okay.  Why would Michael Geilenfeld have Playboy
13         videos then which depict a man and a woman having
14         sex?
15    A.   So now he's going to teach the others how to do it
16         male on male.  He gave them false -- fake penises
17         so they could practice.  Even me, they gave me one
18         to practice.
19    Q.   He gave you a fake penis to practice?
20    A.   I didn't practice.
21    Q.   You didn't practice.  What did you do with your
22         fake penis?
23    A.   To show the others.  To help me and tell me what
24         that is.
25    Q.   When did Michael Geilenfeld give you a fake penis?
```

135

```
 1   A.  Around '89.
 2   Q.  What did you do with it?
 3   A.  I'm looking at it, I'm showing it to my friends,
 4       because I did not quite -- I wasn't old enough to
 5       understand exactly.
 6   Q.  Did you throw it away?
 7   A.  It got lost.
 8   Q.  Where did you lose it?
 9   A.  When I moved out of the house.  Because when I
10       leave, I can only take a little suitcase.
11       Everything else stays in the house for them.
12   Q.  Okay.  Earlier you testified, sir, that you left
13       St. Joseph's in -- when you were 15 or 16 years
14       old.  Is that correct?
15   A.  I was 16, yes.
16   Q.  Okay.  In 1989 that would have made you 13.
17   A.  13 going on 14.
18   Q.  So -- I'm sorry.  What did you do with the fake
19       penis between 1989 and 1992, for those three
20       years?
21           MR. WALKER:  Object to the form of the
22       question.
23   A.  Didn't I tell you I went to show it to the kids?
24       I left it at the house.  But if I had known I was
25       going to need to have a battle to -- for all this,
```

DON THOMPSON & ASSOCIATES

1    I would have taken it with me.

2  Q.  So when you moved out, you just left it there?

3       MR. WALKER:  Object to the form of the

4    question.

5  A.  I left the house and I took only my clothes.  My

6    bicycle and things I left.  What was I going to do

7    with them?

8  Q.  You left your bicycle there, too?

9  A.  I left.  I took my little suitcase, but I knew I

10    could go back anytime I wanted.

11

12

13

14

15

16

17            * * * * * *

18

19

20          * * * * * *

21

22

23

24

25

139



18    Q.    If you turn to Page 13 of Exhibit No. 9, at the

AT                         DON THOMPSON & ASSOCIATES

7    Q.   If you turn to Page 17 -- actually, turn to Page

8         2.

9              May I have it real quick?  I'm just going to

10        highlight it real quick to move this along.

11             Now, on Page 2 after your name it says, While

12        I was sleeping Robert came to my room and asked me

13        to take my pants down.  If it weren't for the

14        grace of God and prayer, he would have penetrated

15        me.  I told him I was sick with a stomachache so I

16        cannot do this.

17             Was it Robert who asked you to take your

18        pants down?

19   A.   Michael asked me to.

20             THE DEPONENT:  Robert asked Maya to do that.

21   A.   Robert asked Maya --

22             THE INTERPRETER:  M-A-Y-A.

23   A.   -- to do that.

24   Q.   Why does it say here in the interview that you

25        gave with Cyrus Sibert, While I was sleeping

143

1        Robert came to my room and asked me to take my

2        pants down?

3  A.  I didn't say Robert.  I said Michael.  The reason

4        I said Robert tried to do that to Maya's brother

5        is because Michael did that to Robert.  So when

6        Michael did that to me and Maya is saying, oh,

7        this is what Robert did to me.

8  Q.  So do you think Cyrus or someone that works for

9        Mr. Sibert translated the interview incorrectly?

10  A.  Yes, the person put the wrong name.  They put it

11        in the wrong spot.



DON THOMPSON & ASSOCIATES



14  Q.  At some point were you evicted from St. Joseph's?

15  A.  You mean kick me out?

16        THE DEPONENT:  I kick myself.

17  Q.  So you weren't living on the property and you

18      didn't go through the eviction process?

19  A.  When they kicked me out of the room -- of the

20      house and then I didn't have a place to stay,

21      there was a piece of property that they purchased

22      while I was in the United States for $52,000.  And

23      when I came -- when they kicked me out, some of

24      the guys were staying there; so I would stay there

25      once in a while.  And then after years -- I even

1    went to jail from that property.  When he sold the

2    property, he kicked us all out.  He paid the

3    police to kick us out, and we left.

4    Q.  How much did he pay the police?

5    A.  I had the paper.  I don't remember.  But I have

6    the paper, how much money he gave at the police

7    station in Pétion-Ville.

8    Q.  How did you get the paper?

9    A.  When they're evicting you, the police officer

10    comes with a paper to tell you to leave.

11    Q.  Okay.  So the paper was for the eviction, not for

12    paying off the police?

13    A.  Well, it was written on the paper how much each --

14    every person got paid, because they came with the

15    police and they came with about 10 to 18 guys to

16    put our stuff out in the streets.



1 ████████████████████████████████████████████

2 ██████████████████████████████████████████████████

3 ███████████████████

4 ████████████████████████████████████████████████

5 ██████████████████████████████████████████████████

6 ████████████████████████████████████████

7 ██████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9    Q.   So did -- tell me about his bedroom.  Describe it

10        for me, please.

11   A.   When I was next to him?

12   Q.   No, just describe it.  So far you've told me

13        there's a refrigerator, there's a TV, a VCR.  What

14        does his bed look like, for example?

15   A.   His bed -- his bed is not a big bed like the

16        wealthy people.  His bed is just a small bed, but

17        he has his desk to put his money and he has his

18        dresser -- he has an armoire that opens up.

19        You're going to see where the money is.  Oh,

20        this is the American money, this is the Haitian

21        money.  When you walk in, if you're looking for

22        something or if you come to get something, you'll

23        see the money.

24   Q.   Okay.  Now, I'm just going to follow up on this

25        one thing and I'll move on from it.  You said that

DON THOMPSON & ASSOCIATES

1    his bed isn't a big bed like rich people.

2    Describe his bed to me. I mean --

3         MR. WALKER: Object to form.

4  A.  A little bed for two people, but sometimes they're

5    like sofas. You know the little things that can

6    rock? That's what's the bed. He has rocking

7    chairs, that sofa. I see them overseas. It's not

8    the rich people's bed. It's a sofa where you can

9    sit or you can pull it out and it becomes a bed.

10 Q.  Okay. So he has a futon, correct?

11 A.  I don't know the name; but as I'm saying, it's a

12   sofa. It could be a bed when you need it to be a

13   bed.

14   ████████████████████████████████████████████████

15   ██████████████████████████████████████████

16   ████████████████████████████████████████

17   █████████████████████████████

18   ██████████

19   ████████████████████████

20   ███████████████████████████████████████

21   ██████████████████████████

22   ██████████

23   ██████████████████████████████████████████

24   ████████████████████████████████████████████

25   ██████████████████████████████████████



9    Q.   Are you friends with someone named Volcy?

10   A.   He's my brother.

DON THOMPSON & ASSOCIATES

159



12  Q.  Okay.  At some point you met with officers from

13      ICE, correct?  Just say yes or no.

14  A.  Do you mean Homeland Security?

15  Q.  Yes.

16          THE DEPONENT:  Yes.

17  A.  Yes.  Yes.

18  Q.  And did you tell them the truth?

19          THE DEPONENT:  Always say the truth.

20  A.  Always say the truth.

21  Q.  So you told them that you were sexually and

22      physically abused by Michael Geilenfeld?

23  A.  No.  I didn't trust them yet.  I had not -- I was

24      not -- I did not trust the people from Homeland

25      Security, but I told them the truth.

DON THOMPSON & ASSOCIATES